# EXHIBIT 1

# Part 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-523-473

**Effective Date of Registration:**
April 15, 2024
**Registration Decision Date:**
April 16, 2024

---

## Title

Title of Work: MLP Compilation

## Completion/Publication

Year of Completion: 2023

## Author

- Author: Metro Light & Power, LLC
  Author Created: photograph, technical drawing, text
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Metro Light & Power, LLC
98 Copley Avenue, Teaneck, NJ, 07666, United States

## Rights and Permissions

Organization Name: Spencer Fane LLP
Name: Paul W. Kruse
Email: pkruse@spencerfane.com
Telephone: (615)238-6304
Alt. Telephone: (615)477-2167
Address: 511 Union Street
Suite 1600
Nashville, TN 37219 United States

## Certification

Page 1 of 2

**Name:** Paul W. Kruse
**Date:** March 14, 2024
**Applicant's Tracking Number**: 5512920-1

**Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: Registration does not extend to any useful article depicted in the registered work. Registration extends to deposited photographs and technical drawings only. 17 USC 101, 102(a), and 113.



| | |
|---|---|
| Document title: | Power & Data \| Metro Light & Power |
| Capture URL: | http://www.metrolightandpower.com/ |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:50:49 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:50:50 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | 62GVMaPoFRfcffLeuSseMn |
| User: | automation@page-vaul |

PDF REFERENCE #:    goSumt9QioZTdFLG6Hit9d





# Where creativity & functionality intersect

Metro Light & Power designs and manufactures custom LED fixtures, AC power and data connectivity solutions, and other related products for the Hospitality, FF&E, and Commercial Property development sectors.



© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent No(s) 10,86,990, 10,847,959; other Patents Pending



| | |
|---|---|
| Document title: | PRODUCTS \| Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/products |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:46:45 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:46:46 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | mY3L3PKkFyYkF7GFxGyekj |
| User: | automation@page-vaul |

PDF REFERENCE #:      bc42yVmTPBn3ZhhJruWx2d



# PRODUCTS

### AC Power & Data Connectivity Solutions

Configure Your Outlet

I know What I want

...ns combines the latest available technologies with sophisticated design and style. Streamlined and low profile, enhanced by side-exiting cords, and offering greater ease of installation and mounting options, our power & data products advance the industry with their cutting-edge look and feel. Our outlets are available in a wide range of finishes and configurations. We also offer custom color and finish matching capabilities.



### AC Power & Data for Office

Configure Your Desktop HUB





### Headboard Reading Lights

Explore More

Our New LED Headboard Reading lights offer a compact, streamlined design with 360° directional adjustability with a unique ball-in-socket design that will not loosen over time. Featuring Nichia LEDs, with High CRI and Anti glare privacy film, our Headboard Reading Lights are available in Metro's full range of Unicolor™ finishes, with Custom Color matching also available.



streamlined design with 360° directional adjustability with a unique ball-in-socket design that will not loosen over time. Featuring Nichia LEDs, with High CRI and Anti glare privacy film, our Headboard Reading Lights are available in Metro's full range of Unicolor™ finishes, with Custom Color matching also available.





## LED Lighting

Explore More

Metro offers the highest quality LEDs and LED Systems in a wide range of Lighting options for both small and large spaces.

We feature Nichia LEDs in a full range of CCTs, with CRI >95 in most cases. Our Class 2 LED systems and LED Drivers are UL & ETL Listed, and California Title 20 compliant (for portable LED fixtures.)

NICHIA

## Wireless Charging Solutions

Explore More

Our wireless charging solutions are available in several different formats and finishes, with various installation methods.



© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent No(s) 10,841,990; 10,847,959; other Patents Pending



| | |
|---|---|
| Document title: | PROJECTS | Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/projects |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:47:09 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:47:11 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 4 |
| Capture ID: | qW8giRo4A1XHqJogcpwTfg |
| User: | automation@page-vaul |



Document title: PROJECTS | Metro Light &amp; Power
Capture URL: https://www.metrolightandpower.com/projects
Capture timestamp (UTC): Mon, 11 Mar 2024 21:47:11 GMT





🔒 **Page Vault**

| | |
|---|---|
| Document title: | CLIENTS | Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/clients |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:47:31 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:47:32 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 4 |
| Capture ID: | eTKqBdqaVhEcRRPoJ9MAdG |
| User: | automation@page-vaul |

PDF REFERENCE #:      4QGT7acdCn9ziqinn7ojz7



   

    

    

    

    

    

    

    

    

    

    

    

    

    

   

    

    

    

    

    

    

    

© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent Nos. 10,841,990; 10,847,998; other Patents Pending



| | |
|---|---|
| Document title: | DISTRIBUTORS | Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/distributors-1 |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:47:47 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:47:49 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | wVKCN9sgTjsvSrvad9J5LL |
| User: | automation@page-vaul |

PDF REFERENCE #:      bEgSmqyuhTmjz6xG9FttTR





## DISTRIBUTORS

### DOMESTIC

**Mormax**

8 Westchester Plaza Suite 135

Elmsford, NY 10523

T. 914-699-0101

F. 914-407-1659

sales@mormax.com

www.mormax.com

### INTERNATIONAL

| **Metro Light & Power, LLC** | **Metro Industries Hong Kong Limited** | **Mormax** |
|---|---|---|
| 11 Smith Street | Unit A 25/F, One Island | 8 Westchester Plaza |
| Englewood, NJ 07631 | South, 2 Heung Yip | Suite 135 |
| T. 201-416-4160 | Road, | Elmsford, NY 10523 |
| F. 208-979-4613 | Wong Chuk Hang, | T. 914-699-0101 |
| metrohq@metro-lp.com | Hong Kong | F. 914-407-1659 |
| www.metrolightandpower.com | metrohq@metro-lp.com | sales@mormax.com |
| | metro-hk.com | www.mormax.com |
| | metro-hk.hk | |
| | metro-hk.com.hk | |

© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent No(s) 10,841,990; 10,841,959; other Patents Pending



| | |
|---|---|
| Document title: | ABOUT \| Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/about |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:48:08 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:48:10 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | xB8QcMyDdwLZK1AGfd42MA |
| User: | automation@page-vaul |

PDF REFERENCE #:     rb5gvLbcZ2r6bG6PUEz3HZ



## ABOUT US

**Metro Light & Power designs and manufactures custom LED fixtures, AC power and data connectivity solutions, and other related products for the Hospitality, FF&E, and Commercial Property development sectors.**

Metro was founded in 2015 by Daniel Deutsch and Scott Usher, who bring over 35 years of combined experience designing innovative lighting solutions. After six years of collaboration on unique LED lighting projects throughout the United States, Scott and Daniel merged their companies, Inner Spaces and Prism Industries, to form Metro.

While our story begins with lighting, frequent partnerships with millwork vendors on high-end hospitality projects led to requests for superior alternatives to the AC Power outlets available on the market, resulting in the creation of our line of power and data connectivity solutions. We are unique in our ability to solve both lighting and connectivity design challenges for our clients.

Metro places great emphasis on developing thoughtfully designed, original products and currently holds several U.S. patents, with three patents pending. We use only the highest quality LEDs in our fixtures, which are produced in Japan, the United States, and Europe, and assembled in China.



the Hospitality, FF&E, and Commercial Property
development sectors.

Metro was founded in 2015 by Daniel Deutsch and
Scott Usher, who bring over 35 years of combined
experience designing innovative lighting solutions.
After six years of collaboration on unique LED lighting
projects throughout the United States, Scott and
Daniel merged their companies, Inner Spaces and
Prism Industries, to form Metro.

While our story begins with lighting, frequent
partnerships with millwork vendors on high-end
hospitality projects led to requests for superior
alternatives to the AC Power outlets available on the
market, resulting in the creation of our line of power
and data connectivity solutions. We are unique in our
ability to solve both lighting and connectivity design
challenges for our clients.

Metro places great emphasis on developing
thoughtfully designed, original products and currently
holds several U.S. patents, with three patents pending.
We use only the highest quality LEDs in our fixtures
which are produced in Japan, the United States, and
Europe, and assembled in China.

© 2024 Metro Light & Power, LLC. All Rights Reserved
US Patent No(s).10,841,990, 10,847,969 other Patents Pending



| | |
|---|---|
| Document title: | WHAT'S NEW \| Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/info |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:48:32 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:48:34 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 5 |
| Capture ID: | 7ihJfGsTyAVKZaczQv15nk |
| User: | automation@page-vaul |

PDF REFERENCE #:     4mD2CNF31jHPR1RSZsQ4kB



**METRO LIGHT & POWER**

## WHAT'S NEW AT METRO



NEW HEADBOARD READING LIGHTS
TWO STYLES, INFINITE FINISHES



1T ROUND SINGLES



Document title: WHAT&#39;S NEW | Metro Light &amp; Power
Capture URL: https://www.metrolightandpower.com/info
Capture timestamp (UTC): Mon, 11 Mar 2024 21:48:34 GMT



DESKTOP HUBS



LIGHTED CLOSET RODS



CLOSET VALENCE WITH BUILT-IN SENSOR





LED NIGHTLIGHT WITH PIR SENSOR



CURVED LED FIXTURES



1" LED FIXTURES





1" LED FIXTURES



As seen in
**hospitality** design



As seen in **BOUTIQUE design**



© 2024 Metro Light & Power, LLC. All Rights Reserved
US Patent No(s) 10,841,990; 10,847,969; other Patents Pending

🔒 **Page Vault**

| | |
|---|---|
| Document title: | CONTACT | Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/contact |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:48:55 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:48:56 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | wBpKNpUCd4tvJAHdyQ4LgC |
| User: | automation@page-vaul |

PDF REFERENCE #:      nHU4pj8xrDfjuuJJhoyCJy









| | |
|---|---|
| Document title: | CONFIGURATOR | Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/configurator |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:49:10 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:49:11 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | 2mFYy1tHJSNVxMksdqbTwf |
| User: | automation@page-vaul |





| | |
|---|---|
| Document title: | LED PRODUCTS | Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/ledproducts |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:49:27 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:49:28 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | h6TQHJT3gmwzKrTZVJ5vPy |
| User: | automation@page-vaul |



METRO
LIGHT &
POWER



# LED LIGHTING



APPLICATIONS



FLEXIBLE LINEAR LED LIGHTING     LED FIXTURES     DRIVERS, CONTROLLERS AND ACCESSORIES     CUSTOM PROJECTS

© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent No(s) 10,841,990, 10,947,959, other Patents Pending



| | |
|---|---|
| Document title: | WIRELESS CHARGING \| Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/wireless |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:49:49 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:49:50 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | sTa9YiNbGk8jag2sN1HExv |
| User: | automation@page-vaul |

PDF REFERENCE #:     gCzpoKMv3vpShLbZPW25fY





# WIRELESS CHARGING

Top-mounted, under-surface and free-standing 10W wireless charger for Android and iPhone wireless enabled cell phones. (Qi Certified)

**Features:**

• Qi fast charging wireless charger
• Simple to mount, adjustable for material thickness of 0.63" to 1.10"
• Overcurrent protection and short-circuit protection
• Input: USB-QC2.0/3.0
• Product support (TYP): Samsung - 10W; iPhone - 7.5W; Qi - 5W
• WPC Qi V1.2.4 certified, compatible with all Qi enabled devices



### TOP MOUNT CHARGER

Download Specification Sheet

Download Installation Guide



### SUB-SURFACE CHARGER

Download Specification Sheet

Download Installation Guide





**TOP MOUNT CHARGER**

Download Specification Sheet

Download Installation Guide



**SUB-SURFACE CHARGER**

Download Specification Sheet

Download Installation Guide



**FREE STANDING CHARGER**

Download Specification Sheet - Standard Bronze

Download Specification Sheet - Black

© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent No(s) 10,840,900, 10,847,969, other Patents Pending



| | |
|---|---|
| Document title: | Hub Configurator |
| Capture URL: | https://www.metrolightandpower.com/hubconfigurator |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:50:11 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:50:12 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | npLx3aF4VfWgojX4MBqTiu |
| User: | automation@page-vaul |







## Choose Desktop HUB Configuration

| | | | |
|---|---|---|---|
| AAA | ABA | AUA | BAZ |
| AUZ | ABX | AB6 | AB12 |





Document title: Hub Configurator
Capture URL: https://www.metrolightandpower.com/hubconfigurator
Capture timestamp (UTC): Mon, 11 Mar 2024 21:50:12 GMT



| | |
|---|---|
| Document title: | READING LIGHTS \| Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/readinglights |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:50:33 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:50:35 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 4 |
| Capture ID: | mDxS3sgreaDmDdipVvBXBq |
| User: | automation@page-vaul |

PDF REFERENCE #:     9ejzAwqpEMXWY7tGcsqpfk





# HEADBOARD READING LIGHTS

Our New LED Headboard Reading lights offer a compact, streamlined design with 360° directional adjustability with a unique ball-in-socket design that will not loosen over time. Featuring Nichia LEDs, with High CRI and Antiglare privacy film, our Headboard Reading Lights are available in Metro's full range of Unicolor™ finishes, with Custom Color matching also available.



## DOME



Spec Sheet    Installation Guide

| BLACK | WHITE | BRASS |

---

Document title: READING LIGHTS | Metro Light &amp; Power
Capture URL: https://www.metrolightandpower.com/readinglights
Capture timestamp (UTC): Mon, 11 Mar 2024 21:50:35 GMT



## BLADE





## BLADE



© 2024 Metro Light & Power, LLC. All Rights Reserved
US Patent No(s) 10,841,990, 10,842,991 other Patents Pending



| | |
|---|---|
| Document title: | Power & Data \| Metro Light & Power |
| Capture URL: | http://www.metrolightandpower.com/ |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:50:49 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:50:50 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | 62GVMaPoFRfcffLeuSseMn |
| User: | automation@page-vaul |

PDF REFERENCE #:     goSumt9QioZTdFLG6Hit9d





# Where creativity & functionality intersect

Metro Light & Power designs and manufactures custom LED fixtures, AC power and data connectivity solutions, and other related products for the Hospitality, FF&E, and Commercial Property development sectors.



© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent No(s) 10,841,990; 10,847,959; other Patents Pending.



| | |
|---|---|
| Document title: | WHERE WE HAVE BEEN \| Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/ads |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:51:13 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:51:15 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 5 |
| Capture ID: | x8ET1ydGf5gMLi6WHBdRfr |
| User: | automation@page-vaul |

PDF REFERENCE #:      1biwb9m6aWFuJSxmXzpaB2



# WHERE WE HAVE BEEN SEEN



Published National Ads



As seen in
hospitality design





As seen in
**hospitality** design



As seen in NEWH
The Hospitality Industry Network



## PICK A COLOR...
## ANY COLOR
- 16 PLATED FINISHES
- 7 UNICOLOR™ FINISHES
- CUSTOM COLORS



INNOVATION
INSPIRED
ENGINEERING

www.metrolightandpower.com
info@metrolightandpower.com

Distributed by

 MORMAX

mormax.com
sales@mormax.com
914-699-0101

© 2021 Metro Light & Power, LLC. All rights reserved.
US Patents No(s) 10,641,990, 10,647,909, other Patents Pending



As seen in
**design**
BOUTIQUE

Document title: WHERE WE HAVE BEEN | Metro Light &amp; Power
Capture URL: https://www.metrolightandpower.com/ads
Capture timestamp (UTC): Mon, 11 Mar 2024 21:51:15 GMT

As seen in





As seen in



As seen in



Embedded Video: The Instamount™
F1429641-The-Instamount.mp4



© 2024 Metro Light & Power LLC. All Rights Reserved.
US Patent No(s) 10,641,990; 10,847,959; other Patents Pending.

Embedded Video:   Metro's New Unicolor™ Finishes
F1429642-Metros-New-Unicolor-Finishes.mp4





| | |
|---|---|
| Document title: | Applications | Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/apllications |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:51:38 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:51:40 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 5 |
| Capture ID: | 397WGuZJ4Xbc3ZGgDMmsyz |
| User: | automation@page-vaul |

PDF REFERENCE #:    95tUpk6ETgBmot67p39KEN



METRO
LIGHT &
POWER



## ACCENT LIGHT APPLICATIONS



HEADBOARDS & NIGHTSTANDS





MINIBAR



MINIBAR



TV/WALL PANEL



CLOSET





VANITY



COVE LIGHTING

## TASK LIGHT APPLICATIONS



COVE LIGHTING

## TASK LIGHT APPLICATIONS



WORKSTATIONS & DESKS

© 2024 Metro Light & Power LLC. All Rights Reserved
US Patent No(s) 10,840,900; 10,847,968; other Patents Pending



| | |
|---|---|
| Document title: | LED Lightings \| Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/ledlightings |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:52:00 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:52:02 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | gUDtqginV318pCfXTrEkdv |
| User: | automation@page-vaul |

PDF REFERENCE #:     b6R5BnJ1zGhLdP5T4mL6rH



**METRO LIGHT & POWER**



# FLEXIBLE LINEAR LEDS

Our M-LIGHT LINEAR LEDs are available in both standard and custom configurations:   as well as in different specified lengths for any hospitality, commercial, or FF&E project.  We manufacture our own Printed Circuit Boards, and feature heavy-weight copper traces for improved thermal dissipation, resulting in better performance, and greater longevity. We also feature Nichia LEDs -- available in White (CCTs from 2000K through 6500K), Tunable White, RGB and RGBW color pallettes. Our Linear lighting is geared towards a range of applications from accent lighting and backlighting, to wall washing and task lighting.

**Features:**

· UL LISTED
· CLASS 2
· LM80 >80,000 HRS
· CRI >90 (Typically, CRI >95)
· CCT from 2000K to 6500K
· Heavy weight copper traces for enhanced thermal dissipation • Customizable Pitch (distance between LEDs) can be cutomized from between 30 LEDs/m to 120 LEDs/m (Ex.  42 LEDs/m, 96 LEDs/m. etc.)



### M-LIGHT-WHITE

60 LEDS/M -- 12.0 W/M
(STANDARD FOR ACCENT LIGHTING)
PITCH & LM OUTPUT(POWER) CAN BE ADJUSTED

> Download Specification Sheet

### M-LIGHT-WHITE

120 LEDS/M -- 24.0 W/M
(STANDARD FOR TASK LIGHTING)
PITCH & LM OUTPUT(POWER) CAN BE ADJUSTED

> Download Specification Sheet

### M-LIGHT-TUNABLE-WHITE

60/120 LEDS/M -- 12/24 W/M
(ADJUSTABLE CCT FROM 2700K TO 5000K)
PITCH & LM OUTPUT(POWER) CAN BE ADJUSTED

> Download Specification Sheet

### M-LIGHT-RGB

60/120 LEDS/M -- 9/18 W/M
(ADJUSTABLE DYNAMIC COLOR)
PITCH & LM OUTPUT(POWER) CAN BE ADJUSTED

> Download Specification Sheet

### M-LIGHT-RGBW

120 LEDS/M -- 21 W/M
(FULLY ADJUSTABLE DYNAMIC COLOR)
PITCH & LM OUTPUT(POWER) CAN BE ADJUSTED

(distance between LEDs) can be customized from between 60 LEDs/m to 120 LEDs/m (84 LEDs/m, 96 LEDs/m, etc.)



### M-LIGHT-WHITE

60 LEDS/M -- 12.0 W/M
(STANDARD FOR ACCENT LIGHTING)
PITCH & LM OUTPUT(POWER) CAN BE ADJUSTED

> Download Specification Sheet

### M-LIGHT-WHITE

120 LEDS/M -- 24.0 W/M
(STANDARD FOR TASK LIGHTING)
PITCH & LM OUTPUT(POWER) CAN BE ADJUSTED

> Download Specification Sheet

### M-LIGHT-TUNABLE-WHITE

60/120 LEDS/M -- 12/24 W/M
(ADJUSTABLE CCT FROM 2700K TO 5000K)
PITCH & LM OUTPUT(POWER) CAN BE ADJUSTED

> Download Specification Sheet

### M-LIGHT-RGB

60/120 LEDS/M -- 9/18 W/M
(ADJUSTABLE DYNAMIC COLOR)
PITCH & LM OUTPUT(POWER) CAN BE ADJUSTED

> Download Specification Sheet

### M-LIGHT-RGBW

120 LEDS/M -- 21 W/M
(FULLY ADJUSTABLE DYNAMIC COLOR)
PITCH & LM OUTPUT(POWER) CAN BE ADJUSTED

> Download Specification Sheet

### M-LIGHT-WHITE (IP68 - SUBMERSIBLE)

60 LEDS/M -- 12.0 W/M
(STANDARD FOR ACCENT LIGHTING)
PITCH & LM OUTPUT(POWER) CAN BE ADJUSTED

> Download Specification Sheet

### M-LIGHT-WHITE  (IP68 - SUBMERSIBLE)

120 LEDS/M -- 24.0 W/M
(STANDARD FOR TASK LIGHTING)
PITCH & LM OUTPUT(POWER) CAN BE ADJUSTED

> Download Specification Sheet

© 2018 Metro Light & Power LLC All Rights Reserved.
US Patent Nos. 10,812,990, 10,847,998 other Patents Pending



| | |
|---|---|
| Document title: | LED Fixtures \| Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/ledfixtures |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:52:25 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:52:27 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 5 |
| Capture ID: | qpf4G1f2wCa2xufq5rVZE8 |
| User: | automation@page-vaul |

PDF REFERENCE #:    e7niThuor4CCME2aC2fZW3