# EXHIBIT 1

## Part 2



METRO
LIGHT &
POWER



# LED FIXTURES



## M-LINEAR (14mmX16mm)

Our M-LINEAR Fixture was designed with hospitality and office spaces in mind. It has a slim, extruded aluminum fixture with a Polycarbonate diffusion lens. Our M-LINEAR fixture and mounting clips allow for quick and easy installation into a routed slot with no need for a reveal. Perfect for the back of a headboard, around the base of a bed or nightstand, in a closet, vanity, minibar, around a mirror or TV Wall Panel, or underneath a shelf over a desk for task lighting.
(Use with all M-LIGHT LEDs [WHITE, TUNABLE WHITE, RGB, RGBW])

Download Specification Sheet



## M-LINEAR CURVE

Our M-LINEAR CURVE fixture allows for smooth continuous light behind the corners of a headboard or TV wall panel, where two straight fixtures meeting at 90° can otherwise leave a dark spot.
(Use with all M-LIGHT LEDs [WHITE, TUNABLE WHITE, RGB, RGBW])

Download Specification Sheet



## M-LINEAR 1

When high output task lighting is required over a desk or work station, our 1" wide M-LINEAR-I is the perfect solution. With 240 LEDs/m, and > 6500 lm/m, our M-LINEAR-I provides light to illuminate the most demanding tasks and surfaces.
(Use with all M-LIGHT LEDs [WHITE, TUNABLE WHITE, RGB, RGBW])



mm. Our M-LINEAR-I provides light to illuminate the most demanding tasks and surfaces.
(Use with all M-LIGHT LEDs [WHITE, TUNABLE WHITE, RGB, RGBW])

Download Specification Sheet

### M-CLST



Our M-CLST Fixture is a Round LED Lighted Closet Rod made from extruded Aluminum with a Frosted Polycarbonate Lens. Powered by our M-LIGHT LEDs, it comes with a Plug-in or dimmable LED Driver. It is available with an Anodized Natural Aluminum or Black Finish, or can also be Powder Coated with any of a number of available powder colors, which can be custom matched to RAL #s or custom finishes.

Download Specification Sheet



Download Mounting Instruction

### M-CLST-SEN

Our M-CLST-SEN has an IR Sensor so that the LEDs inside the Closet Bar turn on when the closet door(s) is/are opened. Includes Anodized Aluminum End Brackets as well as Hanging Support Brackets that can be attached to the underside of a shelf. Can be custom made to any length up to 2.0m.

Download Specification Sheet



Download Mounting Instruction

### M-LINEAR-SEN

We have combined a PIR Motion Sensor and our M-LINEAR LED Fixture in a single unit, so installing behind a valance in a closet is quicker and easier





### M-LINEAR-SEN

We have combined a PIR Motion Sensor and our M-LINEAR LED Fixture in a single unit, so installing behind a valance in a closet is quicker and easier than ever -- just snap in place into the mounting clips, plug in the Power supply and you're done!

[ Download Specification Sheet ]



### M-LINEAR-SW

Our M-LINEAR-SW Fixture incorporates a touch-on touch-off dimmer switch into our classic M-LINEAR fixture. It is the perfect one-stop solution for a desk light or for lighting over any work area where the fixture is within reach. It can be snapped into clips in a routed slot under a shelf above a mini-bar, counter or desk, and is ready to go with just inserting a plug. It is also an excellent solution for under-cabinet applications, whether for a minibar or kitchen counter.

[ Download Specification Sheet ]



### M-LINEAR-NIGHT-LIGHT

Integrating a PIR Motion Sensor into our M-LINEAR LED Fixture allows for a simple-to-mount, single fixture that fits right into a routed slot on the side of a bed. With our Push-and-hold Mounting Clips, installing our M-LINEAR-NIGHT-LIGHT takes just The built in PIR Motion sensor detects motion day or night, and the LED Fixture Length can be as short as 14.0cm or as long as 2.04 m. Push into position, plug in the Power Supply, and you're done!

Features:
• 3-Way Cable Guides
• Available with Plug-in or Dimmable LED Driver
• ETL Listed

[ Download Specification Sheet ]

### M-PUCK-65



light or for lighting over any work area where the fixture is within reach. It can be snapped into clips in a routed slot under a shelf above a mini-bar, counter or desk, and is ready to go with just inserting a plug. It is also an excellent solution for under-cabinet applications, whether for a minibar or kitchen counter.

Download Specification Sheet

### M-LINEAR-NIGHT-LIGHT



Integrating a PIR Motion Sensor into our M-LINEAR LED Fixture allows for a simple-to-mount, single fixture that fits right into a routed slot on the side of a bed. With our Push-and-hold Mounting Clips, Installing our M-LINEAR-NIGHT-LIGHT takes just The built in PIR Motion sensor detects motion day or night, and the LED Fixture Length can be as short as 14.0cm or as long as 2.04 m. Push into position, plug in the Power Supply, and you're done!

**Features:**
- 3-Way Cable Guides
- Available with Plug-in or Dimmable LED Driver
- ETL Listed

Download Specification Sheet

### M-PUCK-65



Our M-PUCK-65 is a 3W, 65mm (2.56") diameter Recessed LED Downlight. Available with White, Black, or Chrome Trim Ring. Perfect over a Minibar or as a downlight over a headboard.

**Features:**
- EASY TO MOUNT
- LOW MAINTAINCE
- PLUG AND PLAY CONNECTORS
- PLUG-IN UL/ETL-LISTED POWER SUPPLY

Download Specification Sheet

© 2024 Metro Light & Power LLC. All Rights Reserved.
US Patent No(s) 10847990, 10847998, other Patents Pending



| | |
|---|---|
| Document title: | Drivers \| Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/drivers |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:52:52 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:52:54 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 8 |
| Capture ID: | dpFT3hzagVKGSvzNpbfQwT |
| User: | automation@page-vaul |

PDF REFERENCE #:        tZy6kQFerBEPVAUkwfs5Qx





## LED DRIVERS / LED POWER SUPPLIES

Metro Constant Voltage ELV Class 2 Dimmable LED Drivers are available at 24 VDC, ranging from 9W to 100W. Triac dimmable, compatible with both forward phase and reverse phase. With integral wiring compartments, they are supplied with a 120 VAC Cord & Plug, and a low voltage lead wire with 5.5 mm/2.1 mm barrel jack. Available also with optional hardwiring enclosures, 1-10v dimming, and DALI controlable versions. Compatible with most electronic control systems — by Lutron, Crestron, Honeywell Incomm, etc.

(Use with all M-LIGHT LEDs [WHITE, TUNABLE WHITE, RGB, RGBW])

**M-DRIVER-09-CV**



Download Specification Sheet

**M-DRIVER-12-CV**



Download Specification Sheet

**M-DRIVER-20-CV**



Download Specification Sheet



**M-DRIVER-20-CV**

Download Specification Sheet



**M-DRIVER-30-CV**

Download Specification Sheet



**M-DRIVER-40-CV**

Download Specification Sheet



**M-DRIVER-60-CV**

Download Specification Sheet



**M-DRIVER-80-CV**

Download Specification Sheet

**M-DRIVER-100-CV**

Download Specification Sheet

## LED DRIVERS / LED POWER SUPPLIES
## (FOR METRO 3-WAY POWER/DATA OUTLETS)

Our patented 3-way Switching Low Voltage Power & Data Outlets work seamlessly with our M-LIGHT LEDs, and offer true 3-way switching from either side of a King or Queen bed without the need for an Electrician. Our 3-Way UL Listed Constant Voltage ELV Class 2 Dimmable LED Drivers are available at 24 VDC, ranging from 30W to 96W. Triac dimmable. Compatible with Forward phase, Reverse phase, Triac, MLV, ELV Dimmers. With integral wiring compartments, they are supplied with a 120 VAC Cord & Plug, and a low voltage lead wire with 5.5 mm/2.1 mm barrel jack.

(Use with M-LIGHT-WHITE LEDs)



**M-DRIVER-30-CV-3WY**



**M-DRIVER-30-CV-3WY**

Download Specification Sheet



**M-DRIVER-36-CV-3WY**

Download Specification Sheet



**M-DRIVER-60-CV-3WY**

Download Specification Sheet



**M-DRIVER-96-CV-3WY**

Download Specification Sheet




Download Specification Sheet

### M-DRIVER-100/M



LINEARdrive 100/M delivers BA and is DALI and DMX compatible. LINEARdrive 100/M has four separately controllable LED outputs which can be used for wide range of full-colour (RGBW), dynamic LED lighting applications.

You can configure the driver over its intuitive, 3-button user interface with display; it lets you configure the number of channels, DMX or DALI settings for networked mode and show, colour and dim values for standalone operation.

Features

- HydraDrive: provides the smoothest flicker-free high-performance dimming to dark for every fixture
- Tunable dynamic response
- LEDcode technology: configurable design to work with most constant current LED modules and arrays, while providing a connection point to integrated peripheral controls

Benefits

- Industry-best dimming performance for your fixture/application
- Dynamic response can be tuned to fit any content – from exceptionally smooth fades in architecture to fast-paced video in entertainment
- Compatible with enclosure system

Download Specification Sheet

## CONTROLLERS

DMX data messages are sent directly from the STICK to a DMX compatible power supply (sometimes called a «DMX Driver»). The power supply listens to the DMX messages and supplies the power to the lighting fixture. For example, an LED strip may use a 12V DMX power supply. The DMX messages are then passed on to the next lighting fixture or DMX driver.











**STICK-DE3**

Download Specification Sheets

**STICK-KE2**

Download Specification Sheets

**STICK-GU2**

Download Specification Sheets

## ACCESSORIES, SWITCHES, CABLES



> **SWITCHES**

Download Specification Sheet

**PIR MOTION SENSOR**

Download Specification Sheet



**PIR MOTION SENSOR**

Download Specification Sheet



**PIR DOOR PROXIMITY SENSOR**

Download Specification Sheet



**CABLES & SPLITTERS**

Download Specification Sheet

© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent No(s) 10,841,990, 10,847,992 other Patents Pending



| | |
|---|---|
| Document title: | Custom Projects \| Metro Light & Power |
| Capture URL: | https://www.metrolightandpower.com/others |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:53:17 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:53:19 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 4 |
| Capture ID: | bG14avX8JBZPyiSXT4QZip |
| User: | automation@page-vaul |

PDF REFERENCE #:     gCVaAbY4SoFUGkWrvkhsnh



## CUSTOM PROJECTS



Custom Submersible Fixtures





**Custom Pavers**



**Custom Signage**





**Custom Fixtures**



**Other Custom Projects**

© 2024 Metro Light & Power LLC. All Rights Reserved.
US Patent No(s) 10,841,990 10,847,998 other Patents Pending



# M-POWER-WLC-US-10-Qi-TM
## METRO 10W WIRELESS CHARGING UNIT

TOP MOUNTED 10W WIRELESS CHARGER SET FOR ANDROID AND IPHONE WIRELESS ENABLED CELL PHONES (Qi CERTIFIED)

Features:

| Charger Dimensions: | |
| --- | --- |
| Length | 4.200" (106.697mm) |
| Width | 4.200" (106.697mm) |
| Height | 0.846" (21.500mm) < (Adjustable) |
| Mounting Hole Diameter | 3.779" (96.000mm) for CNC, |
| | (3 3/4" Hole Saw) |
| **Adapter:** | |
| Input Voltage | 110-240 VAC (50-60 Hz.) |
| Output Voltage | 5V/3A; 9V/2A; 12V/1.5A |
| | |
| Adapter Dimensions: | |
| Length | 2.696" (68.500mm) |
| Width | 1.889" (48.000mm) |
| Height | 1.086" (27.600mm) |

- **Qi FAST CHARGING WIRELESS CHARGER**
- **SIMPLE TO MOUNT, ADJUSTABLE FOR MATERIAL THICKNESSES OF 0.63" TO 1.10"**
- **OVERCURRENT PROTECTION AND SHORT-CIRCUIT PROTECTION**
- **INPUT: USB-QC2.0/3.0**
- **PRODUCT SUPPORT (TYP): SAMSUNG - 10W; IPHONE - 7.5W; Qi - 5W**
- **WPC Qi V1.2.4 CERTIFIED, COMPATIBLE WITH ALL Qi ENABLED DEVICES**



SIDE



0.093" (2.381mm)     0.177" (4.500mm)
0.669" (17.000mm)
3.700" (94.000mm)

**M-POWER-WLC-US-10-Qi-TM**



4.735" (120.284mm)
TOP
4.200" (106.697mm)
WIRELESS CHARGING PAD



BOTTOM
OUT to USB ADAPTER



1.968" (50.000mm)
2.696" (68.500mm)
1.889" (48.000mm)
1.086" (27.600mm)

6ft USB-A to Mini USB-B Charging Cable included.

© 2020 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666
T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com


Wireless Power Consortium (WPC) Member
www.wirelesspowerconsortium.com


Apple MFi
License 6,4


CE


RoHS COMPLIANT

c (UL) us
LISTED
E141650



# M-POWER-WLC-US-10-Qi-TM
## METRO 10W WIRELESS CHARGING UNIT INSTALL GUIDE



**CUT HOLE IN WOOD**

**1** Rout/cut wood/stone/etc. for outlet as indicated on template labeled "ROUTING TEMPLATE".



**INSTALL OUTLET**

**2** Tighten the adjustment sleeve/mounting bracket onto the threads until it is hand tight.



**PLUG IT IN**

**3** Screw the 4 screws into the top to hold the wireless charger in place.

**4** Insert the USB-A end into the power supply. Insert the other end of the power supply into the wireless charging units MicroUSB. Plug the power supply into an AC receptacle.

**NOTE: Max Torque Force when tightening nuts is: 0.4 N.cm ~ 0.6 N.cm**

© 2020 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666
T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



Wireless Power Consortium (WPC) Member
www.wirelesspowerconsortium.com



Apple MFi Licensee 6,4



CE RoHS COMPLIANT



c UL us
LISTED
E141650



# M-POWER-WLC-US-10-Qi-TM INSTALL GUIDE



**ROUTING**
**TEMPLATE**

3.779"(96.000mm)



© 2020 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC  |  98 Copley Avenue, Teaneck, NJ 07666  |  T: 201-692-0702  |  F: 208-979-4613  |  info@metrolightandpower.com  |  www.metrolightandpower.com



# M-POWER-WLC-US-10-Qi-TM INSTALL GUIDE





© 2020 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-POWER-WLC-US-10-Qi-FS-BZAB
## METRO 10W WIRELESS CHARGING UNIT
FREE STANDING 10W WIRELESS CHARGER SET FOR ANDROID AND IPHONE WIRELESS ENABLED CELL PHONES (Qi CERTIFIED)

Features:

| Charger Dimensions: | |
|---|---|
| Length | 3.622" (92.000mm) |
| Width | 3.622" (92.000mm) |
| Height | 0.275" (7.000mm) |
| | |
| Adapter: | |
| Input Voltage | 110-240 VAC (50-60 Hz.) |
| Output Voltage | 5V/3A; 9V/2A; 12V/1.5A |
| | |
| Adapter Dimensions: | |
| Length | 2.696" (68.500mm) |
| Width | 1.889" (48.000mm) |
| Height | 1.086" (27.600mm) |

- **Qi FAST CHARGING FREE-STANDING WIRELESS CHARGER**
- **OVERCURRENT PROTECTION AND SHORT-CIRCUIT PROTECTION**
- **INPUT: USB-QC2.0/3.0**
- **PRODUCT SUPPORT (TYP): SAMSUNG - 10W; IPHONE - 7.5W; Qi - 5W**
- **WPC Qi V1.2.4 CERTIFIED, COMPATIBLE WITH ALL Qi ENABLED DEVICES**

Bezel Finish:
*Custom Finishes Available*

**STANDARD BRONZE (ABS)**
M-POWER-WLC-US-10-Qi-FS-BZAB



Shown in Standard Bronze (ABS) Bezel.

WIRELESS CHARGING PAD          OUT to USB ADAPTER

SIDE                                    0.275" (7.000mm)                TOP

3.622" (92.000mm)

## M-POWER-WLC-US-10-Qi-FS-BZAB

1.968" (50.000mm)
2.696" (68.500mm)

1.889" (48.000mm)

1.086" (27.600mm)

6ft USB A to Mini USB B Charging Cable included.

© 2019 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666
T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com

 Wireless Power Consortium (WPC) Member
www.wirelesspowerconsortium.com

 Apple MFi Licensee 6,4

 CE

 RoHS COMPLIANT

 c UL us LISTED E141650



# M-POWER-WLC-US-10-Qi-FS-BAB
## METRO 10W WIRELESS CHARGING UNIT
FREE STANDING 10W WIRELESS CHARGER SET FOR ANDROID AND IPHONE WIRELESS ENABLED CELL PHONES (Qi CERTIFIED)

Features:

| Charger Dimensions: | |
|---|---|
| Length | 3.622" (92.000mm) |
| Width | 3.622" (92.000mm) |
| Height | 0.275" (7.000mm) |
| | |
| Adapter: | |
| Input Voltage | 110-240 VAC (50-60 Hz.) |
| Output Voltage | 5V/3A; 9V/2A; 12V/1.5A |
| | |
| Adapter Dimensions: | |
| Length | 2.696" (68.500mm) |
| Width | 1.889" (48.000mm) |
| Height | 1.086" (27.600mm) |

- **Qi FAST CHARGING FREE-STANDING WIRELESS CHARGER**

- **OVERCURRENT PROTECTION AND SHORT-CIRCUIT PROTECTION**

- **INPUT: USB-QC2.0/3.0**

- **PRODUCT SUPPORT (TYP): SAMSUNG - 10W; IPHONE - 7.5W;  Qi - 5W**

- **WPC Qi V1.2.4 CERTIFIED, COMPATIBLE WITH ALL Qi ENABLED DEVICES**

Bezel Finish:
*Custom Finishes Available*

**BLACK (ABS)**
M-POWER-WLC-US-10-Qi-FS-BAB



Shown in Black (ABS) Bezel.

WIRELESS CHARGING PAD    OUT to USB ADAPTER

SIDE    0.275" (7.000mm)    TOP

3.622" (92.000mm)

## M-POWER-WLC-US-10-Qi-FS-BAB

1.968" (50.000mm)
2.696" (68.500mm)
1.889" (48.000mm)
1.086" (27.600mm)



6ft USB A to Mini USB B Charging Cable included.

© 2019 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666
T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com


Wireless Power Consortium (WPC) Member
www.wirelesspowerconsortium.com


Apple MFi Licensee 6,4




RoHS COMPLIANT

c UL us
LISTED
E141650



# M-POWER-WLC-US-10-Qi-SS
## METRO 10W WIRELESS CHARGING UNIT
UNDER-SURFACE MOUNTED 10W WIRELESS CHARGER SET FOR ANDROID AND IPHONE WIRELESS ENABLED CELL PHONES (Qi CERTIFIED)

Features:

| Charger Dimensions: | |
| --- | --- |
| Length | 4.735" (120.284mm) |
| Width | 4.735" (120.284mm) |
| Height | 1.012" (25.730mm) |
| | |
| Adapter: | |
| Input Voltage | 110-240 VAC (50-60 Hz.) |
| Output Voltage | 5V/3A; 9V/2A; 12V/1.5A |
| | |
| Adapter Dimensions: | |
| Length | 2.696" (68.500mm) |
| Width | 1.889" (48.000mm) |
| Height | 1.086" (27.600mm) |

- **Qi FAST CHARGING SUB-SURFACE WIRELESS CHARGER**
- **SIMPLE TO MOUNT, ADJUSTABLE FOR MATERIAL THICKNESSES OF 0.63" TO 1.10"**
- **OVERCURRENT PROTECTION AND SHORT-CIRCUIT PROTECTION**
- **INPUT: USB-QC2.0/3.0**
- **PRODUCT SUPPORT (TYP): SAMSUNG - 10W; IPHONE - 7.5W; Qi - 5W**
- **WPC Qi V1.2.4 CERTIFIED, COMPATIBLE WITH ALL Qi ENABLED DEVICES**

## M-POWER-WLC-US-10-Qi-SS



SIDE

1.012" (25.730mm)    0.669" (17.000mm)

3.386" (86.005mm)
4.735" (120.284mm)
3.551" (90.196mm)

TOP

BOTTOM

WIRELESS CHARGING PAD

OUT to USB ADAPTER

1.968" (50.000mm)
2.696" (68.500mm)
1.889" (48.000mm)
1.086" (27.600mm)



6ft USB A to Mini USB B Charging Cable included.

© 2019 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666
T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com


Wireless Power Consortium (WPC) Member
www.wirelesspowerconsortium.com


Apple MFi Licensee 6,4




RoHS COMPLIANCE


c UL us LISTED E141650



# M-POWER-WLC-US-10-Qi-SS INSTALL GUIDE
## METRO 10W WIRELESS CHARGING UNIT
UNDER-SURFACE MOUNTED 10W WIRELESS CHARGER SET FOR ANDROID AND IPHONE WIRELESS
ENABLED CELL PHONES (Qi CERTIFIED)



**M-POWER-WLC-US-10-Qi-SS**

**1** Rout a 4.015" (102.000mm) diameter hole to 0.078" (2.000mm) below the surface.

**2** Adjust height of sub-surface wireless charger so that when the top of the charging unit is touching the underside of the top surface, the adjustment sleeve/mounting bracket is just touching the bottom of the substrate.

**3** Screw the adjustment sleeve/mounting bracket into place with the screws provided (or with 5/8" long #6 screws).

**4** Attach decal to top surface indicating the exact position of the wireless charging unit.

**5** Connect power supply cord to the wireless charging unit and plug the transformer box into a standard 120 VAC 60Hz receptacle.



© 2020 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666
T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



Wireless Power
Consortium (WPC)
Member
www.wirelesspowerconsortium.com



Apple
**MFi** Licensee 6,4



CE

RoHS
COMPLIANT



c(UL)us
LISTED
E141650

🔒 **Page**Vault

| | |
|---|---|
| Document title: | Desktop Hubs |
| Capture URL: | https://www.metrolightandpower.com/desktophubs/aaa |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:53:40 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:53:42 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | 72Sn4ejRwcYFkzHSDYU3Tr |
| User: | automation@page-vaul |

PDF REFERENCE #:     aoPq5voyJY8wxRvn3PdPRG



<- Select your Desktop HUB configuration

# Your item 3T-AAA-BADH code:

BLACK (ABS)




Download Spec Sheet


BLACK (ABS)


WHITE (ABS)


UNICOLOR™ SAND (ABS)


UNICOLOR™ MAGNESIUM (ABS)

UNICOLOR™ BRASS (ABS)

UNICOLOR™ BRONZE (ABS)


UNICOLOR™ SATIN NICKEL (ABS)


UNICOLOR™ COOL GRAY (ABS)


UNICOLOR™ RUBBED BRONZE (ABS)

© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent No(s) 10,840,990, 10,847,959; other Patents Pending

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Desktop Hubs |
| Capture URL: | https://www.metrolightandpower.com/desktophubs/aba |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:53:57 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:53:58 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | uiEwvRBtyr2NRRREiV4JZH |
| User: | automation@page-vaul |

PDF REFERENCE #:    bFVB6cwYtdVK4Use8Facfj



METRO
LIGHT &
POWER

<- Select your Desktop
HUB configuration

## Your item 3T–ABA–BADH code: BK (ABS)






Download Spec Sheet


BLACK (ABS)


WHITE (ABS)


UNICOLOR™ SAND (ABS)


UNICOLOR™ MAGNESIUM (ABS)


UNICOLOR™ BRASS (ABS)


UNICOLOR™ BRONZE (ABS)

UNICOLOR™ SATIN NICKEL (ABS)

UNICOLOR™ COOL GRAY (ABS)

UNICOLOR™ RUBBED BRONZE (ABS)

© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent No(s) 10840900 10847959 other Patents Pending

Document title: Desktop Hubs
Capture URL: https://www.metrolightandpower.com/desktophubs/aba
Capture timestamp (UTC): Mon, 11 Mar 2024 21:53:58 GMT



| | |
|---|---|
| Document title: | Desktop Hubs |
| Capture URL: | https://www.metrolightandpower.com/desktophubs/aua |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:54:12 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:54:14 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | wZ2DbncWpEkJThiKPdtpDe |
| User: | automation@page-vaul |

PDF REFERENCE #:    hSEUmBZ23joSU3k4n9SeeX



**METRO
LIGHT &
POWER**

<- Select your Desktop
HUB configuration

**Your item 3T-AUA-BADH code:** BLK (ABS)



Download Spec Sheet



BLACK (ABS)



WHITE (ABS)



UNICOLOR™ SAND (ABS)



UNICOLOR™ MAGNESIUM (ABS)



UNICOLOR™ BRASS (ABS)



UNICOLOR™ BRONZE (ABS)



UNICOLOR™ SATIN NICKEL (ABS)

UNICOLOR™ COOL GRAY (ABS)



UNICOLOR™ RUBBED BRONZE (ABS)

© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent No(s) 10,840,990, 10,847,959, other Patents Pending

🔒 **Page** Vault

| | |
|---|---|
| Document title: | Desktop Hubs |
| Capture URL: | https://www.metrolightandpower.com/desktophubs/baz |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:54:28 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:54:29 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | eQYpxnEArKW1uDpNd3LC5F |
| User: | automation@page-vaul |

PDF REFERENCE #:     4q1jN3RJR4sC2FZmJVm78a



**METRO LIGHT & POWER**

<- Select your Desktop
HUB configuration

## Your item 3T-BAZ-BADH code: BK (ABS)





📄 Download Spec Sheet


BLACK (ABS)


WHITE (ABS)


UNICOLOR™ SAND (ABS)


UNICOLOR™ MAGNESIUM (ABS)


UNICOLOR™ BRASS (ABS)


UNICOLOR™ BRONZE (ABS)


UNICOLOR™ SATIN NICKEL (ABS)


UNICOLOR™ COOL GRAY (ABS)


UNICOLOR™ RUBBED BRONZE (ABS)

© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent (no(s) 10,840,900, 10,847,959) other Patents Pending

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Desktop Hubs |
| Capture URL: | https://www.metrolightandpower.com/desktophubs/auz |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:54:44 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:54:45 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | 6EJu1MChiGBmtuCc8oP1ek |
| User: | automation@page-vaul |

PDF REFERENCE #:     w7KaoUZaXYVv9qVXRhUNfm



<- Select your Desktop
HUB configuration

## Your item 3T–AUZ–BADH code:
BLACK (ABS)



 Download Spec Sheet



BLACK (ABS)



WHITE (ABS)



UNICOLOR™ SAND (ABS)



UNICOLOR™ MAGNESIUM (ABS)



UNICOLOR™ BRASS (ABS)



UNICOLOR™ BRONZE (ABS)

UNICOLOR™ SATIN NICKEL (ABS)

UNICOLOR™ COOL GRAY (ABS)

UNICOLOR™ RUBBED BRONZE (ABS)

© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent No(s) 10,840,990, 10,847,959 other Patents Pending



| | |
|---|---|
| Document title: | Desktop Hubs |
| Capture URL: | https://www.metrolightandpower.com/desktophubs/abx |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:55:00 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:55:01 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | waEn88vsPz6RXfm7qitaMs |
| User: | automation@page-vault |

PDF REFERENCE #:     3XniAZRLYEGVqMiSSADKNp



<- Select your Desktop HUB configuration

# Your item 3T-ABX-BADH code: ⬛K (ABS)





Download Spec Sheet



BLACK (ABS)



WHITE (ABS)



UNICOLOR™ SAND (ABS)



UNICOLOR™ MAGNESIUM (ABS)

UNICOLOR™ BRASS (ABS)



UNICOLOR™ BRONZE (ABS)



UNICOLOR™ SATIN NICKEL (ABS)



UNICOLOR™ COOL GRAY (ABS)



UNICOLOR™ RUBBED BRONZE (ABS)

© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent 'No(s) 10,840,990; 10,847,959 other Patents Pending

🔒 Page Vault

| | |
|---|---|
| Document title: | Desktop Hubs |
| Capture URL: | https://www.metrolightandpower.com/desktophubs/ab6 |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:55:16 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:55:17 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | quNkY44wCu92pLvmzJQNq3 |
| User: | automation@page-vaul |

PDF REFERENCE #:    xut7vxVAE5yqVkLcVakDjp



**METRO
LIGHT &
POWER**

<- Select your Desktop
HUB configuration

# Your item 3T-AB6-BADH code:
6K (ABS)



Download Spec Sheet


BLACK (ABS)


WHITE (ABS)


UNICOLOR™ SAND (ABS)


UNICOLOR™ MAGNESIUM (ABS)


UNICOLOR™ BRASS (ABS)


UNICOLOR™ BRONZE (ABS)


UNICOLOR™ SATIN NICKEL (ABS)


UNICOLOR™ COOL GRAY (ABS)


UNICOLOR™ RUBBED BRONZE (ABS)

© 2024 Metro Light & Power, LLC. All Rights Reserved
US Patent No(s) 10,840,900, 10,847,959; other Patents Pending



| | |
|---|---|
| Document title: | Desktop Hubs |
| Capture URL: | https://www.metrolightandpower.com/desktophubs/ab12 |
| Page loaded at (UTC): | Mon, 11 Mar 2024 21:55:31 GMT |
| Capture timestamp (UTC): | Mon, 11 Mar 2024 21:55:32 GMT |
| Capture tool: | 2.57.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | 6RZd6vShVZZUodqpEx6H6g |
| User: | automation@page-vaul |

PDF REFERENCE #:     rDCjHgjeqHiCRqYab8vcEL



METRO
LIGHT &
POWER

<- Select your Desktop
HUB configuration

## Your item 3T-AB12-BADH code: BK (ABS)





Download Spec Sheet


BLACK (ABS)


WHITE (ABS)


UNICOLOR™ SAND (ABS)


UNICOLOR™ MAGNESIUM (ABS)


UNICOLOR™ BRASS (ABS)


UNICOLOR™ BRONZE (ABS)


UNICOLOR™ SATIN NICKEL (ABS)


UNICOLOR™ COOL GRAY (ABS)


UNICOLOR™ RUBBED BRONZE (ABS)

© 2024 Metro Light & Power, LLC. All Rights Reserved.
US Patent No(s) 10,840,990; 10,847,959; other Patents Pending



## M-RDLT-DOME HEADBOARD READING LIGHTS
**ABOVE SURFACE INSTALL GUIDE**



**CUT HOLE IN BOTTOM**

1 Rout/cut hole in wood/other substrate for reading lights as indicated on attached template labeled "ROUTING TEMPLATE".



**INSERT READING LIGHT**

2 Insert reading light into the hole from the top/front, and slip mounting brackets as shown over the threaded studs on the back.



**FIX IN PLACE**

3 Screw the four nuts (8-32) onto the studs behind the mounting brackets and tighten, permanently fixing the reading light in place.

© 2023 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-RDLT-DOME HEADBOARD READING LIGHTS



© 2023 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-RDLT-DOME HEADBOARD READING LIGHTS



LED Driver

Jumper Cable



Shown in installed on headboard

© 2023 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-RDLT-DOME HEADBOARD
# READING LIGHTS



ROUTING
**TEMPLATE**

© 2023 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-RDLT-DOME HEADBOARD READING LIGHTS

## ⚠ NOTICE:

1. The cord is not allowed to be crushed and mounting screws are also used to maintain the headboard distance from the wall. Route and secure cord so that it will not be pinched or damaged when the headboard is pushed against the wall.

2. If the headboard is constructed of materials with sharp edges that could damage the cord such as metal or glass, the opening should have smooth round holes, or a plastic bushing shall be inserted to protect the cord.

3. The National Electrical Code, ANSI/NFPA 70, does not permit cords to be concealed where damage to the insulation may go unnoticed. To prevent fire danger, do not run cord where it will be pinched or damaged, or may be inaccessible for examination. Cords should be visually examined periodically and immediately replaced when any damage is noted.

4. Use only insulated staples or plastic ties to secure cords.

© 2023 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-RDLT-DOME
## LINEAR LED LIGHTING SOLUTIONS
### TWIN LOW VOLTAGE DIRECTIONAL LED HEADBOARD READING LIGHTS
M-RDLT-DOME-BATP(2)

Featuring Nichia LEDs, our Directional LED Headboard Reading lights offer a compact, streamlined design with 360° Directional adjustability with a unique ball-in-socket design that will not loosen over time. With High CRI and Antiglare privacy film. Available in Metro's full range of Unicolor™ finishes with Custom Color matching also available.

CCT can be customized.



Reading Lamp Finish: **BLACK (ABS)**
*Custom Finishes Available*    M-RDLT-DOME-BATP(2)




Shown in Black (ABS) Trim Plate

Features:

| LEDs (Per Fixture): | 4 |
|---|---|
| CCT: | 3500K |
| Lm: | 240 |
| Power Consumption (W): | 2.7W |
| CRI: | > 95 |
| Operating Voltage (DC): | 15V |



• CLEAN, COMPACT DESIGN

• STREAMLINED

• LOW PROFILE

• PLUG & PLAY

• 360° POSITIONABLE LED READING LIGHTS

• ANTIGLARE FILM

• CLASS 2

• LM80 >80,000 HRS

• SILICONE EDGES KEEP EXPOSED PARTS COOL

• CUSTOMIZABLE CONFIGURATIONS AND FINISHES

• UL LISTED

• SET INCLUDES ONE PAIR (OF TWO) LOW VOLTAGE READING LAMPS

  (EACH INCLUDES IT'S OWN 120 VAC --> 15 VDC LED POWER SUPPLY)

Driver:

| Input Voltage Range: | 100Vac-240Vac |
|---|---|
| Input Frequency: | 50Hz/60Hz |
| Output Voltage (Vdc): | 15V |
| Output Current (mA): | 350mA |

© 2022 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



c UL us
LISTED
E584317
CLASS 2 POWER SUPPLY



# M-RDLT-DOME
## LINEAR LED LIGHTING SOLUTIONS
TWIN LOW VOLTAGE DIRECTIONAL LED HEADBOARD READING LIGHTS
M-RDLT-DOME-BATP(2)



© 2022 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com

UL LISTED
c US
E584317
CLASS 2 POWER SUPPLY



# M-RDLT-BLADE
## LINEAR LED LIGHTING SOLUTIONS
**TWIN LOW VOLTAGE DIRECTIONAL LED HEADBOARD READING LIGHTS**
M-RDLT-BLADE-BATP(2)

Featuring Nichia LEDs, our Directional LED Headboard Reading lights offer a compact, streamlined design with 360° Directional adjustability with a unique ball-in-socket design that will not loosen over time. With High CRI and Antiglare privacy film. Available in Metro's full range of Unicolor™ finishes with Custom Color matching also available.

CCT can be customized.



Reading Lamp Finish: **BLACK (ABS)**
*Custom Finishes Available*    M-RDLT-BLADE-BATP(2)





Shown in Black (ABS) Trim Plate

Features:

| | |
|---|---|
| **LEDs (Per Fixture):** | 12 |
| **CCT:** | 3500K |
| **Lm:** | 140 |
| **Power Consumption (W):** | 2.4W |
| **CRI:** | > 95 |
| **Operating Voltage (DC):** | 24V |

• CLEAN, COMPACT DESIGN

• STREAMLINED

• LOW PROFILE

• PLUG & PLAY

• 360° POSITIONABLE LED READING LIGHTS

• ANTIGLARE FILM

• CLASS 2

• LM80 >80,000 HRS

• SILICONE EDGES KEEP EXPOSED PARTS COOL

• CUSTOMIZABLE CONFIGURATIONS AND FINISHES

• UL LISTED

• SET INCLUDES ONE PAIR (OF TWO) LOW VOLTAGE READING LAMPS

  (EACH INCLUDES IT'S OWN 120 VAC --> 24 VDC LED POWER SUPPLY)



Driver:

| | |
|---|---|
| **Input Voltage Range:** | 100Vac-240Vac |
| **Input Frequency:** | 50Hz/60Hz |
| **Output Voltage (Vdc):** | 24V |
| **Output Current (mA):** | 250mA |

© 2022 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



c(UL)us
LISTED
E584317
CLASS 2 POWER SUPPLY



# M-RDLT-BLADE
## LINEAR LED LIGHTING SOLUTIONS
### TWIN LOW VOLTAGE DIRECTIONAL LED HEADBOARD READING LIGHTS
M-RDLT-BLADE-BATP(2)



© 2022 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com

UL LISTED
c(UL)us
E584317
CLASS 2 POWER SUPPLY



# M-RDLT-BLADE HEADBOARD
# READING LIGHTS
**ABOVE SURFACE INSTALL GUIDE**



**CUT HOLE IN BOTTOM**

1 Rout/cut hole in wood/other substrate for reading lights as indicated on attached template labeled "ROUTING TEMPLATE".



**INSERT READING LIGHT**

2 Insert reading light into the hole from the top/front, and slip mounting brackets as shown over the threaded studs on the back.



**FIX IN PLACE**

3 Screw the four nuts (8-32) onto the studs behind the mounting brackets and tighten, permanently fixing the reading light in place.

© 2023 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-RDLT-BLADE HEADBOARD READING LIGHTS



© 2023 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-RDLT-BLADE HEADBOARD READING LIGHTS



LED Driver

Jumper Cable



Shown in installed on headboard

© 2023 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-RDLT-BLADE HEADBOARD
# READING LIGHTS



**ROUTING**
**TEMPLATE**

© 2023 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-RDLT-BLADE HEADBOARD READING LIGHTS

## ⚠ NOTICE:

1. The cord is not allowed to be crushed and mounting screws are also used to maintain the headboard distance from the wall. Route and secure cord so that it will not be pinched or damaged when the headboard is pushed against the wall.

2. If the headboard is constructed of materials with sharp edges that could damage the cord such as metal or glass, the opening should have smooth round holes, or a plastic bushing shall be inserted to protect the cord.

3. The National Electrical Code, ANSI/NFPA 70, does not permit cords to be concealed where damage to the insulation may go unnoticed. To prevent fire danger, do not run cord where it will be pinched or damaged, or may be inaccessible for examination. Cords should be visually examined periodically and immediately replaced when any damage is noted.

4. Use only insulated staples or plastic ties to secure cords.

© 2023 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 07631 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-LIGHT-WHITE

## LINEAR LED LIGHTING SOLUTIONS

Featuring Nichia LEDs, and PCBs with 3oz Copper Traces for even better thermal management, our Flexible Linear White LED Lighting is available in 12 V DC or 24 V DC, with CCTs ranging from 2000K to 6000K, and configurations from 9 LEDs/ft. (30 LEDs/M) to 36 LEDs/ft. (120 LEDs/M.) Direct mounting via attached enhanced 3M Thermal Dissipating Tape. Available in IP20, IP67 and IP68.

*LED pitch and Lumen output can be customized.*



Features:

| | 9 | 18 | 36 |
|---|---|---|---|
| LEDs/ft | 9 | 18 | 36 |
| LEDs/M | 30 | 60 | 120 |
| Lm/ft | 257 | 514 | 1006 |
| Lm/M | 844 | 1686 | 3302 |
| Power Consumption (W/ft.) | 1.84 | 3.65 | 7.41 |
| Power Consumption (W/M) | 6.05 | 11.98 | 24.34 |
| CRI | > 90 | > 90 | > 90 |
| Operating Voltage (DC) | 24/12 | 24/12 | 24/12 |
| Operating Temp Range (°C) | -40°C - 100°C | | |

- **UL LISTED**
- **CLASS 2**
- **LM80 >80,000 HRS**
- **HEAVY WEIGHT COPPER TRACES FOR ENHANCED THERMAL DISSIPATION**



**WHITE**

5M (16.4 ft.)

5.0 cm
CUT EVERY 5.0 CM (1.97")

5.0 cm
CUT EVERY 5.0 CM (1.97")

8 mm (.315")

5 mm (.10") (Height of IP-67/68)
1.25 mm (.05") (Height of IP20)

Order Codes:

| MLS | VDC | LED PKG | CCT | CRI | IP | LEDs/M | W/M | Length (") | Length (cm) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *specify in inches* | *specify in centimeters* |
| MLS | 12 | 3030 (WHITE) | 6500 | > 90 | 20 | 30 | 6 | | |
| | 24 | | 5700 | > 90 | 67 | 60 | 12 | | |
| | | | 5000 | > 90 | 68 | 72 | 14.4 | | |
| | | | 4500 | > 90 | | 96 | 19.8 | | |
| | | | 4000 | > 90 | | 120 | 24 | | |
| | | | 3500 | > 90 | | | | | |
| | | | 3000 | > 90 | | | | | |
| | | | 2700 | > 90 | | | | | |
| | | | 2550 | > 90 | | | | | |
| | | | 2250 | > 80 | | | | | |
| | | | 2000 | > 80 | | | | | |

*Photometrics, and additional spec. info is available upon request.*

© 2021 Metro Light & Power, LLC. All rights reserved. Patent pending.

  



# M-LIGHT-RGBW
## LINEAR LED LIGHTING SOLUTIONS

Featuring Nichia LEDs, and PCBs with 3oz Copper Traces for even better thermal management, our Flexible Linear RGBW LED Lighting is available in 12 V DC or 24 V DC, with configurations from 18 LEDs/ft. (60 LEDs/M) to 36 LEDs/ft. (120 LEDs/M.) Direct mounting via attached enhanced 3M Thermal Dissipating Tape. Available in IP20, IP67 and IP68.

*LED pitch and Lumen output can be customized.*



| RGBW Features: | | |
|---|---|---|
| LEDs/ft | 36 | |
| LEDs/M | 120 | |
| Lm/ft | 474 | |
| Lm/M | 1559 | |
| Power Consumption (W/ft.) | 6.41 | |
| Power Consumption (W/M) | 21.07 | |
| CRI | as selected below | |
| Operating Voltage (DC) | 24/12 | |
| Operating Temp Range (°C) | -40°C - 100°C | |

- **UL LISTED**
- **CLASS 2**
- **LM80 >80,000 HRS**
- **HEAVY WEIGHT COPPER TRACES FOR ENHANCED THERMAL DISSIPATION**



**RGBW**

| RGBW Order Codes: | MLS | VDC | LED PKG | CCT | CRI | IP | LEDs/M | W/M | Length (") | Length (cm) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *specify in inches* | *specify in centimeters* |
| | MLS | 12 | 30-33 (RGBW) | 6500 | > 90 | 20 | 30 | 6 | | |
| | | 24 | | 5700 | > 90 | 67 | 60 | 12 | | |
| | | | | 5000 | > 90 | 68 | 72 | 14.4 | | |
| | | | | 4500 | > 90 | | 99 | 19.8 | | |
| | | | | 4000 | > 90 | | 120 | 24 | | |
| | | | | 3500 | > 90 | | | | | |
| | | | | 3000 | > 90 | | | | | |
| | | | | 2700 | > 90 | | | | | |
| | | | | 2500 | > 80 | | | | | |
| | | | | 2400 | > 80 | | | | | |
| | | | | 2200 | > 80 | | | | | |
| | | | | 2000 | > 80 | | | | | |

*Photometrics, and additional spec. info is available upon request.*

© 2018 Metro Light & Power, LLC. All rights reserved. Patent pending.

  



# M-LIGHT-RGB

## LINEAR LED LIGHTING SOLUTIONS

Featuring Nichia LEDs, and PCBs with 3oz Copper Traces for even better thermal management, our Flexible Linear RGB LED Lighting is available in 12 V DC or 24 V DC, with configurations from 9 LEDs/ft. (30 LEDs/M) to 36 LEDs/ft. (120 LEDs/M.) Direct mounting via attached enhanced 3M Thermal Dissipating Tape. Available in IP20, IP67 and IP68.

*LED pitch and Lumen output can be customized.*



RGB Features:

| | | |
|---|---|---|
| LEDs/ft | 18 | 36 |
| LEDs/M | 60 | 120 |
| Lm/ft* | 112* | 224* |
| Lm/M* | 368* | 736* |
| Power Consumption* (W/ft.) | 2.73* | 5.46* |
| Power Consumption* (W/M) | 8.97* | 17.94* |
| Operating Voltage (DC) | 24/12 | 24/12 |
| Operating Temp Range (°C) | -40°C - 100°C | |

• UL LISTED

• CLASS 2

• LM80 >80,000 HRS

• HEAVY WEIGHT COPPER TRACES FOR ENHANCED THERMAL DISSIPATION

*\* This data reflects max output levels with LEDs of both CCTs at 50%/50%; (or, 40%/60%; 70%/30%, etc.)*



**RGB**

5M (16.4 ft.)

8 mm (.315")

10.0 cm
CUT EVERY 10.0 cm (3.94")

5 mm (.10") (Height of IP-67/68)
1.25 cm (.05") (Height of IP20)

RGB Order Codes:

| MLS | VDC | LED PKG | IP | LEDs/M | W/M | Length (") | Length (cm) |
|---|---|---|---|---|---|---|---|
| | | | | | | *specify in inches* | *specify in centimeters* |
| MLS | 12 | 3033 (RGB) | 20 | 30 | 6 | | |
| | 24 | | 67 | 60 | 12 | | |
| | | | 68 | 72 | 14.4 | | |
| | | | | 99 | 19.8 | | |
| | | | | 120 | 24 | | |

*Photometrics, and additional spec. info is available upon request.*

© 2018 Metro Light & Power, LLC. All rights reserved. Patent pending.

  



# M-LIGHT-TUNABLE-WHITE

## LINEAR LED LIGHTING SOLUTIONS

Featuring Nichia LEDs, and PCBs with 3oz Copper Traces for even better thermal management, our Flexible Linear White LED Lighting is available in 12 V DC or 24 V DC, with CCTs ranging from 2000K to 6000K, and configurations from 18 LEDs/ft. (60 LEDs/M) to 36 LEDs/ft. (120 LEDs/M.) Direct mounting via attached enhanced 3M Thermal Dissipating Tape. Available in IP20, IP67 and IP68.

*LED pitch and Lumen output can be customized.*



Features:

| | 18 | 36 |
|---|---|---|
| **LEDs/ft** | 18 | 36 |
| **LEDs/M** | 60 | 120 |
| **Lm/ft*** | 181* | 362* |
| **Lm/M*** | 596* | 1191* |
| **Power Consumption* (W/ft.)** | 1.84* | 3.68* |
| **Power Consumption* (W/M** | 6.05* | 12.10* |
| **CRI** | > 90 | > 90 |
| **Operating Voltage (DC)** | 24/12 | 24/12 |
| **Operating Temp Range (°C)** | -40°C - 100°C | |

*\* This data reflects max output levels with LEDs of both CCTs at 50%/50%; (or, 40%/60%; 70%/30%, etc.)*

- **UL LISTED**
- **CLASS 2**
- **LM80 >80,000 HRS**
- **HEAVY WEIGHT COPPER TRACES FOR ENHANCED THERMAL DISSIPATION**



## TUNABLE WHITE

5M (16.4 ft.)

8 mm (.315")

5.0 cm CUT EVERY 5.0 CM (1.97")

5.0 cm CUT EVERY 5.0 CM (1.97")

5 mm (.10") (Height of IP-67/68)
1.25 mm (.05") (Height of IP20)

Order Codes:

| MLS | VDC | LED PKG | CCT | CRI | IP | LEDs/M | W/M | Length (") | Length (cm) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *specify in inches* | *specify in centimeters* |
| MLS | 12 | 3030 (WHITE) | 27-50 | > 90 | 20 | 60 | 12 | | |
| | 24 | | 27-57 | > 90 | 67 | 72 | 14.4 | | |
| | | | 27-65 | > 90 | 68 | 120 | 24 | | |
| | | | 24-50 | > 80 | | | | | |
| | | | 24-57 | > 80 | | | | | |
| | | | 24-65 | > 80 | | | | | |

*Photometrics, and aditional spec. info is available upon request.*

© 2018 Metro Light & Power, LLC. All rights reserved. Patent pending.

  



**METRO LIGHT & POWER**

# M-LINEAR FIXTURE

## LINEAR LED LIGHTING SOLUTIONS

Our M-Linear Fixture is a compact anodized aluminum
extrusion that can be used for a variety of applications along
with any of our M-Light linear LED lighting configurations. The
M-Linear Fixture features three-way cable guides permitting
cables to be routed to either side or the bottom, end caps
allowing for seamless end-to-end runs of LEDs, and mounting
clips providing the ability to mount in wood or other materials
without the need for reveals

TOP

• **3-WAY CABLE GUIDES**
• **MOUNTS FLUSH, WITHOUT THE NEED FOR REVEALS**
• **SLIM ANODIZED ALUMINUM EXTRUSION**
• **EXTRUDED POLYCARBONATE LENS**



FRONT        BACK                              SIDE

© 2016 Metro Light & Power, LLC. All rights reserved. Patent pending.





# M-LINEAR FIXTURE

FRONT



© 2016 Metro Light & Power, LLC. All rights reserved. Patent pending.





# M-LINEAR FIXTURE



© 2016 Metro Light & Power, LLC. All rights reserved. Patent pending.





# M-LINEAR FIXTURE



© 2016 Metro Light & Power, LLC. All rights reserved. Patent pending.

