# EXHIBIT 1

## Part 3



# M-DRIVER-60-CV-3WY

## LIGHTING DRIVER SOLUTIONS
## FOR METRO 3-WAY OUTLETS

Metro ELV Constant Voltage*, Class 2, Dimmable LED Drivers (60W, 24/12 V DC). Fireproof, Environmentally friendly PC cover. Short Circuit and overload protected. Integral wiring compartment.

*Constant Current Versions are available, not shown.*

Features:

| | |
|---|---|
| **Input Voltage** | 100-277 VAC |
| **Output Voltage** | 12/24 V DC |
| **Output Power** | 60W |
| **AC Frequency** | 47-63 Hz |
| **Power Factor** | >.99 |
| **Operating Temp** | -40°C - 60°C |
| **Efficiency** | >86% |
| **Weight** | 10.58oz. (0.3Kg) |
| **Lifetime** | >50,000 hrs. @ Tc Max |
| **Length** | 11.81" (300mm) |
| **Width** | 1.18" (30mm) |
| **Height** | 0.73" (18.5mm) |

- **FIREPROOF, ENVIRONMENTALLY FRIENDLY PC COVER**

- **CLASS 2**

- **UL LISTED**

- **SHORT CIRCUIT AND OVERLOAD PROTECTED**

- **INTEGRAL WIRING COMPARTMENT**

## M-DRIVER-60-CV-3WY

120 V AC
WIRING
COMPARTMENT



24 V DC
WIRING
COMPARTMENT

© 2021 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 291 South Van Brunt Street, Englewood, NJ 076316 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com

  



# M-PUCK-65

**RECESSED DOWNLIGHT SOLUTIONS**

Features:

| | |
|---|---|
| System Wattage | 3.0W |
| Light Output | >210lm |
| CCT | 2700K - 5000K |
| CRI | >80 |
| Beam Angle | 120° |
| Service Lifetime | 50,000hrs, L70 |
| Ingress Protection | IP44 Installed |
| Operation Voltage | 24 V DC |
| Protection Class | CLASS 2; UL/ETL Listed |
| Power Supply | 120 VAC —> 24 VDC |
| | 20W Dimmable Plug&Play LED Driver |
| | M-DRIVER-20-CV |
| | |
| Construction | Aluminum Alloy; PC; PMMA |
| Height | 0.472" (12.000mm) |
| Length | Ø 2.559" (65.000mm) |

**M-PUCK-65**





- **EASY TO MOUNT**

- **LOW MAINTAINCE**

- **PLUG AND PLAY CONNECTORS**

- **DIMMABLE**

  

© 2020 Metro Light & Power, LLC. All rights reserved. Patent pending.

Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-DRIVER-36-CV-3WY

## LIGHTING DRIVER SOLUTIONS
## FOR METRO 3-WAY OUTLETS

Metro ELV Constant Voltage*, Class 2, Dimmable LED Drivers (36W, 24/12 V DC). Fireproof, Environmentally friendly PC cover. Short Circuit and overload protected. Integral wiring compartment.

*Constant Current Versions are available, not shown.*

Features:

| | |
|---|---|
| **Input Voltage** | 100-277 VAC |
| **Output Voltage** | 12/24 V DC |
| **Output Power** | 36W |
| **AC Frequency** | 47-63 Hz |
| **Power Factor** | >.99 |
| **Operating Temp** | -40°C - 60°C |
| **Efficiency** | >80% |
| **Weight** | 7.05oz. (0.2Kg) |
| **Lifetime** | >50,000 hrs. @ Tc Max |
| **Length** | 10.24" (260mm) |
| **Width** | 1.18" (30mm) |
| **Height** | 0.73" (18.5mm) |

- **FIREPROOF, ENVIRONMENTALLY FRIENDLY PC COVER**

- **CLASS 2**

- **UL LISTED**

- **SHORT CIRCUIT AND OVERLOAD PROTECTED**

- **INTEGRAL WIRING COMPARTMENT**

## M-DRIVER-36-CV-3WY

**120 V AC WIRING COMPARTMENT**



**24 V DC WIRING COMPARTMENT**

© 2021 Metro Light & Power, LLC. All rights reserved. Patent pending.

 



# M-LINEAR-NIGHT-LIGHT
## (WITH INTEGRAL PIR SENSOR, AND LED DRIVER)
## LINEAR LED LIGHTING SOLUTIONS
• CUSTOMIZABLE LENGTH (UP TO 3.0M/9.84 FT.)
• CUSTOMIZABLE COLOR TEMP. (CCT)



OUT TO SENSOR
FROM DRIVER/
AC ADAPTER

IN TO M-LINEAR-NIGHT-LIGHT
FROM DRIVER / AC ADAPTER

BED FRAME
(CROSS-SECTION)

HOLE FOR CORD
Ø 0.375" (9.525mm)

0.750" (19.050mm)

0.551" (14mm)

0.600" (15.240mm)

"PUSH-IN AND LOCK"
SELF-LOCKING CLIPS
DO NOT NEED SCREWS

ROUTED CUT FOR
M-LINEAR-NIGHT-LIGHT

2.106" (53.5mm)          4.626" (117.5mm)

PIR MOTION
SENSOR                    LEDs

M-LINEAR-NIGHT-LIGHT's LEDs CAN BE **ANY LENGTH** UP TO 3.0M/9.84 Ft.

LED DRIVER/AC ADAPTER

© 2021 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith Street, Englewood, NJ 076316 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com





# M-DRIVER-30-CV-3WY

## LIGHTING DRIVER SOLUTIONS
## FOR METRO 3-WAY OUTLETS

Metro ELV Constant Voltage*, Class 2, Dimmable LED Drivers (30W, 24/12 V DC). Fireproof, Environmentally friendly PC cover. Short Circuit and overload protected. Integral wiring compartment.

*\* Constant Current Versions are available, not shown.*

Features:

| | |
|---|---|
| **Input Voltage** | 100-277 VAC |
| **Output Voltage** | 12/24 V DC |
| **Output Power** | 30W |
| **AC Frequency** | 50-60 Hz |
| **Power Factor** | >.95 |
| **Operating Temp** | -30°C - 45°C |
| **Efficiency** | >85% |
| **Weight** | 7.05oz. (0.2Kg) |
| **Lifetime** | >50,000 hrs. @ Tc Max |
| **Length** | 10.24" (260mm) |
| **Width** | 1.18" (30mm) |
| **Height** | 0.73" (18.5mm) |

- **FIREPROOF, ENVIRONMENTALLY FRIENDLY PC COVER**

- **CLASS 2**

- **UL LISTED**

- **SHORT CIRCUIT AND OVERLOAD PROTECTED**

- **INTEGRAL WIRING COMPARTMENT**

## M-DRIVER-30-CV-3WY



**120 V AC WIRING COMPARTMENT**

**24 V DC WIRING COMPARTMENT**

© 2021 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 291 South Van Brunt Street, Englewood, NJ 076316 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com

  



# M-DRIVER-100-CV

## LIGHTING DRIVER SOLUTIONS

Metro ELV Constant Voltage*, Class 2, Dimmable LED Drivers (100W, 24/12 V DC). Fireproof, Environmentally friendly PC cover. Short Circuit and overload protected. Integral wiring compartment.

*Constant Current Versions are available, not shown.*

Features:

| In/Out Voltage | 100-120 VAC |
|---|---|
| Output Voltage | 12/24 V DC |
| Output Power | 100W |
| AC Frequency | 48-62 Hz |
| Power Factor | >.95 |
| Operating Temp | -30°C - 45°C |
| Efficiency | ≥85% |
| Weight | 17.637oz. (500g) |
| Lifetime | >50,000 hrs. @ Tc Max |
| Length | 9.251" (235.000mm) |
| Width | 2.677" (68.000mm) |
| Height | 1.574" (40.000mm) |

- **FIREPROOF, ENVIRONMENTALLY FRIENDLY PC COVER**
- **CLASS 2**
- **SHORT CIRCUIT AND OVERLOAD PROTECTED**
- **INTEGRAL WIRING COMPARTMENT**

## M-DRIVER-100-CV



**120 V AC WIRING COMPARTMENT**

**24 V DC WIRING COMPARTMENT**

© 2021 Metro Light & Power, LLC. All rights reserved. Patent pending.

Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com

  



# M-CLST
## LINEAR LED LIGHTING SOLUTIONS

Our M-CLST Fixture is a Round LED Lighted Closet Bar made from extruded Aluminum with a Frosted Polycarbonate Lens. Powered by our M-LIGHT LEDs, with a Plug-in LED Driver. It is available with an Anodized Finish, or can be Powder Coated with any of a number of available colors. It is also available with an IR Sensor to so that the LEDs inside the Closet Bar turn on when the closet door(s) is/are opened. Can be custom made to any length up to 2.0m and is available in a range of finishes.



**M-LINEAR FIXTURE**
(ETL: 5005200)

M-LINEAR Fixture with Metro M-LIGHT LEDs
(indicated on separate sheet).

**WALL MOUNTING BRACKETS**



2.000" (50.800mm)     0.472" (12.000mm)

**ALUMINUM ENDCAPS**

1.338" (34.000mm)     0.078" (2.000mm)

1.093" (27.766mm)



**ALUMINUM PROFILE**



Can be custom made
to any length up to 2.0m.
Available in a range of finishes.



**SUPPORT BRACKET**



3.144" (79.873mm)     1.856" (47.150mm)

Use support if rod is over 3 ft.

**ANNODIZED OR POWDER COATED**
(RAL Color Chart Available upon Request)

1.338" (34.000mm)

1.094" (27.795mm)



**M-LINEAR FIXTURE**
(ETL: 5005200)


ETL
Intertek
5005200

© 2019 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-DRIVER-80-CV

## LIGHTING DRIVER SOLUTIONS

Metro ELV Constant Voltage*, Class 2, Dimmable LED Drivers (80W, 24/12 V DC). Fireproof, Environmentally friendly PC cover. Short Circuit and overload protected. Integral wiring compartment.

*Constant Current Versions are available, not shown.*

Features:

| | |
|---|---|
| In/Out Voltage | 100-120 VAC |
| Output Voltage | 12/24 V DC |
| Output Power | 80W |
| AC Frequency | 48-62 Hz |
| Power Factor | >.95 |
| Operating Temp | -30°C - 45°C |
| Efficiency | >80% |
| Weight | 17.743oz. (503g) |
| Lifetime | >50,000 hrs. @ Tc Max |
| Length | 7.480" (190.000mm) |
| Width | 2.559" (65.000mm) |
| Height | 1.141" (29.000mm) |

- **FIREPROOF, ENVIRONMENTALLY FRIENDLY PC COVER**
- **CLASS 2**
- **SHORT CIRCUIT AND OVERLOAD PROTECTED**
- **INTEGRAL WIRING COMPARTMENT**

## M-DRIVER-80-CV

**120 V AC WIRING COMPARTMENT**

**24 V DC WIRING COMPARTMENT**





© 2019 Metro Light & Power, LLC. All rights reserved. Patent pending.

Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-CLST MOUNTING INSTRUCTIONS
## LINEAR LED LIGHTING SOLUTIONS

Our M-CLST Fixture is a Round LED Lighted Closet Bar made from extruded Aluminum with a Frosted Polycarbonate Lens. Powered by our M-LIGHT LEDs, with a Plug-in LED Driver. It is available with an Anodized Finish, or can be Powder Coated with any of a number of available colors. It is also available with an IR Sensor to so that the LEDs inside the Closet Bar turn on when the closet door(s) is/are opened. Can be custom made to any length up to 2.0m and is available in a range of finishes.

**M-LINEAR FIXTURE**
(ETL: 5005200)



M-LINEAR Fixture with Metro M-LIGHT LEDs
(indicated on separate sheet).



**CLOSET EXAMPLE**

**1**

DETAIL

Mark mounting location for mounting brackets to be placed on both sides of closet walls, making sure the Closet Rod will be level.

**2**

Using template supplied, drill a hole through the side of the closet where lead wire is to be run through.

**3**

Slip lead wire through the mounting bracket on the lead wire end as shown, and slip mounting bracket onto the Closet Rod. Slip the other mounting bracket onto the other end of the Closet Rod.

**4**

Pass lead wire through the hole drilled, and move Closet Rod into position for mounting.

**5**

Using screws supplied, first attach the mounting bracket at the lead wire end to wall; then attach the mounting bracket at the other end to the wall as shown.



**M-CLST MOUNTED**


ETL
Intertek
5005200

© 2020 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-CLST-SEN
## LINEAR LED LIGHTING SOLUTIONS

Our M-CLST-SEN Fixture is a Round LED Lighted Closet Bar made from extruded Aluminum with a Frosted Polycarbonate Lens. Powered by our M-LIGHT LEDs, with a Plug-in LED Driver. It is available with an Anodized Finish, or can be Powder Coated with any of a number of available colors. It is also available with an IR Sensor to so that the LEDs inside the Closet Bar turn on when the closet door(s) is/are opened. Can be custom made to any length up to 2.0m and is available in a range of finishes.



PIR SENSOR

M-LINEAR FIXTURE
(ETL: 5005200)

M-LINEAR Fixture with Metro M-LIGHT LEDs
(indicated on separate sheet).

**WALL MOUNTING BRACKETS**

2.000" (50.800mm)    0.472" (12.000mm)

**ALUMINUM ENDCAPS**

1.338" (34.000mm)    0.078" (2.000mm)

1.093" (27.766mm)

**ALUMINUM PROFILE**

Can be custom made
to any length up to 2.0m.
Available in a range of finishes.

**SUPPORT BRACKET**

3.144" (79.873mm)    1.856" (47.158mm)

Use support if rod is over 3 ft.

**ANNODIZED OR POWDER COATED**
(RAL Color Chart Available upon Request)

1.338" (34.000mm)

1.094" (27.795mm)

M-LINEAR FIXTURE
(ETL: 5005200)

© 2019 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com

cETLus
Intertek
5005200



# M-DRIVER-60-CV

## LIGHTING DRIVER SOLUTIONS

Metro ELV Constant Voltage*, Class 2, LED Drivers (60W, 24V DC). Fireproof, Environmentally friendly PC cover. Short Circuit and overload protected. Integral wiring compartment.

*Constant Current Versions are available, not shown.*

Features:

| | |
|---|---|
| **Input Voltage** | 100-120 VAC |
| **Output Voltage** | 24 V DC |
| **Output Power** | 60W |
| **AC Frequency** | 50-60 Hz |
| **Power Factor** | >.95 |
| **Operating Temp** | -30°C - 45°C |
| **Efficiency** | >85% |
| **Lifetime** | >50,000 hrs. @ Tc Max |
| **Length** | 5.24" (133.00mm) |
| **Width** | 1.81" (46.00mm) |
| **Height** | 1.18" (30.00mm) |

- **FIREPROOF, ENVIRONMENTALLY FRIENDLY PC COVER**
- **CLASS 2**
- **SHORT CIRCUIT AND OVERLOAD PROTECTED**
- **INTEGRAL WIRING COMPARTMENT**

**M-DRIVER-60-CV**



24 V DC WIRING COMPARTMENT

120 V AC WIRING COMPARTMENT





© 2020 Metro Light & Power, LLC. All rights reserved. Patent pending.

Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-DRIVER-9-CV

## LIGHTING DRIVER SOLUTIONS

Metro ELV Constant Voltage*, Class 2, Dimmable LED Drivers (9W, 24 V DC). Fireproof, Environmentally friendly PC cover. Short Circuit and overload protected. Integral wiring compartment.

*Constant Current Versions are available, not shown.*

Features:

| Input Voltage | 100-120 VAC |
|---|---|
| Output Voltage | 24 V DC |
| Output Power | 9W |
| AC Frequency | 50-60 Hz |
| Power Factor | >0.95 |
| Operating Temp | -30°C - 45°C |
| Efficiency | >80% |
| Weight | 1.763oz. (50g) |
| Lifetime | >50,000 hrs. @ Tc Max |
| Length | 3.307" (84.000mm) |
| Width | 1.141" (29.000mm) |
| Height | 0.787" (20.000mm) |

- **FIREPROOF, ENVIRONMENTALLY FRIENDLY PC COVER**

- **CLASS 2**

- **SHORT CIRCUIT AND OVERLOAD PROTECTED**

- **INTEGRAL WIRING COMPARTMENT**



M-DRIVER-9-CV

24 V DC WIRING COMPARTMENT

120 V AC WIRING COMPARTMENT

© 2021 Metro Light & Power, LLC. All rights reserved. Patent pending.

Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-DRIVER-40-CV

## LIGHTING DRIVER SOLUTIONS

Metro ELV Constant Voltage*, Class 2, Dimmable LED Drivers (40W, 24/12 V DC). Fireproof, Environmentally friendly PC cover. Short Circuit and overload protected. Integral wiring compartment.

*Constant Current Versions are available, not shown.*

Features:

| | |
|---|---|
| Input Voltage | 100-120 VAC |
| Output Voltage | 12/24 V DC |
| Output Power | 40W |
| AC Frequency | 50-60 Hz |
| Power Factor | >.95 |
| Operating Temp | -30°C - 45°C |
| Efficiency | >85% |
| Weight | 5.643oz. (160g) |
| Lifetime | >50,000 hrs. @ Tc Max |
| Length | 5.236" (133.000mm) |
| Width | 1.811" (46.000mm) |
| Height | 1.141" (29.000mm) |

- **FIREPROOF, ENVIRONMENTALLY FRIENDLY PC COVER**
- **CLASS 2**
- **ETL LISTED**
- **SHORT CIRCUIT AND OVERLOAD PROTECTED**
- **INTEGRAL WIRING COMPARTMENT**

## M-DRIVER-40-CV



24 V DC WIRING COMPARTMENT

120 V AC WIRING COMPARTMENT

© 2018 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666
T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com






# STICK-DE3



*Sunlite Touch Sensitive Intelligent Control Keypad*



## Overview

The feature rich lighting controller has been designed to provide a control solution for the most demanding of projects, whilst maintaining an easy to use panel of touch sensitive buttons. The controller integrates a graphical color screen allowing scene photos to be displayed. Easily view the selected zone, scene name and design without the need to navigate through complex menus. Change the speed, color and dimmer using the circular palette.

The lighting levels, color and effects can be programmed from a PC, Mac, Android, iPad or iPhone using the included software.

www.nicolaudie.com/stick-de3.htm

## Key Features

- Sleek glass design which sits 11mm from the wall
- Graphical color display to show selected environment
- Color/dimmer/speed palette
- Color temperature mixing
- Touch sensitive buttons. No mechanical parts
- Touch sensitive wheel allows for accurate color selection
- Multi-zone microSD memory
- Multi-room control with 500 scenes, 10 zones
- 1024 DMX channels. Control 340 RGB fixtures
- USB & Ethernet connectivity for programming and control
- RS232, Dry Contact Ports and an Infra Red input port
- Clock and calendar with Sunrise/Sunset triggering
- Network communication. Control lighting remotely
- Catalog of designs including black and white glass
- OEM customization of the color palette and logo
- Windows/Mac software to set dynamic colors/effects
- iPhone/iPad/Android remote and programming apps

## Technical Data

| | |
|---|---|
| **Input Power** | 6-7V DC 0.6A |
| **Output Protocol** | DMX512 (x2) |
| **Programmability** | PC, Mac, Tablet, Smartphone |
| **Available Colors** | Black / White |
| **Connections** | USB, Ethernet, RS232, Clock, 8 dry contact ports, open drain ouput (for relay) |
| **Memory** | microSD (32Gb Max) |
| **Temperature** | -10 °C to 45 °C |
| **Battery** | LIR2032 |
| **Mounting** | Single or double gang wall socket |
| **Dimentions** | 146x106x11mm |
| **Weight** | 247g |
| **Standards** | EC, EMC, ROHS, ETL |

## Optional Accessories

| | |
|---|---|
| **RJ2BLOCK** | RJ45 to connector block converter for power+DMX |
| **POWER4M** | 6-7v ACDC power supply |

© Nicolaudie-Sunlite 1989-2019. All rights reserved. We reserve the right without notice to amend the technical information and specifications.



| | Sunlite Touch-sensitive Intelligent Control Keypad | | Ref. STICK-DE3 | Page 2 |
|---|---|---|---|---|
| | Technical datasheet | Revision date 24 June 2021 | www.nicolaudie.com | V 1.12 |

# EASY INSTALLATION

## 1. Mount an electrical box inside the wall

The controller can be installed in any standard electrical backbox. If you use a double size box, you can insert the power supply inside.
Note: We recommend against installing against a metal wall or surface as this can cause issues with the touch buttons.



## 2. Connect the wires

**POWER:** Connect a 6V to 7V DC 0.6A ACDC supply.
Be sure to not invert the + and the ground.

**DMX**: Connect the DMX cable to the lighting receivers (Leds, Dimmers, Fixtures..)
(for XLR: 1=ground  2=dmx-  3=dmx+)




## 3. Mount the interface on the wall

First, mount the back side of the interface on the wall with 2 or more screws
Secondly, plug the connectors :
       - DMX and power (connector block or RJ45)
       - Ethernet cable
The front panel is mounted by pressing it against the back plate and then sliding down. 2 screws should then be attached underneith to hold the controller in place.




# POWER+DMX
## WITH THE
## CONNECTOR BLOCK



# POWER+DMX
## WITH THE
## RJ45 CABLE



1 DMX +
2 DMX -
3 DMX2 +
4 POWER DC +
5 DC +
6 DMX2 -
7 POWER GROUND
8

**\*\*CHECK PIN CONFIGURATIONS. APPLYING POWER TO THE DMX INPUT WILL DAMAGE THE CONTROLLER\*\***
**\*\*MAKE SURE THE CONTROLLER IS MOUNTED WITHOUT TOO MUCH FORCE BEHIND AS THIS CAN PUSH APART THE GLASS\*\***

## 2x10 pins EXTENSION socket

**DMX CHIP** replacement

DMX universe #1

DMX universe #2

Ref: SP485ECN-L
MAX485 CSA



### EXTENSION socket

| | | |
|---|---|---|
| VIN * | 20 | 19 | PORT1 |
| GND | 18 | 17 | PORT2 |
| IR_RX | 16 | 15 | PORT3 |
| 3.3V | 14 | 13 | PORT4 |
| Relay | 12 | 11 | PORT5 |
| DMX2+ | 10 | 9 | PORT6 |
| DMX2- | 8 | 7 | PORT7 |
| DMX1+ | 6 | 5 | PORT8 |
| DMX1- | 4 | 3 | RS232 RX |
| GND_DMX | 2 | 1 | RS232 TX |

**\* VIN pin 20** is not protected and should not be used

**Compatible header connectors:**
WURTH ELEKTRONIK ref: 61301021121
MOLEX ref: 10-89-7202
TE Connectivity ref: 1-87227-0
FCI ref: 77313-101-20LF
HARWIN ref: M20-9981046
SAMTEC ref: TSW-110-xx-T-D
FARNELL ref: 1841232
RS ref: 763-6754   673-7534   251-8165
MOUSER ref: 538-10-89-7202
DIGIKEY ref: WM26820-ND

© Nicolaudie-Sunlite 1989-2021. All rights reserved. We reserve the right without notice to amend the technical information and specifications.



| | Sunlite Touch-sensitive Intelligent Control Keypad | Ref. STICK-DE3 | Page 3 |
|---|---|---|---|
| | Technical datasheet    Revision date 24 June 2021 | www.nicolaudie.com | V 1.12 |

# Connections & Triggering



Touch-sensitive user interface
Screw-terminal rear connector (5 pins)
Extension socket rear connectors (2x10 pins)
Power+DMX socket (RJ45)
Ethernet socket (RJ45)
Front access connections
Rechargeable battery LIR2032

data led    mini usb    reset button    micro SD    dmx led

106 mm
146 mm
11 mm

## Dry Contact Port Triggering

It is possible to start scenes using the input ports (contact closure). To activate a port, a brief contact of atleast 1/25 second must be established between the ports (1...8) and the ground (GND). Note: the scene will not be switched off when the switch is released.



P1  P2  P3  P4 ...                          GND

## RS232 Triggering

Make a cable using the 3 pins : TX, RX and G (GND)
Set the RS232 parameters to : 9600bds  8 bits, no Parity, 2 Stop bits
Messages should be hexidecimal not decimal (ie. 1 = 01, 255 = ff etc.)
- To play a scene, send 4 bytes :      **1  x  y  255**
- To stop a scene, send 4 bytes :      **2  x  y  255**
- To pause a scene, send 4 bytes :     **3  x  y  255**
- To release a pause, send 4 bytes :   **4  x  y  255**
- To reset a scene, send 4 bytes :     **5  x  y  255**
When (y)=0, (x) can be set between 0 and 255
-to stop scene 145, send the command: 2  145  0  255
When (y)=1, (x) can be set between 0 and 243 to trigger scenes 256-499
-to play scene 300, send the command: 1  44  1  255

## BLACKOUT Relay (energy saving)

A relay can be connected between the RELAY and GND sockets of the 20 pin extension socket. This is an open drain output that allows current to flow only when the controller is on.  It can be used to turn off other equipment such as lighting drivers.

Example Relay :
FINDER Ref.
22.23.9.012.4000



## Infra Red

The controller works with the official IR remote control, however there is no receiver. A 36khz infra red receiver can be connected, such as the TSOP34836 by Vishay Semiconductors. Farnell ref: 4913127. This can be attached to the 20 pin connector. It's a good idea to add a resistor and capacitor to surpress power supply disturbance.



## Network Control

The controller can be connected to a local network, allowing it to be controlled from a smartphone or tablet over WiFi.
• Connect the controller to a router or switch with an RJ45 cable
• The controller is set by default to get an IP address from the router via DHCP. If the network is not working with DHCP, a manual IP address and subnet mask can be set using the Hardware Manager
• If the network has a firewall enabled, allow ports 2430 and 2431

## TCP Triggering

The controller can be connected to an existing automation system over a network and triggered via TCP packets on port 2431 or UDP packets on 2430. Refer to the remote protocol document for more information.

© Nicolaudie-Sunlite 1989-2021. All rights reserved.  We reserve the right without notice to amend the technical information and specifications.



| Sunlite Touch-sensitive Intelligent Control Keypad | Ref. STICK-DE3 | Page 4 |
|---|---|---|
| Technical datasheet          Revision date 24 June 2021 | www.nicolaudie.com | V 1.12 |

# Setting up the Controller

## iPhone/iPad/Android Control

The controller can be used with one of 3 different apps. Each available at Google Play and the App store.

**Lightpad**
Designed to work seamlessly with the controller, DMX Lightpad 3 provides an easy way to control your lights over a local WiFi network. Use the wheel to change the dimmer, color or speed, and the arrows to select scenes and effects just like the wall panel. Swipe down to reveal quick access scene selection buttons.

**Easy Remote**
Create an entirely customized remote controller for your tablet or smartphone. Easy Remote is a powerful and intuitive app allowing you to easily add buttons, faders, color wheels and more. Connect to a WiFi network and the app will find all compatible devices.

**Arcolis**
The Arcolis application is a comprehensive tool allowing you to directly control and re-program the controller from your smartphone or tablet. This is a simple application which can be used by just about everyone in any situation. Mobile, easy to use and powerful, Arcolis is the ideal controller for dimming or switching traditional, LED and RGB color mixing DMX lighting fixtures. Program static and dynamic lighting scenes and effects.  Arcolis is compatible with Android devices only.

http://www.nicolaudie.com/smartphone-tablet-apps.htm

## Programming the Controller

The controller be programmed from a PC, Mac, Tablet or Smartphone using the software available on our website. Refer to the corresponding software manual for more information. The firmware can be updated using the Hardware Manager which is included with the programming software.

**ESA Pro Software** (Windows) - Timeline + Multi-Zone
http://www.nicolaudie.com/en/esapro.htm
**ESA2 Software** (Windows/Mac) - Single Zone
http://www.nicolaudie.com/esa2.htm

**Hardware Manager** (Windows/Mac) - Firmware, clock..
http://www.dmxsoft.com/global/ftp/hardwaremanager.zip
http://www.dmxsoft.com/global/ftp/HardwareManager.dmg

## Color Temperature Mixing

In addition to mixing RGB using the color pallet, it's also possible to mix up to 3 custom colors. This is useful for mixing color temperature. To set this up, choose the correct profile for your lighting fixture when programming the controller. Profiles for common channel configurations can be found in the 'Generic' folder:
RGBW for Red, Green, Blue, White
RGBA for Red, Green, Blue, Amber
RGBY for Red, Green, Blue, Yellow
WWCW for Warm White, Cold White

Once your show has been written to the controller, tap the color mode button and use the circular palette to change the color. If your lighting fixture has more than 3 color channels, tap the color mode button a second time to mix the additional colors.

## Settings Menu

To access the settings menu, hold the standby button for 3 seconds.
• Use the arrow buttons or palette to scrol through the menus
• Use the area buttons to navigate forwards and backwards
• The 'undo' button can also be used to navigate forwards



**Mode (M)**: Manages the on/off button and the 4 modes (dimmer, speed, color, scene)
**Arrows (A)**: Allows you to adjust which modes can be controlled by the arrows
**Pallet (P)**: Allows you to adjust which modes can be controlled by the palette wheel
**Scene (S)**: Scene management
**First Start (F)**: Default settings when the unit is first powered up
**Trigger (T)**: Manages the controllers external triggering properties
**Ethernet (E)**: Enables the Ethernet socket on the controller
**Date/Time (D)**: Manages the date and time stored inside the controller
**Graphics (G)**: Screen management
**DMX Output (X)**: Manage the timings of the DMX output messages and the page priorities (advanced function!)
**Sensitive (S)**: Manage the touch sensitivity settings
**Language (L)**: change the language of the text which appears on the screen
**About**: check the firmware release date and version number and assign a name for the controller

## Service

Servicable parts include:
• Memory card - used to store the scenes
• Battery - used to store the clock/calendar
• DMX Chips - used to drive the DMX (see p2.)

*To replace the Li-Ion rechargeable battery on the DE3 :
1. You need a rechargeable 3.6v LIR 2032 replacement battery
2. Remove the back panel by pulling down and sliding it out.
3. Using a paper clip push the battery from the bottom so it slides out of its cage.
4. Slide the replacement battery in from the top, making sure the positive side is facing up.
5. Replace the back panel by pushing it up into place.

© Nicolaudie-Sunlite 1989-2021. All rights reserved.  We reserve the right without notice to amend the technical information and specifications.



| Sunlite Touch-sensitive Intelligent Control Keypad | | Ref. STICK-DE3 | Page 5 |
|---|---|---|---|
| Technical datasheet | Revision date 24 June 2021 | www.nicolaudie.com | V 1.12 |

# Internal Menu

**MODE (M) :** Manages the on/off button and the 4 modes (dimmer, speed, color, scene)
    **M OFF enable :** enables/disables the use of the on/off button so that the controller is permanently on
    **M Dimm. enable :** when enabled, scenes can be made brighter or darker
    **M Color. enable :** when enabled, the color of a scene can be changed
    **M Speed. enable :** when enabled, dynamic scenes can be made faster and slower
    **M Scene. enable :** when enabled, the scene can be changed
    **M Auto mode :** when enabled, the controller will revert to the default mode after it has been left for a specified period of time
    **M Auto time :** the amount of time the controller will wait before reverting to the default mode
    **M Default :** the default mode which the controller will revert to after a certain amount of time
    **M Dimmer 100% :** when enabled, the dimmer mode will adjust between 0% and 100% without saturating to white between 100% and 200%
    **M Lock Control :** Once this is enabled, you can hold the dimmer button for 5 seconds to enable/disable lock mode. It's automatically activated
        after 120 seconds. When lock is activated, you'll see a red border around the screen

**Arrows (A) :** Allows you to adjust which modes can be controlled by the arrows
    **A Dimmer enable :** allows for the Dimmer mode to be controlled by the arrows
    **A Color enable :** allows for the Color mode to be controlled by the arrows
    **A Speed enable :** allows for the Speed mode to be controlled by the arrows
    **A Scene enable :** allows for the Scene mode to be controlled by the arrows
    **A Default :** the mode to jump to when the arrows are pressed, if the arrows are not enabled on the selected mode

**Pallet (P) :** Allows you to adjust which modes can be controlled by the palette wheel
    **P Dimmer enable :** allows for the Dimmer mode to be controlled by the palette wheel
    **P Color enable :** allows for the Color mode to be controlled by the palette wheel
    **P Speed enable :** allows for the Speed mode to be controlled by the palette wheel
    **P Scene enable :** allows for the Scene mode to be controlled by the palette wheel
    **P Default :** the mode to jump to when the palette is pressed, if the palette is not enabled on the selected mode

**Scene (S) :** Scene management
    **S 0(off) enable :** displays an empty off scene before scene 0 in each area
    **S Pause enable :** allows a scene to be paused if the scene mode button is held for 1 second
    **S Stop enable :** allows a scene to be stopped if the scene mode button is held for 4 seconds
    **S Fade config :** manages fading between scenes
        From Show : the fade time set inside the show file will be used
        Force : the automatic fade time set in the menu will override all fadetimes in the show file
        Force Max : the controller will look at the show file fade time and the menu fade time and use the greatest
        Force Min : the controller will look at the show file fade time and the menu fade time and use the smallest
        Never : the controller will never fade between scenes
    **S Fade time :** the time of the automatic fade between scenes
    **S Setting management :** determines how dimmer/speed/color overrides are saved
        SaveAlways : the dimmer/speed/color overrides all scenes until the reset button has been pressed
        NeverSave : the dimmer/speed/color is never saved
        AutoReset : the dimmer/speed/color is saved on the current scene
    **S Trigger :** sets the scene triggering mode. Time Delay and Scene Butt allow for scenes to be scrolled through without playing
        Auto : the scene will be triggered as soon as it's selected
        Time Delay : a short delay is added before a scene is triggered
        Scene Butt. : the selected scene will not play until the scene button is pressed

**First Start (F) :** Default settings when the unit is first started
    **F Scene Nr. :** specify a default startup scene. 'Scene Star' mode must be enabled in the Scene Mode options (below)
    **F Start Scene Mode :** manages the startup mode for scene selection
        **Scene Star :** activates a specific scene at startup. The scene number is set in the F Scene Nr. option (above)
        **Recovery :** activates the previous calendar/time triggered scene. Useful for recovering from power interruptions
        **Off:** activates the off scene
    **F Display Time :** when enabled, the time will be displayed on the screen at startup
    **F Display Firm :** when enabled, the firmware version will be displayed on the screen at startup
    **F Start Trigger :** when enabled, in combination with Recovery mode, a calendar triggered scene will start from where it was last playing,
        after a power interuption. When disabled, a scene will start at the beginning.

**Trigger (T) :** Manages the controllers external triggering properties
    **T Time enable :** enables the clock triggering
    **T Ports enable :** enables the 8 dry contact ports
    **Binary Mode :** enables ability to trigger 256 scenes using binary combinations of contact ports
    **Port Replay :** when enabled, retriggering the same port will restart the same scene at the beginning
    **T RS232 enable :** enables scene triggering by RS232
    **T IR enable :** enables the infra red port (disabled by default to prevent interference)
    **T UDP enable :** allows the controller to send and receive UDP messages required for network control
    **T Blackout port :** enables the blackout relay output which is triggered when the stanby putton is touched

© Nicolaudie-Sunlite 1989-2021. All rights reserved. We reserve the right without notice to amend the technical information and specifications.



| Sunlite Touch-sensitive Intelligent Control Keypad | Ref. STICK-DE3 | Page 6 |
|---|---|---|
| Technical datasheet          Revision date 24 June 2021 | www.nicolaudie.com | V 1.12 |

**Ethernet (E) :** Manages the controller's network settings
    **Ethernet :** enables the ethernet socket on the controller
    **LAN :** enables network discovery
    **WAN & Remote :** enables direct IP connections from WAN and remote locations (i.e. the internet)
    **Wan Port :** define port to connect to controller (default is 2431)
    **Software Pwd :** define password to connect programming and configuration software
    **Remote Pwd :** define password to connect remote control apps (e.g. EasyRemote and Lightpad)
    **Dynamic IP Addr :** enables dynamic IP addressing (DHCP) which allows the controller to obtain an IP address from a router
    **Sync Blackout:** when this open is enabled, all other controllers on the network will go into standby when the standby button is pressed
    **Enable NTP :** enables Network Time Protocol. The controller will synchronise the clock with the internet if a connection is available
    **Dynamic IP Add :** If enable, the controller will look for a DHCP server to receive network settings
    **Sync Blackout :** sychronises blackout mode across all controllers on a network
    **Enable NTP :** enables time sychronisation over the internet
    **NTP Server :** the IP address of the server to synchronize the clock. The default is 005.135.141.108
    **DHCP Status:** shows whether DHCP has assigned a valid IP address.  DHCP success or fail displayed
    **Device's IP Add :** the controller's static IP address that it will use if it does not receive an IP address via DHCP
    **Lease :** the lease time for a IP address given by DHCP
    **Mask:** the subnet mask of the controller if not set to DHCP. Generally this is 255.255.255.0
    **Default Gateway :** the IP address of the router if not set to DHCP
    **MAC Address :** a unique ID used to identify the controller on the network

**Date/Time (D) :** Manages the date and time stored inside the controller
    **Date :** the controllers date
    **Time :** the controllers clock time
    **G Bright normal :** the % brightness when the controller is not sleeping G Bright sleep: the % brightness when the controller is sleeping
    **G Bright LED :** the % brightness of the mode and reset LEDs

**Graphics (G) :** Screen management
    **G Image enable :** allows for images to be shown for each scene if they have been assigned in the programming software
    **G Image full :** when enabled, the image will be displayed in full screen and the scene and area will not be visible
    **G Image time :** the time it takes before the image is displayed in full screen
    **G Sleep enable :** when enabled, the screen brightness will dim after a certain amount of time
    **G Sleep time :** the amount of time to wait before sleeping
    **G Bright normal :** the brightness of the screen's backlight
    **G Bright sleep :** the brightness of the screen's backlight whilst the controller is sleeping
    **G Bright LED :** the brightness of the scene, undo and standby LED's

**DMX Output (X) :** Manage the timings of the DMX output messages and the page priorities (advanced function!)
    **X MBB :** Mark Before Break- the time to wait between sending each 512 channel DMX message (or 'packet')
    **X Break :** Break- the time to wait just before sending a new packet, resetting the DMX line
    **X MAB :** Mark After Break- the message which tells your receiver to begin reading data
    **X MBS :** Mark Between Slots- the delay time between sending each DMX channels data within the DMX packet
    **Univ-1/Univ-2 :** each timing can be set differently depending on the universe number
    **X Alphab Mode :** if the same scene is triggered in the global area and a second area, the area with the highest letter will take priority
    **X LTP Mode :** If the same scene is triggered in the global area and a second area, the latest scene triggered takes priority

**Sensitive (S) :** Manage the touch sensitivity settings
    **S USB Init :** reset the touch sensitivity when the USB is connected and disconnected
    **S Auto Time :** the time to wait before automatically resetting the touch sensitivity
    **S High Sense :** when enabled, the sensitivity will be increased
    **S See Values :** see each touch sensitive button number and palette value

**Language (L) :** change the language of the text which appears on the screen

**About :** check the firmware release date and version number and assign a name for the controller

**Reset :** Reset all settings to the factory default

© Nicolaudie-Sunlite 1989-2021. All rights reserved.  We reserve the right without notice to amend the technical information and specifications.



| Sunlite Touch-sensitive Intelligent Control Keypad | Ref. STICK-DE3 | Page 7 |
|---|---|---|
| Technical datasheet            Revision date 24 June 2021 | www.nicolaudie.com | V 1.12 |

# Troubleshooting

## Touch buttons not responding

If the STICK is not responding to touch input, this could be because the touch sensitive buttons have recalibrated incorrectly.  In this state it is common for the display to be stuck on RGB values. This is not a hardware fault and can be resolved.

The back of the Stick-DE3 is not electrically shielded because it is designed to be mounted against a wall.  If electronic interference happens through movement, touching of your hands and/or cables at the back, this can cause the symptoms described above.

To avoid this problem:
· Only power the Stick-DE3 on once it is securely mounted and is not able to move.  Ensure the cables are also not able to move.
· We do not recommend mounting on a metal surface as this is known to cause interference with the touch buttons.  In some cases, connecting earth to the metal surface and to the Stick-DE3 GND can solve this.  In many cases, the Stick-DE3 will need to be mounted against a non-metallic surface.
· Mount using a deep back box with enough space for the cables. Try to avoid the cables touching the back of the PCB.
· Mount on a completely flat surface.  This will prevent bending.

## All LEDs on the controller are flickering

There has been no showfile detected on the SD memory card.
· Try formatting the SD card in the computer
· Try re-writing the show file
· Try replacing the SD memory card

## The lights are not responding

· Check the DMX +, - and GND are connected correctly
· Check that the driver or lighting fixture is in DMX mode
· Be sure that the DMX address has been set correctly
· Check there are no more than 32 devices in the chain
· Check that the DMX LED is flickering to the right of the SD card
· Connect with the computer and open Hardware Manager (found in the software directory). Open the DMX Input/Output tab and move the faders. If your fixtures respond here, it is possibly a problem with the show file

## All LEDs on the controller are flickering except the standby LED

There is no SD card detected.
· Check the SD card is properly connected
· Check the SD card is 32Gb or less in size
· Try formatting the SD card to FAT16 or FAT32 in the computer
· Try re-writing the show file
· Try replacing the SD memory card

## 4 Mode LEDs on the controller are flickering

The controller is in bootloader mode. This is a special 'startup mode' which is run before the main firmware loads.
· Check that there is nothing metallic touching the back of the controller
· Try re-writing the firmware with the latest hardware manager
· Try formatting or replacing the SD card

## Displayed error messages

You may see one of the following messages on the LCD display

| INIT SD | If this message is frozen, it means the controller is having a problem initialising the SD card |
|---|---|
| NO SD CARD | No SD card detected |
| DATA ERROR | The controller can read the SD card, however, it can't understand the data on it |
| EMPTY SD | The SD card is empty |
| CAPSENS | Problem with the touch sensitivity chip detected.<br>· Remove USB cable from controller<br>· Update firmware to 1.09 or later<br>· If above does not solve it, contact support |
| ERROR xx | · Try rewriting your show<br>· Contact support with error number |
| RTC QUARTZ | Contact support |

## The controller is not detected by the computer

· Be sure that the latest software version is installed
· Connect by USB and open the Hardware Manager (found in the software directory). If it's detected here, try to update the firmware

## Cannot write show

· Use HardwareManager to write an Empty Show
· Format your SD card to FAT format without Quick option

© Nicolaudie-Sunlite 1989-2021. All rights reserved.  We reserve the right without notice to amend the technical information and specifications.



# M-DRIVER-30-CV

## LIGHTING DRIVER SOLUTIONS

Metro ELV Constant Voltage*, Class 2, Dimmable LED Drivers (30W, 24/12 V DC). Fireproof, Environmentally friendly PC cover. Short Circuit and overload protected. Integral wiring compartment.

*Constant Current Versions are available, not shown.*

Features:

| | |
|---|---|
| **Input Voltage** | 100-120 VAC |
| **Output Voltage** | 24 V DC |
| **Output Power** | 30W |
| **AC Frequency** | 50-60 Hz |
| **Power Factor** | >.95 |
| **Operating Temp** | -30°C - 45°C |
| **Efficiency** | >85% |
| **Lifetime** | >50,000 hrs. @ Tc Max |
| **Length** | 4.21" (107.000mm) |
| **Width** | 1.61" (41.000mm) |
| **Height** | 0.87" (22.000mm) |

• **FIREPROOF, ENVIRONMENTALLY FRIENDLY PC COVER**

• **CLASS 2**

• **ETL LISTED**

• **SHORT CIRCUIT AND OVERLOAD PROTECTED**

• **INTEGRAL WIRING COMPARTMENT**

• **TRIAC, FORWARD & REVERSE PHASE DIMMING COMPATIBLE**

• **120 VAC CORD & PLUG**

• **20 AWG LOW VOLTAGE LEAD WIRE WITH BARREL JACK**

## M-DRIVER-30-CV

120 V AC WIRING COMPARTMENT



24 V DC WIRING COMPARTMENT

© 2020 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666
T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com






# STICK-KE2



*Smart Touch Sensitive Intelligent Control Keypad*



## Overview

This truly simple controller features an on/off button at the top, 8 buttons to choose from up to 200 lighting scenes (25x8), 2 buttons to cycle between pages and a horizontal fader to instantly adjust dimmer, speed and color. Along with a state of the art design, the product comes with amazing features such as 1024 DMX channels, touch sensitive panel, clock/calendar, Ethernet facilities, and much more

The lighting levels, color and effects can be programmed from a PC, Mac, Android, iPad or iPhone using the included software.

www.nicolaudie.com/stick-ke2.htm

## Key Features

- 8 touch sensitive scene buttons
- Color/dimmer/speed fader
- Touch sensitive buttons. No mechanical parts
- Touch sensitive fader allows for accurate color selection
- Multi-zone microSD memory
- Multi-room control with 200 scenes, 5 zones
- 1024 DMX channels. Control 340 RGB fixtures
- USB & Ethernet connectivity for programming and control
- RS232 and Dry Contact Ports
- Clock and calendar with Sunrise/Sunset triggering
- Network communication. Control lighting remotely
- Windows/Mac software to set dynamic colors/effects
- iPhone/iPad/Android remote and programming apps

## Technical Data

| | |
|---|---|
| Input Power | 6-9V DC 0.6A |
| Output Protocol | DMX512 (x2) |
| Programmability | PC, Mac, Tablet, Smartphone |
| Available Colors | Black |
| Connections | USB, Ethernet, RS232, Clock, 8 dry contact ports, Output Relay |
| Memory | microSD card 4GB max, FAT16/32 |
| Temperature | -10 °C to 50 °C |
| Mounting | Single or double gang wall socket |
| Dimentions | 146x106x11mm |
| Weight | 247g |
| Standards | EC, EMC, ROHS, ETL |

## Optional Accessories

| | |
|---|---|
| POWER4M | 6V ACDC power supply |

© Nicolaudie Group 1989-2019. All rights reserved.  We reserve the right without notice to amend the technical information and specifications.



| Smart Touch-sensitive Intelligent Control Keypad | | Ref. STICK-KE2 | Page 2 |
| Technical datasheet     Revision date 9 Dec 2019 | | www.nicolaudie.com | V 2.0 |

# EASY INSTALLATION

### 1. Mount an electrical box inside the wall

The controller can be installed in any standard electrical backbox. If you use a double size box,  you can insert the power supply inside.




### 2. Connect the wires

**POWER:** Connect a 6V to 7V DC 0.6A ACDC supply.
Be sure to not invert the + and the ground.

**DMX:** Connect the DMX cable to the lighting receivers (Leds, Dimmers, Fixtures..)
(for XLR: 1=ground  2=dmx-  3=dmx+)



### 3. Mount the interface on the wall

First, mount the back side of the interface on the wall with 2 or more screws.
Secondly, plug the connectors :
          - DMX and power (connector block or RJ45)
          - Ethernet cable (allows LAN connection)
The front panel is mounted by pressing it against the back plate and then sliding down. 2 screws can then be attached under-neith to hold the prevent removal.




## POWER+DMX
### WITH THE
### CONNECTOR BLOCK



## POWER+DMX
### WITH THE
### RJ45 CABLE



1 DMX +
2 DMX -
3 DMX2 +
4 POWER
5 DC +
6 DMX2 -
7 POWER
8 GROUND

**\*\*CHECK PIN CONFIGURATIONS. APPLYING POWER TO THE DMX INPUT WILL DAMAGE THE CONTROLLER\*\***
**\*\*MAKE SURE THE CONTROLLER IS MOUNTED WITHOUT TOO MUCH FORCE BEHIND AS THIS CAN PUSH APART THE GLASS\*\***

## I/O CONNECTIONS



POWER+DMX with RJ45

ETHERNET Network Port

DMX universe #1

**DMX CHIP** replacement
Ref:  SP485ECN-L
       MAX485 CSA

DMX universe #2

Phoenix Type Connector  Block

### EXTENSION socket

| | GND_DMX | DMX1+ | DMX1- | DMX2+ | DMX2- | Relay | 3.3V | IR-RX | GND | VIN - | VIN + |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | |
| | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | |
| | RS232 RX | RS232 TX | PORT8 | PORT7 | PORT6 | PORT5 | PORT4 | PORT3 | PORT2 | PORT1 | |

**\* VIN pin 20** is not protected and should not be used

**Compatible header connectors:**
WURTH ELEKTRONIK ref: 61301021121
MOLEX ref: 10-89-7202
TE Connectivity ref: 1-87227-0
FCI ref: 77313-101-20LF
HARWIN ref: M20-9981046
SAMTEC ref: TSW-110-xx-T-D
FARNELL ref: 1841232
RS ref: 763-6754   673-7534   251-8165
MOUSER ref: 538-10-89-7202
DIGIKEY ref: WM26820-ND

© Nicolaudie Group 1989-2019. All rights reserved.  We reserve the right without notice to amend the technical information and specifications.



| Smart Touch-sensitive Intelligent Control Keypad | | Ref. STICK-KE2 | Page 3 |
|---|---|---|---|
| Technical datasheet    Revision date 9 Dec 2019 | | www.nicolaudie.com | V 2.0 |

# Connections



## SPECIFICATIONS / CONNECTIONS

| | | Built-in features | screw-terminal rear connector (5 pins) | extension socket rear connectors (2x10 pins) | front access connections (open cover) |
|---|---|---|---|---|---|
| **Power Supply** | 7V DC 0.65A, supplied | | • | | USB |
| **DMX Output #1** | First universe, 512 channels DMX512 output | | • | • | |
| **DMX Output #2** | Second universe, 512 channels DMX512 output (*) | | | • | |
| **USB** | USB 2.0 communication for PC/software | | | | • |
| **Ethernet** | Advanced networking features | • | | | |
| **Ports 1 - 8** | Contact closure inputs, connect to GND to trigger | | • | | |
| **User interface** | 14 buttons, 1 fader, 28 leds (Touch-sensitive keypad) | • | | | power/data leds |
| **SDCARD** | MicroSD card for stand alone memory use (supplied) | | | | • |
| **RESET** | Push button for reset operation | | | | • |
| **RS232** | RS232 Serial communication for external synchronisation | | | • | |
| **Output relay** | Automatic Stand by 5V signal | | | • | |
| **Clock** | Real time clock and calendar | • | | | |

## Service

Servicable parts include:
- Memory card - used to store the scenes
- Battery - used to store the clock/calendar
- DMX Chips - used to drive the DMX (see p2.)

*To replace the Li-Ion rechargeable battery :
1. You need a rechargeable 3.6v LIR 2032 replacement battery
2. Remove the back panel by pulling down and sliding it out.
3. Using a paper clip push the battery from the bottom so it slides out of its cage.
4. Slide the replacement battery in from the top, making sure the positive side is facing up.
5. Replace the back panel by pushing it up into place.

© Nicolaudie Group 1989-2019. All rights reserved.  We reserve the right without notice to amend the technical information and specifications.



| Smart Touch-sensitive Intelligent Control Keypad | Ref. STICK-KE2 | Page 4 |
|---|---|---|
| Technical datasheet    Revision date 9 Dec 2019 | www.nicolaudie.com | V 2.0 |

# Setting up the Controller

## Dry Contact Port Triggering

It is possible to start scenes using the input ports (contact closure). To activate a port, a brief contact of atleast 1/25 second must be established between the ports (1...8) and the ground (GND). Note: the scene will not be switched off when the switch is released.



P1  P2  P3  P4 ...                    GND

## Relay

A relay can be connected between the RELAY and GND sockets of the 20 pin extension socket. This is an OPEN COLLECTOR OUTPUT that can drive up to 150mA, 20V.  Current flows when the controller is on and is stopped when in standby.

It can be used to turn off other equipment such as lighting drivers to save power (see diagram right).



Example relay: FINDER Ref. 22.23.9.012.4000

## iPhone/iPad/Android Control

The controller can be used with one of 3 different apps.

### Lightpad
Designed to work seamlessly with the controller, Lightpad provides an easy way to control your lights over a local WiFi network from a tablet or smartphone. Use the slider to change the dimmer, color or speed, and the 8 scene buttons to select scenes and effects just like the wall panel.
www.nicolaudie.com/lightpad.htm

### Easy Remote
Create an entirely customized remote controller for your tablet or smartphone. Easy Remote is a powerful and intuitive app allowing you to easily add buttons, faders, color wheels and more. Connect to a WiFi network and the app will find all compatible devices.
www.nicolaudie.com/easy-remote.htm

### Arcolis (Android only)
The Arcolis application is a comprehensive tool allowing you to directly control and re-program the controller from your smartphone or tablet. This is a simple application which can be used by just about everyone in any situation. Mobile, easy to use and powerful, Arcolis is the ideal controller for dimming or switching traditional, LED and RGB color mixing DMX lighting fixtures. Program static and dynamic lighting scenes and effects.

## RS232 Triggering

Make a cable using the 3 pins : TX, RX and G (GND)
Set the RS232 parameters to : 9600bds  8 bits, no Parity, 2 Stop bits
- To play a scene, send 3 bytes :        1  x  255
- To stop a scene, send 3 bytes :        2  x  255
- To pause a scene, send 3 bytes :      3  x  255
- To release a pause, send 3 bytes :    4  x  255
- To reset a scene, send 3 bytes :       5  x  255

The scene number (x) can be from 1 to 40. For instance, 11 means Page B Scene #3

## UDP Triggering

The dmx controller can be connected to an existing automation system over a network and triggered via UDP packet on port 2430. Use HardwareManager to find IP address of dmx controller.  Refer to the remote protocol document for more information.

Stick 1 Remote Protocol (PDF)
www.nicolaudie.com/download.htm

## Network Control

The controller can be connected to a local network, allowing it to be controlled from a smartphone or tablet over WiFi.
• Connect the controller to a router or switch with an RJ45 cable
• The controller is set by default to get an IP address from the router via DHCP. If the network is not working with DHCP, a manual IP address and subnet mask can be set using the Hardware Manager
• If the network has a firewall enabled, allow port 2430

## Programming the Controller

The controller be programmed from a PC, Mac, Tablet or Smartphone using the software available on our website. Refer to the corresponding software manual for more information. The firmware can be updated using the Hardware Manager which is included with the programming software.

ESA Pro Software (Windows) - Timeline + Multi-Zone
https://www.nicolaudie.com/esapro.htm

ESA2 Software (Windows/Mac) - Single Zone
www.nicolaudie.com/esa2.htm

Hardware Manager (Windows/Mac) - Firmware, clock..
www.nicolaudie.com/download.htm

© Nicolaudie Group 1989-2019. All rights reserved.  We reserve the right without notice to amend the technical information and specifications.



| STICK | Smart Touch-sensitive Intelligent Control Keypad | | Ref. STICK-KE2 | Page 5 |
| --- | --- | --- | --- | --- |
| | Technical datasheet    Revision date 9 Dec 2019 | | **www.nicolaudie.com** | **V 2.0** |

Some functions are available directly from the controller keypad using the SELECT button.



**Time Format**

3:30pm    =    15:30

15:30    =    1530

**Date Format**

5 DEC 2018    =    051218

| | Function | Examples |
| --- | --- | --- |
| Select + 1 | View time | view time 2:45pm = 14:45 = 1445 |
| Select + 2 | View date | view date 6 Sep 2018 = 060918 |
| Select + 3 | Set time | Set time to 3:30pm = 15:30 = press buttons 1530  1 5 3 0 |
| Select + 4 | Set date | Set 18 DEC 2018 date = 051218  0 5 1 2 1 8 |
| Select + 5 | Set fade time | Set 1m32s fade time = 0132  0 1 3 2 |
| Select + 6 | Lock function | This function locks the keypad (disabled by default) Use HardwareManager to enable it and set the 4-digit code |
| Select + 0 | Firmware version | 0121 = firmware version 1.21 |

© Nicolaudie Group 1989-2019. All rights reserved.  We reserve the right without notice to amend the technical information and specifications.



| Smart Touch-sensitive Intelligent Control Keypad | Ref. STICK-KE2 | Page 6 |
| Technical datasheet    Revision date 9 Dec 2019 | www.nicolaudie.com | V 2.0 |

# Troubleshooting

## Fixtures / lights not responding

• Check the DMX +, - and GND are connected correctly
• Check that the driver or lighting fixture is in DMX mode
• Be sure that the DMX address has been set correctly
• Check there are no more than 32 devices in the chain
• Check that the DMX LED is flickering to the right of the SD card
• Connect with the computer and open HardwareManager (found in the software directory). Open the DMX Input/Output tab and move the faders. If your fixtures respond here, it is possibly a problem with the show file
• We strongly recommend the use of a DMX Tester with our interfaces with any problem solving
• No DMX output? There could be a faulty DMX chip. The  has 2 x DMX chips labelled UDMX1 and UDMX2 which are user-replacable (see pg2). Try swapping the chips over to test if one is faulty. Use a flat head screw driver to pry them gently from the socket

## 8 scene and standby LEDs flashing

There is no SD card detected
• Check the SD card is properly inserted
• Try formatting the SD card to FAT16/32 in the computer
• Try re-writing the show file
• Try replacing the SD memory card (Max 4Gb)

## 8 scene LEDs are flashing

There is no show file detected on the SD memory card
• Try formatting the SD card in the computer
• Try re-writing the show file
• Try writing the standalone demo show using HardwareManager
• Try replacing the SD memory card

## 8 scene LEDs cycling constantly

The interface is constantly restarting. There could be several causes :
• Corrupt show files. Remove SD card and backup contents. Use the HardwareManager Standalone screen to write the demo show. If this solves problem, rewrite your show using the dmx programming software and .arc or .dlm from your backup.
• Corrupt Firmware. Load HardwareManager and update the firmware. If not detected, try Bootloader Mode.
• Faulty power supply. Use a multimeter to check the power supply. The Stick-KE1 and KE2 require 6-7v. The older Stick-KU1, which used a miniSD card rather than a microSD, requires 9v. Power supplies do lose the ability to supply voltage over time. If below specification, replace power supply.

## All LEDs on the controller are flickering

The controller is in Bootloader Mode. This is a special 'startup mode' which is run before the main firmware loads.
• Check that there is nothing metallic touching the back of the controller
• Try re-writing the firmware with the latest HardwareManager
• Try slow formatting SD to FAT16/32 or replacing the card

## The controller is not detected by the computer

• Be sure that the latest software version is installed
• Make sure you are using Windows 7, 8 & 10 or OS X 10.8+
• Connect by USB and open the HardwareManager (found in the software directory). If it's detected here, try to update the firmware
• If not detected by HardwareManager, the firmware could be corrupted. This can be solved by forcing a firmware update in Bootloader Mode
  - Load HardwareManager
  - Press BootLoader button on the back (see image) and ...
• - Plug-in the USB cable at the same time. If successful the interface will appear in HardwareManager with the suffix '_BL'
  - Update the firmware

Bootloader Button


© Nicolaudie Group 1989-2019. All rights reserved. We reserve the right without notice to amend the technical information and specifications.



# M-DRIVER-12-CV

## LIGHTING DRIVER SOLUTIONS

Metro ELV Constant Voltage*, Class 2, Dimmable LED Drivers (12W, 24/12 V DC). Fireproof, Environmentally friendly PC cover.
Short Circuit and overload protected. Integral wiring compartment.

*Constant Current Versions are available, not shown.*

Features:

| In/Out Voltage | 90-130 VAC |
|---|---|
| Output Voltage | 12/24 V DC |
| Output Power | 12W |
| AC Frequency | 50-60 Hz |
| Power Factor | >.95 |
| Operating Temp | -30°C - 45°C |
| Efficiency | >85% |
| Weight | 2.821oz. (80g) |
| Lifetime | >50,000 hrs. @ Tc Max |
| Length | 3.700" (94.000mm) |
| Width | 1.417" (36.000mm) |
| Height | 0.708" (18.000mm) |

- **FIREPROOF, ENVIRONMENTALLY FRIENDLY PC COVER**
- **CLASS 2**
- **SHORT CIRCUIT AND OVERLOAD PROTECTED**
- **INTEGRAL WIRING COMPARTMENT**
- **TRIAC, FORWARD PHASE DIMMING COMPATIBLE**
- **120 VAC CORD & PLUG**
- **18 AWG LOW VOLTAGE LEAD WIRE WITH BARREL JACK**



M-DRIVER-12-CV

24 V DC WIRING COMPARTMENT

120 V AC WIRING COMPARTMENT

© 2020 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666 | T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com





STICK-GU2

# The baby of the family

The dimmer switch of the 21st century is here. Available in black and white, the STICK 2 provides a simple yet powerful solution for your RGB lighting control needs.

GU2 | 24 SCENES | 1 ZONE | 128 DMX CH.

The dimmer switch

# of the 21st century

The STICK 2 is one of our most exciting developments within the architectural lighting market. The controller comes pre loaded with RGB effects and can be programmed with the ESA2 or ESA Pro 2 software.

- Glass design
- Touch sensitive buttons
- Live setting of the intensity and color of a scene
- 24 scenes, 1 zone
- 128 DMX channels
- USB connectivity
- OEM customization
- Windows/Mac software

Technical
# specifications GU2

Version

Color

## General

| | |
|---|---|
| Dimensions | 86 x 86 x 11 mm |
| Weight | 113g |
| USB connection | ✓ |
| DMX channels | 128 |

## Software

| | |
|---|---|
| ESA2 | PC / Mac |
| ESA Pro 2 | PC / Mac |

## Stand alone

| | |
|---|---|
| Number of scenes | 24 |
| Number of zones | 1 |
| Memory capacity (20 ch.) | 840 steps |
| Memory capacity (80 ch.) | 310 steps |
| Power voltage | 5-12V DC |
| Power connector | Screw terminal |

## Triggering

| | |
|---|---|
| Live control | Color / Dimmer |
| Touch sensitive buttons | 3 |
| Port triggers | 1 |

## Optional

| | |
|---|---|
| AC/DC adapter | Ref. POWER4M |



# M-DRIVER-96-CV-3WY

## LIGHTING DRIVER SOLUTIONS
## FOR METRO 3-WAY OUTLETS

Metro ELV Constant Voltage*, Class 2, Dimmable LED Drivers (96W, 24/12 V DC). Fireproof, Environmentally friendly PC cover. Short Circuit and overload protected. Integral wiring compartment.

*Constant Current Versions are available, not shown.*

Features:

| | |
|---|---|
| **Input Voltage** | 100-277 VAC |
| **Output Voltage** | 12/24 V DC |
| **Output Power** | 96W |
| **AC Frequency** | 47-63 Hz |
| **Power Factor** | >.99 |
| **Operating Temp** | -40°C - 60°C |
| **Efficiency** | >88% |
| **Weight** | 17.64oz. (0.5Kg) |
| **Lifetime** | >50,000 hrs. @ Tc Max |
| **Length** | 12.99" (330mm) |
| **Width** | 1.18" (30mm) |
| **Height** | 0.87" (22mm) |

- **FIREPROOF, ENVIRONMENTALLY FRIENDLY PC COVER**

- **CLASS 2**

- **UL LISTED**

- **SHORT CIRCUIT AND OVERLOAD PROTECTED**

- **INTEGRAL WIRING COMPARTMENT**

## M-DRIVER-96-CV-3WY



**120 V AC WIRING COMPARTMENT**

**24 V DC WIRING COMPARTMENT**

© 2021 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 291 South Van Brunt Street, Englewood, NJ 076316 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com

  



Datasheet
## LINEARdrive 100/M



## 4x2A DMX/DALI Full-Colour Dimmable LED Driver

### LINEARdrive

LINEARdrive gives you infinite colour control for low-voltage LED applications ranging from single colour for accent and cove lighting all the way up to RGBW for full colour entertainment product solutions. This constant voltage LED driver is DMX/DALI compatible and allows you to create your colour or dynamic show without an external controller. Symbiosis ensures the LED driver works seamlessly together with LED modules, controls and intelligent luminaire elements.

### Product offering



**LINEARdrive 100/M**

| | |
|---|---|
| Part number (P/N) | LIN100M1 |
| Product description | LINEARdrive AC, 100W, DMX/DALI, UI, 4 control channels, constant voltage, 4x 12/24V outputs, long metal |

### Programming tools

| | |
|---|---|
| Programming interface | TOOLbox pro (TLU20504) |
| Programming cable set | TOOLbox pro to LED driver, programming cable, 5pcs (TLC03051) |
| Programming software | FluxTool |

### Warranty

| | |
|---|---|
| Warranty period | General Terms and Conditions |

© 2019 eldoLED. All rights reserved. V6.4 All content contained herein is subject to change without prior notice.

More product documentation and eldoLED's warranty and terms and conditions are available at www.eldoLED.com.

AcuityBrands.



**LINEARdrive 100/M**

## Order number configurator



P/N

| | |
|---|---|
| P/N | LED driver part number. |

## Input characteristics

| | |
|---|---|
| Nominal input voltage range AC | 120 - 250V (ENEC), 120 - 277V (UL) |
| Nominal input voltage DC | 120 - 275V |
| Maximum input current | 1.05A @ 120V / 60Hz |
| Input frequency range | 50 - 60Hz |
| Power factor at full load | > 0.94 |
| THD at full load | < 10% |
| Maximum inrush current | 35A 240µs @ 120V / 60Hz |
| Surge protection | 3kV (L to N) <br> 4kV (L/N to GND) |
| Maximum standby power | < 0.5W |



# LINEARdrive 100/M

---

## Output characteristics

| | |
|---|---|
| LED output load | RGBW @ 12V: 2.08A |
| | RGB @ 12V: 2.76A |
| | RGBW @ 24V: 1A |
| | RGB @ 24V: 1.33A |
| | |
| | 5A maximum common anode |
| | |
| | For UL Class 2: |
| | |
| | RGBW @ 12V: 1.25A per output |
| | RGB @ 12V: 1.66A per output |
| | RGBW @ 24V: 1A per output |
| | RGB @ 24V: 1.33A per output |
| Maximum LED output power | 100W |
| Number of LED outputs | 4 (UL Class 2) |
| LED output current | 2.8A absolute maximum rating per output |
| LED output voltage | 12 - 24V DC |
| Circuit protection | To prevent excessive output current from damaging the LED driver, it is highly recommended to use circuit protection appropriate for your application's nominal and inrush current requirements. |



Datasheet

## LINEARdrive 100/M

---

### Control characteristics

| | |
|---|---|
| Control channels | 4 |
| Control protocol | DMX/DALI |
| Dimming range | 100% - 0.1% |
| Dimming curve options | Logarithmic (default) |
| | Linear |
| | Square |
| Dimming method | HydraDrive |
| Driver configuration | via 3-button user interface on driver |
| | Remark: ignore dimming curve setting in DALI mode |
| Dimming curves | |



---

### Environmental conditions

| | |
|---|---|
| Operating ambient temperature (Ta) range | -40 ℃ to +50 ℃ |
| Maximum operating case temperature (Tc max) | 85 ℃ |



Datasheet

## LINEARdrive 100/M

---

## LED driver mechanical details



| Length (L) | typical: 370 mm / 14.57 in |
|---|---|
| Width (W) | typical: 41 mm / 1.61 in |
| Height (H) | typical: 30 mm / 1.18 in |
| Weight | 880 g |

## Packaging

| Products per box | 20 pcs |
|---|---|

## Connector layout



## Wiring specifications

| Wire core cross section | 0.5 - 1.5 mm²<br>AWG 20 – 16 |
|---|---|
| Wire strip length | 9.0 mm / 0.35 inch |



# LINEARdrive 100/M

## Automatic circuit breakers (MCB)

| Maximum loading | MCB type | B10 | B13 | B16 | C10 | C13 | C16 |
|---|---|---|---|---|---|---|---|
| | Number of LED drivers | 5 | 6 | 8 | 8 | 10 | 13 |

## Standards and compliance

| UL, recognized component | UL 1310 |
| | UL 8750 |
| | (Class 2 output) |
| ENEC safety | EN 61347-1 |
| | EN 61347-2-13 (Emergency lighting) |
| ENEC performance | EN 62384 |
| Conducted emissions | EN 55015 |
| Radiated emissions | EN 55015 |
| Radio disturbance characteristics | EN 55022 |
| Harmonic current emissions | EN 61000-3-2 |
| Electromagnetic immunity | EN 61547 |
| DALI | EN 62386-101/102/207 |
| DMX | E1.11 – 2008, USITT DMX512-A |
| | ANSI E1.20 |
| FCC | 47 CFR Part 15 class B |
| RCM | AS/NZS 61347.1, AS/NZS 61347.2.13 |
| Restriction of hazardous substances | RoHS3 (Directives 2011/65/EU-2015/863/EU) |

## Certifications





**Safety**

| | |
|---|---|
| | FELV control terminals marked "Risk of electric shock" are not safe to touch. Dimming connected to FELV control terminal shall be insulated for Low Voltage supply of the control gear. |
| | Risk of electrical shock. May result in serious injury or death. Disconnect power before servicing or installing. |
| | The LED driver may only be connected and installed by a qualified electrician. All applicable regulations, legislation, and building codes must be observed. Incorrect installation of the LED driver can cause irreparable damage to the LED driver and the connected LEDs. Pay attention when connecting the LEDs: polarity reversal results in no light output and often damages the LEDs. |
| | LED drivers are designed and intended to operate LED loads only. Powering non-LED loads may push the LED driver outside its specified design limits and is, therefore, not covered by any warranty. |
| | eldoLED products are designed to meet the performance specifications as outlined at certain operating conditions in the data sheet. It is the responsibility of the fixture manufacturer to test and validate the design and operation of the system under expected and potential use cases, including faults. |
| | Please observe voltage drop over long cable lengths. Longer cable lengths increase EMI susceptibility. |
| | Product renderings and dimensional drawings are generic for the housing type. Product label, connector type and quantity may vary. |

**Europe, Rest of World**

eldoLED B.V.
Science Park Eindhoven 5125
5692 ED Son
The Netherlands

E: info@eldoled.com
W: www.eldoled.com

**North America**

eldoLED America
One Lithonia Way
Conyers, GA 30012
USA

E: info@eldoled.com
W: www.eldoled.com



# M-SENSOR-PIR

## RECESSED PIR SENSOR FOR CLOSETS & CABINETS

For use with Metro M-LIGHT LEDs, M-LINEAR Fixtures, and M-DRIVER Power Supplies.

### M-SENSOR-PIR

Features:

| | |
|---|---|
| **Working Voltage** | 10-24 V DC |
| **Detection Methods** | Dual passive infrared rectangle |
| **Detecting Range** | 2m, and 40° |
| | |
| **CONTROL BOX:** | |
| **Length** | 1.968" (50.000mm) |
| **Width** | 1.181" (30.000mm) |
| **Height** | 0.454" (11.550mm) |

- **• RANGE UP TO 2m AND 40°**
- **• DUAL PASSIVE INFRARED SENSOR SWITCH**
- **• CAN BE POSITIONED INCONSPICUOUSLY**
- **• MULTI-DIRECTIONAL WIREWAY**
- **• FACTORY ADJUSTABLE "ON TIME", FROM 5s TO 60s ONCE ACTIVATED**



SIDE

0.696" (17.700mm)

0.454" (11.550mm)

1.968" (50.000mm)

TOP

END

1.181" (30.000mm)

1.181" (30.000mm)

BOTTOM

### M-SENSOR-PIR

DC Input from LED driver
(with female connector).

DC Output to LEDs
(with male connector).

© 2019 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666
T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com







# M-TOUCH-DIM16

## IN-LINE LOW VOLTAGE TOUCH ON/OFF/DIMMER SWITCH

For use with Metro M-LIGHT LEDs, M-LINEAR Fixtures, M-DRIVER Power supplies

### M-TOUCH-DIM16

Features:

| Input Voltage | DC 6-24V |
|---|---|
| Input Current | 7000mA |
| Operating Temperature | -20℃ to +70℃ |
| Ingress Protection Level | IP67 |
| Detecting Distance | 3.5cm Max |
| Power on reset (POR) | |
| Low Voltage Reset（LVR） | |

• **THROUGH HOLE MOUNTING**

• **TOUCH ON/OFF**

• **TOUCH AND HOLD TO DIM**

Control Function: **Stepless Dimming Type (PWM)**

Dimensions: **Length:** 29.0 mm
**Width:** 17.8 mm
**Height:** 17.8 mm
**Neck:** 16.0 mm Diameter
**Hole Size:** 17.0 mm Diameter

## M-TOUCH-DIM16



© 2021 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC  |  98 Copley Avenue, Teaneck, NJ 07666
T: 201-692-0702  |  F: 208-979-4613  |  info@metrolightandpower.com  |  www.metrolightandpower.com



# M-DRIVER-20-CV

## LIGHTING DRIVER SOLUTIONS

Metro ELV Constant Voltage*, Class 2, Dimmable LED Drivers (20W, 24V DC). Fireproof, Environmentally friendly PC cover. Short Circuit and overload protected. Integral wiring compartment.

*Constant Current Versions are available, not shown.*

Features:

| Input Voltage | 100-120 VAC |
|---|---|
| Output Voltage | 24V DC |
| Output Power | 20W |
| AC Frequency | 58-60 Hz |
| Power Factor | >.95 |
| Operating Temp | -30°C - 45°C |
| Efficiency | >85% |
| Lifetime | >50,000 hrs. @ Tc Max |
| Length | 3.70" (94.000mm) |
| Width | 1.42" (36.000mm) |
| Height | 0.71" (18.000mm) |

- FIREPROOF, ENVIRONMENTALLY FRIENDLY PC COVER
- CLASS 2
- SHORT CIRCUIT AND OVERLOAD PROTECTED
- INTEGRAL WIRING COMPARTMENTS
- TRIAC, FORWARD PHASE & REVERSE PHASE DIMMING COMPATIBLE
- 120 VAC CORD & PLUG
- 20 AWG LOW VOLTAGE LEAD WIRE WITH BARREL JACK



M-DRIVER-20-CV

24 V DC WIRING COMPARTMENT

120 V AC WIRING COMPARTMENT



© 2020 Metro Light & Power, LLC. All rights reserved. Patent pending.
Metro Light & Power, LLC | 98 Copley Avenue, Teaneck, NJ 07666
T: 201-692-0702 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



**METRO LIGHT & POWER**

# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-AAA-BADH

Metro Light & Power's line of power & data solutions features sophisticated design elements combined with ease of installation. Streamlined and compact, our range of desktop power & data hubs advances the state of the industry with their cutting edge look and feel. Our full line of power & data units is available in many finishes and configurations, in addition to a custom color and finish capability for our clients.

Desktop Hub Finish: **BLACK (ABS)**
Custom Finishes Available    M-POWER-3T-AAA-BADH



Shown in Black (ABS) Desktop Hub, featuring 3 Tamper Resistant ACs.

Features:

| Module/Port Options: | |
|---|---|
| A | Tamper Resistant AC Receptacle |
| B | USB-A & USB-C (3.0A USB-A / 15W USB-C) |
| U | Double USB-A (Fast Charging Ports - Rated for 3.2A) |
| H | HDMI |
| 6 | CAT 6 |
| 12 | RJ 12 |
| X | Switched AC |
| Y | 3-Way Switch (Low Voltage) |
| C | USB-C (27W High Speed Charging Port) |
| Z | USB-C (18W High Speed Charging Port) |
| R | Switched AC (Rocker Switch) |

| Plug: |
|---|
| Supplied with Low Profile Flat 45° Angle 120 VAC Plug |
| Optional Standard Straight 120 VAC Plug |
| Optional Straight 120 VAC Pass-through Plug |

- CLEAN, COMPACT DESIGN
- STREAMLINED
- QUICK, EASY INSTALLATION
- REAR-EXITING CORDS
- PLUG & PLAY
- 6' AC CORD & PLUG (FLAT PLUG STANDARD)
- CUSTOMIZABLE CONFIGURATIONS AND FINISHES
- UL LISTED FOR MOUNTING IN FURNITURE
- 15A



© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-AAA-BADH

Specs:

| Modules/Ports: |
|---|
| **A**  Tamper Resistant AC Receptacle |



Shown with 3 Tamper Resistant ACs.







© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com





# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-ABA-BADH

Metro Light & Power's line of power & data solutions features sophisticated design elements combined with ease of installation. Streamlined and compact, our range of desktop power & data hubs advances the state of the industry with their cutting edge look and feel. Our full line of power & data units is available in many finishes and configurations, in addition to a custom color and finish capability for our clients.

Desktop Hub Finish: **BLACK (ABS)**
Custom Finishes Available     M-POWER-3T-ABA-BADH



Shown in Black (ABS) Desktop Hub, featuring 2 Tamper Resistant ACs and 1 USB-A & 1 USB-C Charging Port.

Features:

| Module/Port Options: | |
| --- | --- |
| A | Tamper Resistant AC Receptacle |
| B | USB-A & USB-C (3.0A USB-A / 15W USB-C) |
| U | Double USB-A (Fast Charging Ports - Rated for 3.2A) |
| H | HDMI |
| 6 | CAT 6 |
| 12 | RJ 12 |
| X | Switched AC |
| Y | 3-Way Switch (Low Voltage) |
| C | USB-C (27W High Speed Charging Port) |
| Z | USB-C (18W High Speed Charging Port) |
| R | Switched AC (Rocker Switch) |

| Plug: |
| --- |
| Supplied with Low Profile Flat 45° Angle 120 VAC Plug |
| Optional Standard Straight 120 VAC Plug |
| Optional Straight 120 VAC Pass-through Plug |

- CLEAN, COMPACT DESIGN
- STREAMLINED
- QUICK, EASY INSTALLATION
- REAR-EXITING CORDS
- PLUG & PLAY
- 6' AC CORD & PLUG (FLAT PLUG STANDARD)
- CUSTOMIZABLE CONFIGURATIONS AND FINISHES
- UL LISTED FOR MOUNTING IN FURNITURE
- 15A



© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-ABA-BADH

Specs:

| Modules/Ports: |
| --- |
| A   Tamper Resistant AC Receptacle |
| B   USB-A & USB-C (3.0A USB-A / 15W USB-C) |



Shown with 2 Tamper Resistant ACs and 1 USB-A & 1 USB-C Charging Port.







© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-AUA-BADH

Metro Light & Power's line of power & data solutions features sophisticated design elements combined with ease of installation. Streamlined and compact, our range of desktop power & data hubs advances the state of the industry with their cutting edge look and feel. Our full line of power & data units is available in many finishes and configurations, in addition to a custom color and finish capability for our clients.

Desktop Hub Finish: **BLACK (ABS)**
Custom Finishes Available    M-POWER-3T-AUA-BADH



Shown in Black (ABS) Desktop Hub, featuring 2 Tamper Resistant ACs and 1 Double USB-A Charging Port.

Features:

| Module/Port Options: | |
|---|---|
| A | Tamper Resistant AC Receptacle |
| B | USB-A & USB-C (3.0A USB-A / 15W USB-C) |
| U | Double USB-A (Fast Charging Ports - Rated for 3.2A) |
| H | HDMI |
| 6 | CAT 6 |
| 12 | RJ 12 |
| X | Switched AC |
| Y | 3-Way Switch (Low Voltage) |
| C | USB-C (27W High Speed Charging Port) |
| Z | USB-C (18W High Speed Charging Port) |
| R | Switched AC (Rocker Switch) |

| Plug: |
|---|
| Supplied with Low Profile Flat 45° Angle 120 VAC Plug |
| Optional Standard Straight 120 VAC Plug |
| Optional Straight 120 VAC Pass-through Plug |

- CLEAN, COMPACT DESIGN
- STREAMLINED
- QUICK, EASY INSTALLATION
- REAR-EXITING CORDS
- PLUG & PLAY
- 6' AC CORD & PLUG (FLAT PLUG STANDARD)
- CUSTOMIZABLE CONFIGURATIONS AND FINISHES
- UL LISTED FOR MOUNTING IN FURNITURE
- 15A



© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-AUA-BADH

Specs:

**Modules/Ports:**

**A**  Tamper Resistant AC Receptacle
**U**  Double USB-A (Fast Charging Ports - Rated for 3.2A)



Shown with 2 Tamper Resistant ACs and 1 Double
USB-A Charging Port.







© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-BAZ-BADH

Metro Light & Power's line of power & data solutions features sophisticated design elements combined with ease of installation. Streamlined and compact, our range of desktop power & data hubs advances the state of the industry with their cutting edge look and feel. Our full line of power & data units is available in many finishes and configurations, in addition to a custom color and finish capability for our clients.

Desktop Hub Finish: **BLACK (ABS)**
Custom Finishes Available      M-POWER-3T-BAZ-BADH



Shown in Black (ABS) Desktop Hub, featuring 1 USB-A & 1 USB-C Charging Port, 1 Tamper Resistant AC and 1 USB-C Charging Port.

Features:

| Module/Port Options: | |
| --- | --- |
| A | Tamper Resistant AC Receptacle |
| B | USB-A & USB-C (3.0A USB-A / 15W USB-C) |
| U | Double USB-A (Fast Charging Ports - Rated for 3.2A) |
| H | HDMI |
| 6 | CAT 6 |
| 12 | RJ 12 |
| X | Switched AC |
| Y | 3-Way Switch (Low Voltage) |
| C | USB-C (27W High Speed Charging Port) |
| Z | USB-C (18W High Speed Charging Port) |
| R | Switched AC (Rocker Switch) |

| Plug: |
| --- |
| Supplied with Low Profile Flat 45° Angle 120 VAC Plug |
| Optional Standard Straight 120 VAC Plug |
| Optional Straight 120 VAC Pass-through Plug |

- CLEAN, COMPACT DESIGN
- STREAMLINED
- QUICK, EASY INSTALLATION
- REAR-EXITING CORDS
- PLUG & PLAY
- 6' AC CORD & PLUG (FLAT PLUG STANDARD)
- CUSTOMIZABLE CONFIGURATIONS AND FINISHES
- UL LISTED FOR MOUNTING IN FURNITURE
- 15A

© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com





# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-BAZ-BADH

Specs:

**Modules/Ports:**

**B** USB-A & USB-C (3.0A USB-A / 15W USB-C)
**A** Tamper Resistant AC Receptacle
**Z** USB-C (18W High Speed Charging Port)



Shown with 1 USB-A & 1 USB-C Charging Port, 1 Tamper Resistant AC and 1 USB-C Charging Port.











© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-AUZ-BADH

Metro Light & Power's line of power & data solutions features sophisticated design elements combined with ease of installation. Streamlined and compact, our range of desktop power & data hubs advances the state of the industry with their cutting edge look and feel. Our full line of power & data units is available in many finishes and configurations, in addition to a custom color and finish capability for our clients.

Desktop Hub Finish: **BLACK (ABS)**
Custom Finishes Available       M-POWER-3T-AUZ-BADH



Shown in Black (ABS) Desktop Hub, featuring 1 Tamper Resistant AC, 1 Double USB-A Charging Port and 1 USB-C High Speed Charging Port.

Features:

| Module/Port Options: | |
|---|---|
| A | Tamper Resistant AC Receptacle |
| B | USB-A & USB-C (3.0A USB-A / 15W USB-C) |
| U | Double USB-A (Fast Charging Ports - Rated for 3.2A) |
| H | HDMI |
| 6 | CAT 6 |
| 12 | RJ 12 |
| X | Switched AC |
| Y | 3-Way Switch (Low Voltage) |
| C | USB-C (27W High Speed Charging Port) |
| Z | USB-C (18W High Speed Charging Port) |
| R | Switched AC (Rocker Switch) |

| Plug: |
|---|
| Supplied with Low Profile Flat 45° Angle 120 VAC Plug |
| Optional Standard Straight 120 VAC Plug |
| Optional Straight 120 VAC Pass-through Plug |

- CLEAN, COMPACT DESIGN
- STREAMLINED
- QUICK, EASY INSTALLATION
- REAR-EXITING CORDS
- PLUG & PLAY
- 6' AC CORD & PLUG (FLAT PLUG STANDARD)
- CUSTOMIZABLE CONFIGURATIONS AND FINISHES
- UL LISTED FOR MOUNTING IN FURNITURE
- 15A



© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-POWER-3T

## AC POWER & DATA CONNECTIVITY SOLUTION

M-POWER-3T-AUZ-BADH

Specs:

**Modules/Ports:**

**A**  Tamper Resistant AC Receptacle
**U**  Double USB-A (Fast Charging Ports - Rated for 3.2A)
**Z**  USB-C (18W High Speed Charging Port)



Shown with 1 Tamper Resistant AC, 1 Double USB-A Charging Port and 1 USB-C High Speed Charging Port.









© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com





# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-ABX-BADH

Metro Light & Power's line of power & data solutions features sophisticated design elements combined with ease of installation. Streamlined and compact, our range of desktop power & data hubs advances the state of the industry with their cutting edge look and feel. Our full line of power & data units is available in many finishes and configurations, in addition to a custom color and finish capability for our clients.

Desktop Hub Finish: **BLACK (ABS)**
Custom Finishes Available        M-POWER-3T-ABX-BADH



Shown in Black (ABS) Desktop Hub, featuring 1 Tamper Resistant AC, 1 USB-A & 1 USB-C Charging Port and 1 Switched AC.

Features:

| Module/Port Options: | |
| --- | --- |
| A | Tamper Resistant AC Receptacle |
| B | USB-A & USB-C (3.0A USB-A / 15W USB-C) |
| U | Double USB-A (Fast Charging Ports - Rated for 3.2A) |
| H | HDMI |
| 6 | CAT 6 |
| 12 | RJ 12 |
| X | Switched AC |
| Y | 3-Way Switch (Low Voltage) |
| C | USB-C (27W High Speed Charging Port) |
| Z | USB-C (18W High Speed Charging Port) |
| R | Switched AC (Rocker Switch) |

| Plug: |
| --- |
| Supplied with Low Profile Flat 45° Angle 120 VAC Plug |
| Optional Standard Straight 120 VAC Plug |
| Optional Straight 120 VAC Pass-through Plug |

- CLEAN, COMPACT DESIGN
- STREAMLINED
- QUICK, EASY INSTALLATION
- REAR-EXITING CORDS
- PLUG & PLAY
- 6' AC CORD & PLUG (FLAT PLUG STANDARD)
- CUSTOMIZABLE CONFIGURATIONS AND FINISHES
- UL LISTED FOR MOUNTING IN FURNITURE
- 15A



© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-ABX-BADH

Specs:

| Modules/Ports: |
| --- |
| A  Tamper Resistant AC Receptacle |
| B  USB-A & USB-C (3.0A USB-A / 15W USB-C) |
| X  Switched AC |



Shown with 1 Tamper Resistant AC, 1 USB-A & 1 USB-C
Charging Port and 1 Switched AC.











© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-AB6-BADH

Metro Light & Power's line of power & data solutions features sophisticated design elements combined with ease of installation. Streamlined and compact, our range of desktop power & data hubs advances the state of the industry with their cutting edge look and feel. Our full line of power & data units is available in many finishes and configurations, in addition to a custom color and finish capability for our clients.

Desktop Hub Finish: **BLACK (ABS)**
Custom Finishes Available    M-POWER-3T-AB6-BADH



Shown in Black (ABS) Desktop Hub, featuring 1 Tamper Resistant AC, 1 USB-A & 1 USB-C Charging Port and 1 CAT 6 Port.

Features:

| Module/Port Options: | |
|---|---|
| A | Tamper Resistant AC Receptacle |
| B | USB-A & USB-C (3.0A USB-A / 15W USB-C) |
| U | Double USB-A (Fast Charging Ports - Rated for 3.2A) |
| H | HDMI |
| 6 | CAT 6 |
| 12 | RJ 12 |
| X | Switched AC |
| Y | 3-Way Switch (Low Voltage) |
| C | USB-C (27W High Speed Charging Port) |
| Z | USB-C (18W High Speed Charging Port) |
| R | Switched AC (Rocker Switch) |

| Plug: |
|---|
| Supplied with Low Profile Flat 45° Angle 120 VAC Plug |
| Optional Standard Straight 120 VAC Plug |
| Optional Straight 120 VAC Pass-through Plug |

- CLEAN, COMPACT DESIGN
- STREAMLINED
- QUICK, EASY INSTALLATION
- REAR-EXITING CORDS
- PLUG & PLAY
- 6' AC CORD & PLUG (FLAT PLUG STANDARD)
- CUSTOMIZABLE CONFIGURATIONS AND FINISHES
- UL LISTED FOR MOUNTING IN FURNITURE
- 15A



© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-AB6-BADH

Specs:

| Modules/Ports: | |
|---|---|
| A | Tamper Resistant AC Receptacle |
| B | USB-A & USB-C (3.0A USB-A / 15W USB-C) |
| 6 | CAT 6 |

**A**  **B**  **6**



Shown with 1 Tamper Resistant AC, 1 USB-A & 1 USB-C
Charging Port and 1 CAT 6 Port.









© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com





# M-POWER-3T
## AC POWER & DATA CONNECTIVITY SOLUTION
M-POWER-3T-AB12-BADH

Metro Light & Power's line of power & data solutions features sophisticated design elements combined with ease of installation. Streamlined and compact, our range of desktop power & data hubs advances the state of the industry with their cutting edge look and feel. Our full line of power & data units is available in many finishes and configurations, in addition to a custom color and finish capability for our clients.

Desktop Hub Finish: **BLACK (ABS)**
Custom Finishes Available    M-POWER-3T-AB12-BADH



Shown in Black (ABS) Desktop Hub, featuring 1 Tamper Resistant AC, 1 USB-A & 1 USB-C Charging Port and 1 RJ12 Port.

Features:

| Module/Port Options: | |
|---|---|
| A | Tamper Resistant AC Receptacle |
| B | USB-A & USB-C (3.0A USB-A / 15W USB-C) |
| U | Double USB-A (Fast Charging Ports - Rated for 3.2A) |
| H | HDMI |
| 6 | CAT 6 |
| 12 | RJ 12 |
| X | Switched AC |
| Y | 3-Way Switch (Low Voltage) |
| C | USB-C (27W High Speed Charging Port) |
| Z | USB-C (18W High Speed Charging Port) |
| R | Switched AC (Rocker Switch) |

| Plug: |
|---|
| Supplied with Low Profile Flat 45° Angle 120 VAC Plug |
| Optional Standard Straight 120 VAC Plug |
| Optional Straight 120 VAC Pass-through Plug |

- CLEAN, COMPACT DESIGN
- STREAMLINED
- QUICK, EASY INSTALLATION
- REAR-EXITING CORDS
- PLUG & PLAY
- 6' AC CORD & PLUG (FLAT PLUG STANDARD)
- CUSTOMIZABLE CONFIGURATIONS AND FINISHES
- UL LISTED FOR MOUNTING IN FURNITURE
- 15A

© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com





# M-POWER-3T

## AC POWER & DATA CONNECTIVITY SOLUTION

M-POWER-3T-AB12-BADH

Specs:

**Modules/Ports:**

A  Tamper Resistant AC Receptacle
B  USB-A & USB-C (3.0A USB-A / 15W USB-C)
12  RJ 12

**A**  **B**  **12**



Shown with 1 Tamper Resistant AC, 1 USB-A & 1 USB-C
Charging Port and 1 RJ12 Port.







© 2023 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



Page Vault

## Capture Summary

*77 captures*

| File path | Original Capture URL | File name | Document title | Capture time | SHA256 hash |
|---|---|---|---|---|---|
| www.metrolightandpower_2024-03-11-21-46-23.pdf | https://www.metrolightandpower.com/ | S14708794-0001www.metrolightandpower.com_2024-03-11-21-46-23.pdf | Power & Data | Metro Light & Power | 2024-03-11T21:46:24+00:00 | d48c1ba16d3798deaa5ccbd307cc1d2fcc11c7c05b7a8c8c616cc1191a60c064 |
| www.metrolightandpower.com_2024-03-11-21-46-45.pdf | https://www.metrolightandpower.com/products | S14708798-www.metrolightandpower.com_2024-03-11-21-46-45.pdf | PRODUCTS | Metro Light & Power | 2024-03-11T21:46:46+00:00 | 9243fcccc291b011674b1c4ac6bcc66d4bfc37d2f33c1c929055d27cc119c39370 |
| www.metrolightandpower.com_2024-03-11-21-47-09.pdf | https://www.metrolightandpower.com/projects | S14708801-www.metrolightandpower.com_2024-03-11-21-47-09.pdf | PROJECTS | Metro Light & Power | 2024-03-11T21:47:11+00:00 | c6acff3ccbacf3cc4fb003a39cc24cc724ca0cfc0f037960516c59cde423c71e0533 |
| www.metrolightandpower.com_2024-03-11-21-47-31.pdf | https://www.metrolightandpower.com/clients | S14708807-www.metrolightandpower.com_2024-03-11-21-47-31.pdf | CLIENTS | Metro Light & Power | 2024-03-11T21:47:32+00:00 | 7f0210fccc034ecfce60cdcb54dcdyf23035d5a5cdcdd07f2cd36f375ccceec3cc726ecd26fe6304c0 |
| www.metrolightandpower.com_2024-03-11-21-47-47.pdf | https://www.metrolightandpower.com/distributors-1 | S14708809-www.metrolightandpower.com_2024-03-11-21-47-47.pdf | DISTRIBUTORS | Metro Light & Power | 2024-03-11T21:47:49+00:00 | 1139fc28dc662ecf2b9f7c192f3bb6d76192fc74f1ef251f3968190cf51844210e603227 |
| www.metrolightandpower.com_2024-03-11-21-48-08.pdf | https://www.metrolightandpower.com/about | S14708813-www.metrolightandpower.com_2024-03-11-21-48-08.pdf | ABOUT | Metro Light & Power | 2024-03-11T21:48:10+00:00 | 3e32c1ba1019364b63e069203c36c6b6eb964c36ec17d9ef23d40c4677cc2ca |
| www.metrolightandpower.com_2024-03-11-21-48-32.pdf | https://www.metrolightandpower.com/info | S14708816-www.metrolightandpower.com_2024-03-11-21-48-32.pdf | WHAT'S NEW | Metro Light & Power | 2024-03-11T21:48:34+00:00 | 92d101ca4009fbd62e56fc63c3d7bbbd6c50127741e46c3cce24dacccdcb4d0f99 |
| www.metrolightandpower.com_2024-03-11-21-48-55.pdf | https://www.metrolightandpower.com/contact | S14708818-www.metrolightandpower.com_2024-03-11-21-48-55.pdf | CONTACT | Metro Light & Power | 2024-03-11T21:48:56+00:00 | e38c85a49561e2f1f2ccd2a4fe6f6c40cf271c7f43df2f89794fc7c420f096f4b1 |
| www.metrolightandpower.com_2024-03-11-21-49-10.pdf | https://www.metrolightandpower.com/configurator | S14708824-www.metrolightandpower.com_2024-03-11-21-49-10.pdf | CONFIGURATOR | Metro Light & Power | 2024-03-11T21:49:11+00:00 | 3aadc5ad3939536aa1cdcda6dc41fd1c6c687d7d3808510503dcdf1cad720cdd5 |
| www.metrolightandpower.com_2024-03-11-21-49-27.pdf | https://www.metrolightandpower.com/ledproducts | S14708829-www.metrolightandpower.com_2024-03-11-21-49-27.pdf | LED PRODUCTS | Metro Light & Power | 2024-03-11T21:49:28+00:00 | 7e9e10eba477f4c2c7342ac32cf1c106a3e6bc07dc9dedeccc1cdb37fdc6fccc |
| www.metrolightandpower.com_2024-03-11-21-49-49.pdf | https://www.metrolightandpower.com/wireless | S14708830-www.metrolightandpower.com_2024-03-11-21-49-49.pdf | WIRELESS CHARGING | Metro Light & Power | 2024-03-11T21:49:50+00:00 | 80d4f36c1d60be1fd7c1601f4577ca79d31dec659f9e1ef541f25013356f5681c0 |
| www.metrolightandpower.com_2024-03-11-21-50-11.pdf | https://www.metrolightandpower.com/hubconfigurator | S14708836-www.metrolightandpower.com_2024-03-11-21-50-11.pdf | Hub Configurator | Metro Light & Power | 2024-03-11T21:50:12+00:00 | c9ed3103f72f56c43337e73b30e6bfccbbc37e63a560cf6b6ca3e903ca3b4ecc |
| www.metrolightandpower.com_2024-03-11-21-50-35.pdf | https://www.metrolightandpower.com/readinglights | S14708840-www.metrolightandpower.com_2024-03-11-21-50-35.pdf | READING LIGHTS | Metro Light & Power | 2024-03-11T21:50:35+00:00 | 73c8916f7ea17ccacacb67f71d7c4a3cb1adc3cb6bb593350dcdfbb29e0953d5cc |
| www.metrolightandpower.com_2024-03-11-21-50-49.pdf | http://www.metrolightandpower.com/ | S14708841-www.metrolightandpower.com_2024-03-11-21-50-49.pdf | Power & Data | Metro Light & Power | 2024-03-11T21:50:50+00:00 | 71c49ff329d43cf32ef30f1ac3478726f1341163cd1c79cbb102379c69cebcb1c2c |
| www.metrolightandpower.com_2024-03-11-21-51-13.pdf | https://www.metrolightandpower.com/ads | S14708845-www.metrolightandpower.com_2024-03-11-21-51-13.pdf | WHERE WE HAVE BEEN | Metro Light & Power | 2024-03-11T21:51:15+00:00 | c2c21f988923c4cd2bb15436cc05cfe25339c921c4f21ccc4ab3c6dcc3805d06b4 |
| www.metrolightandpower.com_2024-03-11-21-51-38.pdf | https://www.metrolightandpower.com/applications | S14708849-www.metrolightandpower.com_2024-03-11-21-51-38.pdf | Applications | Metro Light & Power | 2024-03-11T21:51:40+00:00 | 4f8b3bd3a7e41d1df17437a69f3037d8320d10dcc1361acc66c482e0b7d2bc1f87 |
| www.metrolightandpower.com_2024-03-11-21-52-00.pdf | https://www.metrolightandpower.com/ledlightings | S14708852-www.metrolightandpower.com_2024-03-11-21-52-00.pdf | LED Lightings | Metro Light & Power | 2024-03-11T21:52:02+00:00 | a3741c606e03ee3fd64bb01464b4c29aee0936bcd8138e22e478053ca0c11ce758bd |
| www.metrolightandpower.com_2024-03-11-21-52-25.pdf | https://www.metrolightandpower.com/ledfixtures | S14708855-www.metrolightandpower.com_2024-03-11-21-52-25.pdf | LED Fixtures | Metro Light & Power | 2024-03-11T21:52:27+00:00 | 1ada4f17ae58d7f4a3bf0c4fae3e61c946e4938e3 de73be473f92ebd31ca4f8b8d |
| www.metrolightandpower.com_2024-03-11-21-52-52.pdf | https://www.metrolightandpower.com/drivers | S14708858-www.metrolightandpower.com_2024-03-11-21-52-52.pdf | Drivers | Metro Light & Power | 2024-03-11T21:52:54+00:00 | 5f7b316f43688406998c60cc2f56cccc55aa70021c195cf8ae7aa0d699890cce64fd |
| www.metrolightandpower.com_2024-03-11-21-53-17.pdf | https://www.metrolightandpower.com/others | S14708860-www.metrolightandpower.com_2024-03-11-21-53-17.pdf | Custom Projects | Metro Light & Power | 2024-03-11T21:53:19+00:00 | 3ae4556909399fe68202ccbcaac16d596fd9e96f0cb2cd322cc6dfc9cd2cca6cca |
| www.metrolightandpower.com_2024-03-11-21-53-40.pdf | https://www.metrolightandpower.com/desktophubs/aaa | S14708865-www.metrolightandpower.com_2024-03-11-21-53-40.pdf | Desktop Hubs | 2024-03-11T21:53:42+00:00 | 8cd5a0f8ecdcf473e47bac593d41c79fd0f5fc0504dc1751d4fc3f2d106c1e1a2e3cb |
| www.metrolightandpower.com_2024-03-11-21-53-57.pdf | https://www.metrolightandpower.com/desktophubs/aba | S14708869-www.metrolightandpower.com_2024-03-11-21-53-57.pdf | Desktop Hubs | 2024-03-11T21:53:58+00:00 | 3e45ac2f1928ae1016f1414534a20b5039cc4dced0c577164f9b8f0c9eaf4877 |
| www.metrolightandpower.com_2024-03-11-21-54-12.pdf | https://www.metrolightandpower.com/desktophubs/aua | S14708870-www.metrolightandpower.com_2024-03-11-21-54-12.pdf | Desktop Hubs | 2024-03-11T21:54:14+00:00 | d0c777934518c73686c16bf4d7871ce32fc4d0f3c18ee50db1f8fc0eb6cd1c5b6 |
| www.metrolightandpower.com_2024-03-11-21-54-28.pdf | https://www.metrolightandpower.com/desktophubs/baz | S14708873-www.metrolightandpower.com_2024-03-11-21-54-28.pdf | Desktop Hubs | 2024-03-11T21:54:29+00:00 | a6c60bba1cd1e63eb6ddc61b35fcf49f2bf2b9f5ceecf201f0cad553a3aeeed9f30e |

| | File path | Original Capture URL | File name | Document title | Capture time | SHA256 hash |
|---|---|---|---|---|---|---|
| | www.metrolightandpower.com/514708876-www.metrolightandpower.com_2024-03-11-21-34-44.pdf | https://www.metrolightandpower.com/desktophubs/suz | S14708876-www.metrolightandpower.com_2024-03-11-21-54-44.pdf | Desktop Hubs | 2024-03-11T21:54:45+00:00 | |
| | www.metrolightandpower.com/514708879-www.metrolightandpower.com_2024-03-11-21-55-00.pdf | https://www.metrolightandpower.com/desktophubs/shx | S14708879-www.metrolightandpower.com_2024-03-11-21-55-00.pdf | Desktop Hubs | 2024-03-11T21:55:01+00:00 | |
| | www.metrolightandpower.com/514708884-www.metrolightandpower.com_2024-03-11-21-55-16.pdf | https://www.metrolightandpower.com/desktophubs/ah6 | S14708884-www.metrolightandpower.com_2024-03-11-21-55-16.pdf | Desktop Hubs | 2024-03-11T21:55:17+00:00 | |
| | www.metrolightandpower.com/514708889-www.metrolightandpower.com_2024-03-11-21-55-31.pdf | https://www.metrolightandpower.com/desktophubs/ah12 | S14708889-www.metrolightandpower.com_2024-03-11-21-55-31.pdf | Desktop Hubs | 2024-03-11T21:55:32+00:00 | |
| | www.metrolightandpower.com/F1429592-M-POWER-WLC-US-10-Qi-TM_Data_Sheet_v507.pdf-filenameUTF-8M-POWER-WLC-US-10-Qi-TM_Data_Sheet_v50 | https://www.metrolightandpower.com/_files/ugd/05f92a_436f79e4ac0d4d6abf150945da348bb9.pdf | F1429592-M-POWER-WLC-US-10-Qi-TM_Data_Sheet_v507.pdf-filenameUTF-8M-POWER-WLC-US-10-Qi-TM_Data_Sheet_v50 | | 2024-03-11T22:04:45+00:00 | |
| | www.metrolightandpower.com/F1429593-M-POWER-WLC-US-10-Qi-TM_Install_Guide_v1.pdf-filenameUTF-8M-POWER-WLC-US-10-Qi-TM_Install_Guide | https://www.metrolightandpower.com/_files/ugd/05f92a_d5580310de3441da6a6f2d6321cbfc450a.pdf | F1429593-M-POWER-WLC-US-10-Qi-TM_Install_Guide_v1.pdf-filenameUTF-8M-POWER-WLC-US-10-Qi-TM_Install_Guide | | 2024-03-11T22:04:47+00:00 | |
| | www.metrolightandpower.com/F1429594-M-POWER-WLC-US-10-Qi-FS-8ZAB_Data_Sheet_v406.pdf-filenameUTF-8M-POWER-WLC-US-10-Qi-FS-8ZAB_Data | https://www.metrolightandpower.com/_files/ugd/05f92a_3504f8943a1c41ed961564251a1205df.pdf | F1429594-M-POWER-WLC-US-10-Qi-FS-8ZAB_Data_Sheet_v406.pdf-filenameUTF-8M-POWER-WLC-US-10-Qi-FS-8ZAB_Data | | 2024-03-11T22:04:48+00:00 | |
| | www.metrolightandpower.com/F1429595-M-POWER-WLC-US-10-Qi-FS-8AB_Data_Sheet_v103.pdf-filenameUTF-8M-POWER-WLC-US-10-Qi-FS-8AB_Data_S | https://www.metrolightandpower.com/_files/ugd/05f92a_75f0c0347b234b1d924ac817b6934617.pdf | F1429595-M-POWER-WLC-US-10-Qi-FS-8AB_Data_Sheet_v103.pdf-filenameUTF-8M-POWER-WLC-US-10-Qi-FS-8AB_Data_S | | 2024-03-11T22:04:49+00:00 | |
| | www.metrolightandpower.com/F1429596-M-POWER-WLC-US-10-Qi-SS_Data_Sheet_v404.pdf-filenameUTF-8M-POWER-WLC-US-10-Qi-SS_Data_Sheet_v40 | https://www.metrolightandpower.com/_files/ugd/05f92a_65aeb963e604434ca17503ca6fbe29c9.pdf | F1429596-M-POWER-WLC-US-10-Qi-SS_Data_Sheet_v404.pdf-filenameUTF-8M-POWER-WLC-US-10-Qi-SS_Data_Sheet_v40 | | 2024-03-11T22:04:51+00:00 | |
| | www.metrolightandpower.com/F1429597-M-POWER-WLC-US-10-Qi-SS_Install_Guide_v3.pdf-filenameUTF-8M-POWER-WLC-US-10-Qi-SS_Install_Guide | https://www.metrolightandpower.com/_files/ugd/05f92a_137dc025826d4754969b559cb661f2042.pdf | F1429597-M-POWER-WLC-US-10-Qi-SS_Install_Guide_v3.pdf-filenameUTF-8M-POWER-WLC-US-10-Qi-SS_Install_Guide | | 2024-03-11T22:04:53+00:00 | |
| | www.metrolightandpower.com/F1429598-M-RDLT-DOME_INSTALL_GUIDE_R2.pdf-filenameUTF-8M-RDLT-DOME_INSTALL_GUIDE_R2.pdf | https://www.metrolightandpower.com/_files/ugd/03b88a_83205109cc549d1aa7f64acbacb96a9.pdf | F1429598-M-RDLT-DOME_INSTALL_GUIDE_R2.pdf-filenameUTF-8M-RDLT-DOME_INSTALL_GUIDE_R2.pdf | | 2024-03-11T22:04:56+00:00 | |
| | www.metrolightandpower.com/F1429599-M-RDLT-DOME-BATP_R4.pdf-filenameUTF-8M-RDLT-DOME-BATP_R4.pdf | https://www.metrolightandpower.com/_files/ugd/03b88a_ec77fa0350b54f15b31a4fbead7db76c.pdf | F1429599-M-RDLT-DOME-BATP_R4.pdf-filenameUTF-8M-RDLT-DOME-BATP_R4.pdf | | 2024-03-11T22:04:58+00:00 | |
| | www.metrolightandpower.com/F1429600-M-RDLT-BLADE-BATP_R4.pdf-filenameUTF-8M-RDLT-BLADE-BATP_R4.pdf | https://www.metrolightandpower.com/_files/ugd/03b88a_650866f8d0b1417ca310d1cddfa702bb.pdf | F1429600-M-RDLT-BLADE-BATP_R4.pdf-filenameUTF-8M-RDLT-BLADE-BATP_R4.pdf | | 2024-03-11T22:05:00+00:00 | |
| | www.metrolightandpower.com/F1429601-M-RDLT-BLADE_INSTALL_GUIDE_R2.pdf-filenameUTF-8M-RDLT-BLADE_INSTALL_GUIDE_R2.pdf | https://www.metrolightandpower.com/_files/ugd/03b88a_111eb6f203cd405888c0221db9f483b.pdf | F1429601-M-RDLT-BLADE_INSTALL_GUIDE_R2.pdf-filenameUTF-8M-RDLT-BLADE_INSTALL_GUIDE_R2.pdf | | 2024-03-11T22:05:04+00:00 | |
| | www.metrolightandpower.com/F1429602-M-LIGHT-WHITE-v9.pdf-filenameUTF-8M-LIGHT-WHITE-v9.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_1dc6a7ef966e4622812505073561 7c5d.pdf | F1429602-M-LIGHT-WHITE-v9.pdf-filenameUTF-8M-LIGHT-WHITE-v9.pdf | | 2024-03-11T22:05:04+00:00 | |
| | www.metrolightandpower.com/F1429603-M-LIGHT-RGBW-v9.pdf-filenameUTF-8M-LIGHT-RGBW-v9.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_a7dc5a6963ff492aa815732cc6f934dd.pdf | F1429603-M-LIGHT-RGBW-v9.pdf-filenameUTF-8M-LIGHT-RGBW-v9.pdf | | 2024-03-11T22:05:06+00:00 | |
| | www.metrolightandpower.com/F1429604-M-LIGHT-RGB-v9.pdf-filenameUTF-8M-LIGHT-RGB-v9.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_20e01d45baae46c38d0dd04972226909c.pdf | F1429604-M-LIGHT-RGB-v9.pdf-filenameUTF-8M-LIGHT-RGB-v9.pdf | | 2024-03-11T22:05:08+00:00 | |
| | www.metrolightandpower.com/F1429605-M-LIGHT-TUNABLE-WHITE-v11.pdf-filenameUTF-8M-LIGHT-TUNABLE-WHITE-v11.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_91ecc5d0f92b418b8bced5a25c568fe7.pdf | F1429605-M-LIGHT-TUNABLE-WHITE-v11.pdf-filenameUTF-8M-LIGHT-TUNABLE-WHITE-v11.pdf | | 2024-03-11T22:05:11+00:00 | |
| | www.metrolightandpower.com/F1429606-M-LINEAR-FIXTURE.pdf-filenameUTF-8M-LINEAR-FIXTURE.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_6b06552faeb547948686c69fbc484f43d.pdf | F1429606-M-LINEAR-FIXTURE.pdf-filenameUTF-8M-LINEAR-FIXTURE.pdf | | 2024-03-11T22:05:14+00:00 | |
| | www.metrolightandpower.com/F1429607-M-DRIVER-60-CV-3WY-V1.pdf-filenameUTF-8M-DRIVER-60-CV-3WY-V1.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_aba0eb9c54f44430350a643a7bbc10f.pdf | F1429607-M-DRIVER-60-CV-3WY-V1.pdf-filenameUTF-8M-DRIVER-60-CV-3WY-V1.pdf | | 2024-03-11T22:05:15+00:00 | |
| | www.metrolightandpower.com/F1429608-M-PUCK-65_v3B.pdf-filenameUTF-8M-PUCK-65_v3B.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_0841bca84cfc46e0b68ee7d92cdc3437.pdf | F1429608-M-PUCK-65_v3B.pdf-filenameUTF-8M-PUCK-65_v3B.pdf | | 2024-03-11T22:05:16+00:00 | |
| | www.metrolightandpower.com/F1429609-M-DRIVER-36-CV-3WY-V1.pdf-filenameUTF-8M-DRIVER-36-CV-3WY-V1.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_34edd104e27a5c6a90fdbe7f86ee3857.pdf | F1429609-M-DRIVER-36-CV-3WY-V1.pdf-filenameUTF-8M-DRIVER-36-CV-3WY-V1.pdf | | 2024-03-11T22:05:17+00:00 | |
| | www.metrolightandpower.com/F1429610-M-LINEAR-NIGHT-LIGHT_v18.pdf-filenameUTF-8M-LINEAR-NIGHT-LIGHT_v18.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_baaddaf8b503448ababd836c5eb977fan.pdf | F1429610-M-LINEAR-NIGHT-LIGHT_v18.pdf-filenameUTF-8M-LINEAR-NIGHT-LIGHT_v18.pdf | | 2024-03-11T22:05:17+00:00 | |
| | www.metrolightandpower.com/F1429611-M-DRIVER-30-CV-3WY-V2.pdf-filenameUTF-8M-DRIVER-30-CV-3WY-V2.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_710176194af474aa4dgacbcd6bd3edb.pdf | F1429611-M-DRIVER-30-CV-3WY-V2.pdf-filenameUTF-8M-DRIVER-30-CV-3WY-V2.pdf | | 2024-03-11T22:05:19+00:00 | |
| | www.metrolightandpower.com/F1429612-M-DRIVER-100-CV-v1.pdf-filenameUTF-8M-DRIVER-100-CV-v1.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_afb926d7aa6da48b09fb7b250966f1b.pdf | F1429612-M-DRIVER-100-CV-v1.pdf-filenameUTF-8M-DRIVER-100-CV-v1.pdf | | 2024-03-11T22:05:21+00:00 | |

| | File path | Original Capture URL | File name | Document title | Capture time | SHA256 hash |
|---|---|---|---|---|---|---|
| | www.metrolightandpower.com/f1429613-M-CLST_Data_Sheet_v7.pdf-filenameUTF-8M-CLST_Data_Sheet_v7.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_242b9a675dfe48428bb0dfc5c51239e4.pdf | F1429613-M-CLST_Data_Sheet_v7.pdf-filenameUTF-8M-CLST_Data_Sheet_v7.pdf | | 2024-03-11T22:05:22+00:00 | 9a51ac3b87dd6dd7bc1c0c4198c078c70dc9eaec95216dcddd451214536f31 |
| | www.metrolightandpower.com/f1429614-M-DRIVER-80-CV-v3.pdf-filenameUTF-8M-DRIVER-80-CV-v3.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_bb3fa08a9d7c4459b02e00c48bb2fde1.pdf | F1429614-M-DRIVER-80-CV-v3.pdf-filenameUTF-8M-DRIVER-80-CV-v3.pdf | | 2024-03-11T22:05:23+00:00 | 4c7c02068cf9f7e3d7cc1769e9addb52f23b63d627bfc1c431bd094b17416613884 |
| | www.metrolightandpower.com/f1429615-M-CLST_Mounting_Instructions_v3.pdf-filenameUTF-8M-CLST_Mounting_Instructions_v3.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_e25649c9b210f631a31daaeb2be74e31.pdf | F1429615-M-CLST_Mounting_Instructions_v3.pdf-filenameUTF-8M-CLST_Mounting_Instructions_v3.pdf | | 2024-03-11T22:05:23+00:00 | cfd4e25a798ceb9656b07bf171b80822cccf3cef0cdd0116ff9832069300cdf7 |
| | www.metrolightandpower.com/f1429616-M-CLST-SEN_Data_Sheet_v4.pdf-filenameUTF-8M-CLST-SEN_Data_Sheet_v4.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_7cada59750ea240f99d10cfe1ab091d8.pdf | F1429616-M-CLST-SEN_Data_Sheet_v4.pdf-filenameUTF-8M-CLST-SEN_Data_Sheet_v4.pdf | | 2024-03-11T22:05:24+00:00 | 10b4573c9732595c101af24c11cf29475c89446cc46d2b510b836652d0f233c54 |
| | www.metrolightandpower.com/f1429617-M-DRIVER-60-CV-v1.pdf-filenameUTF-8M-DRIVER-60-CV-v1.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_0b914b2c017843b7b129083fd16889b3.pdf | F1429617-M-DRIVER-60-CV-v1.pdf-filenameUTF-8M-DRIVER-60-CV-v1.pdf | | 2024-03-11T22:05:26+00:00 | c77be73b10ea3bf373be3766f51c7d013e6accf786046b1a3ef7fef0c3197caae7b |
| | www.metrolightandpower.com/f1429618-M-DRIVER-9-CV_v5.pdf-filenameUTF-8M-DRIVER-9-CV_v5.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_346be507198574cdf920723a7aac01567.pdf | F1429618-M-DRIVER-9-CV_v5.pdf-filenameUTF-8M-DRIVER-9-CV_v5.pdf | | 2024-03-11T22:05:26+00:00 | ddbf9bcf4217b441f99e72f17061ddc7fcb9462277c61e76bc01c3fc93b8cf5535 |
| | www.metrolightandpower.com/f1429619-M-DRIVER-40-CV_v3.pdf-filenameUTF-8M-DRIVER-40-CV_v3.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_a150a26e6dbcdf11a2e16c89295bacfb.pdf | F1429619-M-DRIVER-40-CV_v3.pdf-filenameUTF-8M-DRIVER-40-CV_v3.pdf | | 2024-03-11T22:05:28+00:00 | c297b97f5126a018c259b9561ab2b9cfa7051c03c02c7ca97c88bf71cebccc4ac |
| | www.metrolightandpower.com/f1429620-stick_0x3_datasheet_en.pdf-filenameUTF-8stick_0x3_datasheet_en.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_e474c662555584a44bfafbc6454ad6a24.pdf | F1429620-stick_0x3_datasheet_en.pdf-filenameUTF-8stick_0x3_datasheet_en.pdf | | 2024-03-11T22:05:29+00:00 | 4dd39ee5fcfb7a770ea5456dfa4177197961bfc47a97b4531411beae55bc891a48d |
| | www.metrolightandpower.com/f1429621-M-DRIVER-30-CV_v2.pdf-filenameUTF-8M-DRIVER-30-CV_v2.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_813c7593d6a6af0866436560e37413.pdf | F1429621-M-DRIVER-30-CV_v2.pdf-filenameUTF-8M-DRIVER-30-CV_v2.pdf | | 2024-03-11T22:05:30+00:00 | d9a51470bad774d6ed229c67c3f6716c57fcc33587c73bd696b82f38d79f51cfd3 |
| | www.metrolightandpower.com/f1429622-stick_ke2_datasheet.pdf-filenameUTF-8stick_ke2_datasheet.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_6e1d7eaf13fd4f6fa24dd573044e41c2.pdf | F1429622-stick_ke2_datasheet.pdf-filenameUTF-8stick_ke2_datasheet.pdf | | 2024-03-11T22:05:30+00:00 | 35eaa9cf6c7d11f53cac4cf2a74425dec6852f69dea65227ded4ecbf6ae96f88f39e |
| | www.metrolightandpower.com/f1429623-M-DRIVER-12-CV-v5.pdf-filenameUTF-8M-DRIVER-12-CV-v5.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_a2fc92a1a2dd40bab888ba6fb7a2f8bc.pdf | F1429623-M-DRIVER-12-CV-v5.pdf-filenameUTF-8M-DRIVER-12-CV-v5.pdf | | 2024-03-11T22:05:32+00:00 | 30af7c29e667df9f858c95ec67801fab2ea572fbbb7f01cba01f5aaf5cec712e48a |
| | www.metrolightandpower.com/f1429624-GU2.pdf-filenameUTF-8GU2.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_958c403f3e1d6c32aa36396dd360839.pdf | F1429624-GU2.pdf-filenameUTF-8GU2.pdf | | 2024-03-11T22:05:33+00:00 | 02f64221ac5caf4dd6dc728c7cc7b9c1210292760b9f5512535f8e3ffd6cabc519 |
| | www.metrolightandpower.com/f1429625-M-DRIVER-96-CV-3WY-V1.pdf-filenameUTF-8M-DRIVER-96-CV-3WY-V1.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_42bcf2ba492d4ceb0c5d8d064c0da2d4.pdf | F1429625-M-DRIVER-96-CV-3WY-V1.pdf-filenameUTF-8M-DRIVER-96-CV-3WY-V1.pdf | | 2024-03-11T22:05:35+00:00 | dd72ba32daeccee110da674e1232e4bf02e7bfaf90bb65fe2d21ce75a2f42cb9e7 |
| | www.metrolightandpower.com/f1429626-Datasheet_LIN100M1.pdf-filenameUTF-8Datasheet_LIN100M1.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_c2b52f7288d40c9a43966914700bfc2.pdf | F1429626-Datasheet_LIN100M1.pdf-filenameUTF-8Datasheet_LIN100M1.pdf | | 2024-03-11T22:05:35+00:00 | c9c0bbd5cca0982d8827ef4740fcb9ed7cbc471e9365dcdd1c31ca67a3c0cd431799 |
| | www.metrolightandpower.com/f1429627-M-SENSOR-IR_Data_Sheet_v65B25D5B55D.pdf-filenameUTF-8M-SENSOR-IR_Data_Sheet_v65B25D5B55 | https://www.metrolightandpower.com/_files/ugd/05f92a_c700dcd0ef8e4a52aa096ac9c5d1c2f2.pdf | F1429627-M-SENSOR-IR_Data_Sheet_v65B25D5B55D.pdf-filenameUTF-8M-SENSOR-IR_Data_Sheet_v65B25D5B55 | | 2024-03-11T22:05:36+00:00 | 71c95956dd7367d53bb06df7c6b1958dd6adc4f7e5a2e3c9998016aae2dc1a1c5 |
| | www.metrolightandpower.com/f1429628-M-SENSOR-PIR_Data_Sheet_v205-D-2021.pdf-filenameUTF-8M-SENSOR-PIR_Data_Sheet_v205-D-2021.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_f6a9e502d1dc43b2813f2ecfbdd31349.pdf | F1429628-M-SENSOR-PIR_Data_Sheet_v205-D-2021.pdf-filenameUTF-8M-SENSOR-PIR_Data_Sheet_v205-D-2021.pdf | | 2024-03-11T22:05:39+00:00 | 8e1166f50aa61e181cf3d59dda19dd5236f4c468f6f9fddda0a93d7e2d7d9e1fc |
| | www.metrolightandpower.com/f1429629-M-TOUCH-DIM16_Data_Sheet_v1.pdf-filenameUTF-8M-TOUCH-DIM16_Data_Sheet_v1.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_5eba48e5741749db9255a0f787afa3cc5.pdf | F1429629-M-TOUCH-DIM16_Data_Sheet_v1.pdf-filenameUTF-8M-TOUCH-DIM16_Data_Sheet_v1.pdf | | 2024-03-11T22:05:42+00:00 | 837812e23e3393aea1c07fb70686be83865462c0929a29112937fd14aa37dbb10c |
| | www.metrolightandpower.com/f1429630-M-DRIVER-20-CV_v7.pdf-filenameUTF-8M-DRIVER-20-CV_v7.pdf | https://www.metrolightandpower.com/_files/ugd/05f92a_f75e76f5175b4ab1a26aabf84a152f7ca.pdf | F1429630-M-DRIVER-20-CV_v7.pdf-filenameUTF-8M-DRIVER-20-CV_v7.pdf | | 2024-03-11T22:05:43+00:00 | 512fd53cf82dd447d141432fd5e3027f6af9e7f7acda702dd4b1a2e5d0cc9b021 |
| | www.metrolightandpower.com/f1429631-M-POWER-3T-AAA-BADH_R3.pdf-filenameUTF-8M-POWER-3T-AAA-BADH_R3.pdf | https://www.metrolightandpower.com/_files/ugd/03b88a_b63b3529e96470e8aec4c4f9baca1fdd.pdf | F1429631-M-POWER-3T-AAA-BADH_R3.pdf-filenameUTF-8M-POWER-3T-AAA-BADH_R3.pdf | | 2024-03-11T22:05:46+00:00 | 37cbed741c6bc1eeed7cef3ee5ee5201766572076d41f9d2ac4dd8dbbcd7d9ac |
| | www.metrolightandpower.com/f1429632-M-POWER-3T-ABA-BADH_R3.pdf-filenameUTF-8M-POWER-3T-ABA-BADH_R3.pdf | https://www.metrolightandpower.com/_files/ugd/03b88a_b33c21c021b74867ba7574ef00150ad0.pdf | F1429632-M-POWER-3T-ABA-BADH_R3.pdf-filenameUTF-8M-POWER-3T-ABA-BADH_R3.pdf | | 2024-03-11T22:05:48+00:00 | 733531e1e7eba9888e33766b8f07b9bc1d0fec03b21347c49c8e7f533d6bc7aa05 |
| | www.metrolightandpower.com/f1429633-M-POWER-3T-AUA-BADH_R3.pdf-filenameUTF-8M-POWER-3T-AUA-BADH_R3.pdf | https://www.metrolightandpower.com/_files/ugd/03b88a_dec9c29920da4cf39a0fca82f9bb7adcb2.pdf | F1429633-M-POWER-3T-AUA-BADH_R3.pdf-filenameUTF-8M-POWER-3T-AUA-BADH_R3.pdf | | 2024-03-11T22:05:50+00:00 | 868d4610cae79353caf13353c020b51d3bd91c9cdd48b06ff44f93e9f07bf4add21eb |
| | www.metrolightandpower.com/f1429634-M-POWER-3T-BAZ-BADH_R3.pdf-filenameUTF-8M-POWER-3T-BAZ-BADH_R3.pdf | https://www.metrolightandpower.com/_files/ugd/03b88a_98e8d9a069966d48e676ccf08312bccb.pdf | F1429634-M-POWER-3T-BAZ-BADH_R3.pdf-filenameUTF-8M-POWER-3T-BAZ-BADH_R3.pdf | | 2024-03-11T22:05:52+00:00 | 73a5c102cc70506faba807f61bf0fd07c4f9ab80cbcf1fdbba01cd6dbbbe72a08 |
| | www.metrolightandpower.com/f1429635-M-POWER-3T-AUZ-BADH_R3.pdf-filenameUTF-8M-POWER-3T-AUZ-BADH_R3.pdf | https://www.metrolightandpower.com/_files/ugd/03b88a_6dbad0b8299e404bafcb675f7645f7c15.pdf | F1429635-M-POWER-3T-AUZ-BADH_R3.pdf-filenameUTF-8M-POWER-3T-AUZ-BADH_R3.pdf | | 2024-03-11T22:05:54+00:00 | 842c220ce2fc1c65cefbd31b3faab107cd9db0b71dbacf0c9dbc33baf3c7d2b29a6f0b |
| | www.metrolightandpower.com/f1429636-M-POWER-3T-ABX-BADH_R3.pdf-filenameUTF-8M-POWER-3T-ABX-BADH_R3.pdf | https://www.metrolightandpower.com/_files/ugd/03b88a_3beb6d61c5e2a4a5fb2ece005df976696.pdf | F1429636-M-POWER-3T-ABX-BADH_R3.pdf-filenameUTF-8M-POWER-3T-ABX-BADH_R3.pdf | | 2024-03-11T22:05:57+00:00 | 538fd6a1aed637677c24feb04f58b21a4b91fd4ec1a31e42ba57f5fae9f45a34a3dc7 |
| | www.metrolightandpower.com/f1429637-M-POWER-3T-AB6-BADH_R3.pdf-filenameUTF-8M-POWER-3T-AB6-BADH_R3.pdf | https://www.metrolightandpower.com/_files/ugd/03b88a_62ca7c467ee347b08a6e72cc26747b00.pdf | F1429637-M-POWER-3T-AB6-BADH_R3.pdf-filenameUTF-8M-POWER-3T-AB6-BADH_R3.pdf | | 2024-03-11T22:05:58+00:00 | 6aa41c36ac2176bb2efe1dd49f02cf14cef4c64f02c6c08beedfe2fb2ca3cae1587eda |
| | www.metrolightandpower.com/f1429638-M-POWER-3T-AB12-BADH_R3.pdf-filenameUTF-8M-POWER-3T-AB12-BADH_R3.pdf | https://www.metrolightandpower.com/_files/ugd/03b88a_ceb3d5e6d44494bad6fc1256139ddbc0e0.pdf | F1429638-M-POWER-3T-AB12-BADH_R3.pdf-filenameUTF-8M-POWER-3T-AB12-BADH_R3.pdf | | 2024-03-11T22:06:01+00:00 | 56dac0ee4e1df327df77bc0b32bcb441cdd0bf47fab337b71b407cfdf52b3ae7aa |

| | File path | Original Capture URL | File name | Document title | Capture time | SHA256 hash |
|---|---|---|---|---|---|---|
| | www.metrolightandpower.com/F1429641-The-Instamount.mp4 | https://youtu.be/V_4Tt5PVtMQ | F1429641-The-Instamount.mp4 | The Instamount™ | 2024-03-12T01:51:06+00:00 | aaccdcf223d9dd1c992fc639cfa9cac1dd177c17b51d91cc7c9bd9ae230d8769a |
| | www.metrolightandpower.com/F1429642-Metros-New-Unicolor-Finishes.mp4 | https://youtu.be/JXeghcWB9g4 | F1429642-Metros-New-Unicolor-Finishes.mp4 | Metro's New Unicolor™ Finishes | 2024-03-12T01:52:20+00:00 | 58d231ca2ba1a38a03843b63ac833fa01a14cba72b49d0ab105184ba011a7 |