# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-523-017**

**Effective Date of Registration:**
April 05, 2024
**Registration Decision Date:**
April 08, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | A Single Six Page Unpublished Illustration featuring MLP Bezel Configurations and Specs |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |

## Author

| | |
|---|---|
| **Author:** | Metro Light & Power, LLC |
| **Author Created:** | illustrations and technical drawings |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Metro Light & Power, LLC |
| | 98 Copley Avenue, Teaneck, NJ, 07666, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Spencer Fane LLP |
| **Name:** | Paul W. Kruse |
| **Email:** | pkruse@spencerfane.com |
| **Telephone:** | (615)238-6304 |
| **Alt. Telephone:** | (615)477-2167 |
| **Address:** | 511 Union Street |
| | Suite 1600 |
| | Nashville, TN 37219 United States |

## Certification

**Name:** Paul W. Kruse
**Date:** March 08, 2024
**Applicant's Tracking Number:** 5512920-1

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited illustrations and technical drawings only. 17 USC 101, 102(a), and 113.



# CHOOSE OUTLET CONFIGURATION



# T CONFIGURATION

## LIGHT & POWER

**ULE KEY**

**U**
e USB Charging Port

**X**
Switched AC

**6**
CAT-6

**Z**
USB-C (18W)

**C**
USB-C (27W)

**R**
Switched AC (Rocker)

**12**
RJ12

**D**
Dimmer Switch

 AAA

 ARR

 AUA

 AUR

 AUZ



Select No. of Modules & Trim Type > Choose Outlet Configuration

# CHOOSE OUTLET CONFIGURATION

## METRO LIGHT & POWER

### MODULE KEY

| | | |
|---|---|---|
| **A**<br>Tamper Resistant AC | **U**<br>Double USB Charging Port | **C**<br>USB-C (27W) |
| **B**<br>USB-A & USB-C | **X**<br>Switched AC | **R**<br>Switched AC (Rocker) |
| **Y**<br>3-Way Switch | **6**<br>CAT-6 | **12**<br>RJ12 |
| **H**<br>HDMI | **Z**<br>USB-C (18W) | **D**<br>Dimmer Switch |

AA66

AAAA

AAAU

AAU6

AU612

AU6H

AUAH

AUAR

AUAX

AUAY





# CHOOSE OUTLET CONFIGURATION

## METRO LIGHT & POWER

### MODULE KEY

| | | |
|---|---|---|
| **A** Tamper Resistant AC | **U** Double USB Charging Port | **C** USB-C (27W) |
| **B** USB-A & USB-C | **X** Switched AC | **R** Switched AC (Rocker) |
| **Y** 3-Way Switch | **6** CAT-6 | **12** RJ12 |
| **H** HDMI | **Z** USB-C (18W) | **D** Dimmer Switch |

AAA612

AAAAA

AAAUU

AAAUX

AUAH12

AUAYR

AUC6H

AUCAR

AUCAX

AUCAY





# M-POWER-4T

## AC POWER & DATA CONNECTIVITY SOLUTION

### M-POWER-4T-AUUA-CRAB

Metro Light & Power's line of power & data solutions offers sophisticated design elements combined with greater ease of installation. Streamlined and low-profile, enhanced by side-exiting cords, our outlets advance the industry with their cutting edge look and feel. We believe flexibility is key, and we provide a variety of mounting options, including the ability to mount in limited spaces. Our outlets are available in many finishes and configurations, in addition to a custom color and finish capability for our clients.

Bezel Finish: **CHROME (ABS)**
*Custom Finishes Available* M-POWER-4T-AUUA-CRAB



Features:

| Module/Port Options: | |
|---|---|
| A | Tamper Resistant AC Receptacle |
| B | USB-A & USB-C (3.0A USB-A / 15W USB-C) |
| U | Double USB-A (Fast Charging Ports - Rated for 3.2A) |
| H | HDMI |
| 6 | CAT 6 |
| 12 | RJ 12 |
| X | Switched AC |
| Y | 3-Way Switch (Low Voltage) |
| C | USB-C (27W High Speed Charging Port) |
| Z | USB-C (18W High Speed Charging Port) |
| R | Switched AC (Rocker Switch) |
| D | Dimmer Switch |
| **Plug:** | |
| | Supplied with Low Profile Flat 45° Angle 120 VAC Plug |
| | Optional Standard Straight 120 VAC Plug |
| | Optional Straight 120 VAC Pass-through Plug |

- CLEAN, COMPACT DESIGN
- STREAMLINED
- LOW PROFILE
- SIDE-EXITING CORDS
- PLUG & PLAY
- 6' AC CORD & PLUG (FLAT PLUG STANDARD)
- CUSTOMIZABLE CONFIGURATIONS AND FINISHES
- UL LISTED FOR MOUNTING IN FURNITURE
- 15A



© 2022 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com



# M-POWER-4T

## AC POWER & DATA CONNECTIVITY SOLUTION

M-POWER-4T-AUUA-CRAB

Specs:

**Modules/Ports:**

A   Tamper Resistant AC Receptacle

U   Double USB-A (Fast Charging Ports - Rated for 3.2A)







© 2022 Metro Light & Power, LLC. All rights reserved. US Patent No(s) 10,841,990; 10,847,959; other Patents Pending
Metro Light & Power, LLC | 11 Smith St Englewood, NJ 07631 | T: 201-416-4160 | F: 208-979-4613 | info@metrolightandpower.com | www.metrolightandpower.com