

DANIELLE J. "DJ" HEALEY, PARTNER
(SHE/HER)
DIRECT DIAL: 713-212-2697
dhealey@spencerfane.com

*Board Certified Civil Trial Law
Texas Board of Legal Specialization*

June 10, 2024

**VIA ECF**

Honorable Arun Subramanian
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Honorable Ona T. Wang
U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> For the reasons stated below, Defendant's request for a 30 day extension is DENIED. The Court will grant Defendant an extension until **June 17, 2024** to answer or otherwise respond to the complaint.
>
> The Clerk of Court is directed to terminate the motion at ECF No. 18.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: June 11, 2024

Re: *Metro Light and Power LLC v. Furnlite, Inc.*, Case No. 1:24-cv-03713-AS; **Response to Defendant Furnlite, Inc.'s June 8, 2024 Letter Motion to Extend June 10, 2024 Answer Date**

Dear Judge Subramanian:

We write on behalf of Plaintiff Metro Light & Power LLC ("Metro") to oppose Defendant Furnlite Inc.'s June 8 letter motion for a 30-day extension to answer or otherwise move in response to the Complaint. Furnlite's request should be denied, and it should be ordered to answer by June 17, 2024.

By way of background, on May 16, 2024, Metro filed this lawsuit alleging that Furnlite is and continues to infringe upon Metro's copyrights by publishing photos and selling derivative copies of Metro's copyrighted decorative face plates for power outlets. Immediately after filing the lawsuit, the Complaint was emailed to Furnlite's counsel in a pending case where it sued Metro for a declaratory judgment under the Lanham Act (now stayed). *Group Dekko, Inc. and*



June 10, 2024
Page 2

*Furnlite, Inc. v. Metro Light & Power LLC*, 1:23-cv-465 (N.D. Ind. Ft. Wayne). Metro and Furnlite met and conferred on Metro's request for expedited discovery on May 23, 2024. Furnlite could have, but made no request for additional time to answer during or after that call.

As shown by the attached emails, Furnlite's need for extra time has been driven by its insurer's delay. On Thursday evening, June 6, 2024, counsel for Furnlite, Mr. Feigner, emailed Metro's counsel stating, "[w]e understand a responsive pleading is due on June 10. May we have a short extension to get this [insurance] coverage issue resolved? Perhaps 14 days?" See Exhibit 1, email chain, p. 2. On Friday morning, June 7, 2024, Metro's counsel responded that while it typically would honor such requests of counsel, a delay resulting from an insurer's failure to timely designate counsel would not justify an extension and further, Furnlite's potential ongoing copyright infringement and the resulting harm to Metro required expedited discovery, not further delay. Nonetheless, Metro offered to discuss the issue to try to work something out. Metro did not receive a response to its email.

Furnlite filed a letter motion for extension of time on Saturday, June 8, 2024, less than 2 business days prior to the Monday, June 10 answer date, contrary to this Court's Individual Rule of Practice 3.E.

As in many copyright infringement cases, the extent of the infringement, past harm, and ongoing harm are not known. Plaintiff Metro needs specific, expedited discovery to learn about Furnlite's past and ongoing infringing acts to determine if Metro needs to seek injunctive relief.

Furnlite's request for an extension due to its insurer's delay, should be denied for failure to timely file its letter motion for an extension and because it is likely that Metro is suffering ongoing harm due to Furnlite's continuing copyright infringement. Metro intends to file a motion for expedited discovery to determine the nature and extent of past and ongoing harm from Furnlite's wrongful acts (and whether temporary relief is needed).

Sincerely,

Danielle J. Healey

cc: All counsel via ECF

# EXHIBIT 1

# Healey, Danielle

| | |
|---|---|
| **From:** | **Healey, Danielle** |
| **Sent:** | **Friday, June 7, 2024 9:26 AM** |
| **To:** | Spencer Feighner; ekobre; Charles Heiny |
| **Cc:** | Smith, Desarai; Deedar, Sadaf; Noullet, Tiffany |
| **Subject:** | RE: Metro Light v Dekko - Response by Metro to your Request for Additional Time |
| **Importance:** | High |

Hi Spencer

As you know, our practice is to accommodate needs of counsel and show such courtesies as are possible without prejudicing our client.  Here, the extension is for the benefit of the insurance company, which is less compelling than needs of client or counsel.  Nonetheless, we are willing to meet and confer this afernoon on this request and to again meet and confer on our request for expedited discovery that we previously discussed with you.

As we discussed previously, Metro is going to file a moton for expedited discovery in the SDNY case against Furnlite.  We do not want to defer our moton for expedited discovery beyond Monday, June 10.

 As previously discussed, the motion will seek essentially a "skinny" version of some of the past requests for production of documents served in April in the Indiana case.  The purpose is to get a subset of basic information so we can evaluate 1) whether the extent of the sales and marketing of the infringing product requires immediate injunctive relief, 2) origin and source of infringing product, and 3) to ensure proper parties are joined in the lawsuit.

We are willing to agree to an extension of the answer/response date if Furnlite will agree to produce documents on these points by July 12 and provide a 1/2 day deposition by or about July 31.

Please let us know if you want to meet and confer this afternoon.

Thank you


Danielle "DJ" Healey  Partner (She/her)
Spencer Fane LLP

3040 Post Oak Blvd., Suite 1400 | Houston, TX 77056-6560 O 713.212.2697 M 713.385.6566 dhealey@spencerfane.com | spencerfane.com


-----Original Message-----
**From: Spencer Feighner <JSF@hallercolvin.com>**
**Sent: Thursday, June 6, 2024 8:31 PM**
To: ekobre <ekobre@bradley.com>; Healey, Danielle <dhealey@spencerfane.com>; Charles Heiny <CHeiny@hallercolvin.com>
**Subject: [EXTERNAL] Metro Light v Dekko**

[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

1

Danielle, Elisha,

<span style="color:red">We have not been able to get a firm answer from Dekko's insurer on coverage and duty to defend. We are stll told it's forthcoming, but don't have a date.</span> We're frustrated by that development and are working on getting local counsel to appear to keep this on track.

<span style="color:red">We understand a responsive pleading is due on June 10. May we have a short extension to get this coverage issue resolved? Perhaps 14 days?</span> We understand the Judge's local rule to require a letter filing in lieu of a formal motion. Since we are not admitted, we'd need to work through that with you as well.

Let us know your thoughts when you have a chance.


Sent from my iPhone

2