UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Metro Light and Power LLC,<br><br>      Plaintiff,<br><br>  -against-<br><br>Furnlite, Inc.,<br><br>      Defendant. | 24-CV-3713 (AS) |
| Group Dekko, Inc. and Furnlite Inc.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>Metro Light & Power LLC,<br><br>      Defendant. | 24-CV-9981 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  On December 31, 2024, Metro Light informed the Court that the Indiana Case (*Group Dekko, Inc. et al. v. Metro Light & Power, LLC*) had been transferred to the Southern District of New York. *Group Dekko* was then reassigned to me. The two cases are consolidated for pretrial purposes. Before **January 17, 2025**, the parties should meet and confer in person or over video conference (with video on) for no less than 30 minutes, with the principal decisionmaker present (and by principal decisionmaker, the Court means the "buck stops here" person), to discuss a resolution of these cases and schedule moving forward. On or before **January 17, 2025**, the parties should submit a joint letter (not dueling letters) reflecting the parties' good faith efforts to reach a compromise and proposing a path forward and schedule for these cases that has them trial ready by September 2025. The parties are ordered to appear for an in-person status conference to discuss potential methods of streamlining these litigations on **January 24, 2025 at 3:00 PM** in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Principal decisionmakers are required to attend.

  SO ORDERED.

Dated: January 6, 2025
New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge