UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Metro Light and Power LLC,<br><br>                              Plaintiff,<br><br>       -against-<br><br>Furnlite, Inc.,<br><br>                              Defendant. | 24-CV-3713 (AS) |
| Group Dekko, Inc. and Furnlite Inc.,<br><br>                              Plaintiffs,<br><br>       -against-<br><br>Metro Light & Power LLC,<br><br>                              Defendant. | 24-CV-9981 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The in-person conference previously scheduled for February 7, 2025 will now be held on **February 12, 2025 at 3:00 PM** in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: January 27, 2025
       New York, New York

                                    ARUN SUBRAMANIAN
                                    United States District Judge