UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Metro Light and Power LLC,<br><br>      Plaintiff,<br><br>  -against-<br><br>Furnlite, Inc.,<br><br>      Defendant. | 24-CV-3713 (AS) |
| Group Dekko, Inc. and Furnlite Inc.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>Metro Light & Power LLC,<br><br>      Defendant. | 24-CV-9981 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  In their letter to the Court at Dkt. 45, the parties indicated that they intended to voluntarily dismiss 24-CV-9981. No steps have been taken to do so. The parties should either take the necessary steps to dismiss the case by **March 12, 2025**, or inform the Court by the same date that they intend to move forward with the case.

  SO ORDERED.

Dated: March 5, 2025
   New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge