UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Metro Light and Power LLC,<br><br>                              Plaintiff,<br><br>         -against-<br><br>Furnlite, Inc. and Group Dekko Inc.,<br><br>                              Defendants. | 24-CV-3713 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The discovery dispute at Dkt. 73 is resolved in accordance with the Court's stated reasons on the record at the July 7, 2025 conference. Any motion to amend the complaint must be filed by **July 14, 2025**. Defendants' response is due on **July 21, 2025**. Plaintiff's reply is due on **July 25, 2025**.

    By **July 18, 2025**, lead counsel for both sides should meet and confer and submit a joint letter to the Court outlining how much additional time for discovery is needed and what, if any, outstanding discovery issues remain to be resolved.

    The Clerk of Court is respectfully directed to terminate the motions at Dkts. 73 and 74.

    SO ORDERED.

Dated: July 8, 2025
       New York, New York

                                                                       ARUN SUBRAMANIAN
                                                                 United States District Judge