IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

METRO LIGHT AND POWER LLC,

    Plaintiff,

vs.

FURNLITE, INC. and GROUP DEKKO, INC.,

    Defendants.

CASE NO.: 24-cv-03713-AS

[Proposed] ORDER FOR ADMISSION PRO HAC VICE OF

JENNA E. SAUNDERS

    The motion for admission Pro Hac Vice, for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that she is a member in good standing of the State Bars of Illinois and Minnesota; and that her contact information is as follows:

    Jenna E. Saunders
    HONIGMAN LLP
    39400 Woodward Avenue, Suite 101
    Bloomfield Hills, MI 48304
    Telephone: (248) 566-8300
    jsaunders@honigman.com

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Furnlite, Inc. and Group Dekko, Inc. in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys

Dated: July 16, 2025

_____
United States District Judge

4928-2830-6772, v. 3