UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Metro Light and Power LLC,

                              Plaintiff,

                  -against-

Furnlite, Inc. and Group Dekko Inc.,

                              Defendants.

24-CV-3713 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

        With the exception of the deposition scheduled for July 30, 2025, discovery in this case is stayed so that the proper scope of the case can be determined based on resolution of the pending motion to amend at Dkt. 81.

        SO ORDERED.

Dated:  July 30, 2025
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge