

1 Gatehall Drive, Suite 100 | Parsippany, NJ  07054
201.712.1616 voice | 201.712.9444 facsimile

450 Seventh Avenue, Suite 2205 | New York, NY  10123
212.972.0786 voice | 201.712.9444 facsimile

ANTHONY J. DAVIS
ATTORNEY-AT-LAW
ADAVIS@OGCSOLUTIONS.COM

April 8, 2026

**VIA ECF**

Honorable Judge Arun Subramanian, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**   ***Metro Light & Power LLC v. Furnlite Inc. et al,***
**Case No. 1:24-cv-03713-AS**
**Letter Motion Requesting Deadline Extension with Consent**

Dear Judge Subramanian:

This firm represents Defendants Group Dekko, Inc. and Furnlite, Inc. in the above action. We submit this letter motion requesting a short extension of time to file a response to Plaintiff's Second Amended Complaint as set forth below with consent of all parties. In conformance with Your Honor's Civil Case Practice Rules, we provide the following:

1. The original date:  **April, 15, 2026**.  The chart below provides the "Current Date" for the deadlines in this action.  This case was stayed on July 30, 2025 [Dkt. 97] and there is no scheduling order in place and no deadlines set for this case other than the deadline for Defendants to file a response to Plaintiff's Second Amended Complaint.

2. There have been no previous requests for an extension of this date. Plaintiffs filed their Second Amended Complaint on April 1, 2026 [Dkt. 107] and refiled it to correct filing errors on April 3, 2026 [Dkt. 109].

3. N/A.

4. Reason for the requested extension: Lead counsel for Defendants just returned from a long-planned family vacation out of the country.  The extension from 14 days to 30 days to file a response is needed to properly review and analyze the Second Amended Complaint and prepare an appropriate response.

5. The adversary consents to this request.



Honorable Judge Arun Subramanian, U.S.D.J.
April 8, 2026
Page 2

      6.      No date has been set for the parties' next scheduled appearance before the Court and all other deadlines are set forth in the chart below.

      The following chart provides the Current Deadlines with the corresponding proposed dates as extended by this request:

| Item | Current Date | Extended Date |
| --- | --- | --- |
| Response to Second Amended Complaint | 4/15/2026 | 5/1/26 |

      We thank the Court in advance for its attention to this letter motion and request.

Respectfully submitted,

*/s/ Anthony J. Davis*

Anthony J. Davis
OGC Solutions, LLP
450 Seventh Avenue
Suite 2205
New York, NY 10123
Phone: 201-712-1616
Fax: 201-712-9444
Email: adavis@ogcsolutions.com

*Attorneys for Furnlite, Inc. and Group Dekko, Inc.*