

1 Gatehall Drive, Suite 100 | Parsippany, NJ 07054
201.712.1616 voice | 201.712.9444 facsimile

450 Seventh Avenue, Suite 2205 | New York, NY 10123
212.972.0786 voice | 201.712.9444 facsimile

GRANTED.

The Clerk of Court is respectfully directed to terminate Dkt. 118.

ANTHONY DAVIS
ADAVIS@OGCSOLUTIONS.COM

May 22, 2026

SO ORDERED.

**VIA ECF**

Honorable Judge Arun Subramanian, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Arun Subramanian, U.S.D.J.
Date: May 22, 2026

Re:    *Metro Light & Power LLC v. Furnlite Inc. et al,*
       **Case No. 1:24-cv-03713-AS**
       **Letter Motion Requesting Deadline Extension with Consent**

Dear Judge Subramanian:

This firm represents Defendants Group Dekko, Inc. and Furnlite, Inc. in the above action. We submit this letter motion requesting a short extension of time to reply to Plaintiff's Opposition Brief that was filed yesterday in connection with Defendants' pending Motion to Dismiss the Plaintiff's Second Amended Complaint (the "MTD"). As set forth below, this request is being made with consent of all parties. In conformance with Your Honor's Civil Case Practice Rules, we provide the following:

1.    The original date: **May 28, 2026**. The chart below provides the "Current Date" for the deadlines in this action. This case was stayed on July 30, 2025 [Dkt. 97] and there is no scheduling order in place and no deadlines set for this case other than the deadline for Defendants to reply to Plaintiff's Opposition Brief that was filed yesterday in connection with Defendants' pending MTD.

2.    There have been no previous requests for an extension of this date.

3.    N/A.

4.    Reason for the requested extension:  Plaintiff's Opposition was received last night and Lead counsel for Defendants has a long-planned family vacation out of state for the Holiday weekend.  Under the current deadline, this will leave very little time to properly prepare a reply. A short extension to **June 5, 2026** is needed to properly review, analyze and reply to the Plaintiff's Opposition.



Honorable Judge Arun Subramanian, U.S.D.J.
May 22, 2026
Page 2


     5.     The adversary consents to this request.

     6.     No date has been set for the parties' next scheduled appearance before the Court and all other deadlines are set forth in the chart below.

The following chart provides the Current Deadlines with the corresponding proposed dates as extended by this request:

| Item | Current Date | Extended Date |
| --- | --- | --- |
| Reply to Plaintiff's Opposition to Defendants' pending MTD Plaintiff's Second Amended Complaint | 5/28/2026 | 6/5/26 |

We thank the Court in advance for its attention to this letter motion and request.

          Respectfully submitted,

*/s/ Anthony J. Davis*
Anthony J. Davis
OGC Solutions, LLP
450 Seventh Avenue
Suite 2205
New York, NY 10123
Phone: 201-712-1616
Fax: 201-712-9444
Email: adavis@ogcsolutions.com

*Attorneys for Furnlite, Inc. and Group Dekko, Inc.*

4889-3160-9404, v. 1