**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| METRO LIGHT AND POWER LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-03713-AS |
| | ) | |
| v. | ) | |
| | ) | |
| FURNLITE INC. and GROUP DEKKO INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF METRO LIGHT AND POWER LLC'S MOTION TO VACATE ORDER
AND OPINION UNDER RULE 54(b)**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the exhibits thereto, and upon all prior papers and pleadings herein, Plaintiff Metro Light and Power LLC, will move this Court before the Honorable Arun Subramanian, United States District Judge, in Courtroom 15A at the Danial Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 at a time and place to be determined by the Court, for an Order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure to vacate the Order and Opinion of the Court issued March 11, 2026 (Dkt. 106).

Dated: June 1, 2026

*/s/ Danielle J. Healey*
Elisha J. Kobre (SDNY #EK1348)
SHEPPARD MULLIN RICHTER
& HAMPTON LLP
2200 Ross Ave., 20th Floor
Dallas, Texas 75201
Telephone: 469-391-7412
Facsimile: 469-391-7401
Email: ekobre@sheppardmullin.com

Danielle J. Healey (*pro hac vice*)
Sadaf Deedar (*pro hac vice*)
SPENCER FANE LLP
3040 Post Oak Blvd, Suite 1400
Houston, Texas 77056

Telephone: 713-552-1234
Facsimile: 713-963-0859
Email: dhealey@spencerfane.com
Email: sdeedar@spencerfane.com

Anna G. Schuler (*pro hac vice*)
SPENCER FANE LLP
6201 College Blvd, Suite 500
Overland Park, Kansas 66211
Telephone: 816-292-8862
Facsimile: 913-345-0736
Email: aschuler@spencerfane.com

John B. Allen (*pro hac vice*)
SPENCER FANE LLP
10 Exchange Place, Suite 11
Salt Lake City, UT 84111
Telephone (801) 521-9000
Facsimile (801) 363-0400
Email: joallen@spencerfane.com

Brian Medich (*pro hac vice*)
SPENCER FANE LLP
900 16th Street NW, Suite 400
Washington DC 20006
Telephone (202) 921-1532
Facsimile (202) 595-0581
Email: bmedich@spencerfane.com

*Attorneys for Plaintiff*
*METRO LIGHT & POWER LLP*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on June 1, 2026, to all parties of record via the Court's CM/ECF system.

/s/ *Danielle J. Healey*
Danielle J. Healey

HOU 7439727.1